Debted Case

2:23 CV 0 25 24 JMY

Judge Young

1
2
3

Tarani-Alike: Johnson:
in care of: 2285 Bryn Mawr Avenue
Philadelphia, Pennsylvania
[215-778-1405]

REC'D OCT 2 6 2023

⌐ ⌐⌐⌐ ⌐ 2023

4

# UNITED STATES DISTRICT COURT

5

## EASTERN DISTRICT OF PENNSYLVANIA

6

7   :Tarani-Alike: Johnson: a living woman          ) Case No.
                                                    )
8   **TARANI A. JOHNSON**, also known as           ) **APPLICATION FOR ENTRY OF**
                                                    ) **DEFAULT AGAINST DEFENDANT**
9        **Tarani Alike Johnson™©,**               )
                                                    ) CHARLES W. SCHARF
10       Federal Trademark Serial Number 97615937  )
                                                    ) **PURSUANT TO RULE 55(a) OF THE**
11       (Previous Trademark # 88859594)           ) **FEDERAL RULES OF CIVIL**
                                                    ) **PROCEDURE**
12  **TARANI ALIKE JOHNSON ESTATE LIVING**         )
                                                    )
13  **TRUST**                    Plaintiffs,        )
                                                    )
14        vs.                                       )
                                                    )
15  **CHARLES W. SCHARF**                           )
                                                    )
16                              Defendants.         )
                                                    )
17                                                  )
                                                    )
18                                                  )

19   ────────────────────────────────

20

21        To the Clerk of the United States District Court for the Eastern District of Pennsylvania:

22        Plaintiffs, **:Tarani-Alike: Johnson:** a living woman **TARANI A. JOHNSON**, also known as

23  **Tarani Alike Johnson™©,** Federal Trademark Serial Number 97615937 (Previous Trademark #

24  88859594**)** and **TARANI ALIKE JOHNSON ESTATE LIVING TRUST** hereby requests pursuant

25  to Rule 55(a) of the Federal Rules of Civil Procedure that the Clerk enter the default of the following

26  Defendant **CHARLES W. SCHARF** for failure to plead or otherwise defend against this action in a

27  

28  timely manner.

Defendant **CHARLES W. SCHARF**:

(1) As shown by the proof of service previously filed with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on <u>October 6, 2020</u>.

(2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action under Rule 12 Federal Rules of Civil Procedure expired on <u>October 26, 2020</u>.

The above-named Defendant have failed to plead or otherwise respond to the complaint.

This request is based on the attached Declaration of Plaintiffs **:Tarani-Alike: Johnson:** a living woman **TARANI A. JOHNSON**, also known as **Tarani Alike Johnson™ ©,** Federal Trademark Serial Number 97615937 (Previous Trademark # 88859594**)** and **TARANI ALIKE JOHNSON ESTATE LIVING TRUST**

.

Dated  16 / 26 / 2023

By:⟨sig⟩ :Johnson, Tarani-alika .
:Johnson, Tarani-Alike:, on behalf of
TARANI A. JOHNSON and
TARANI ALIKE JOHNSON ESTATE LIVING
TRUST.
**All rights reserved without Prejudice.**
 **No Recourse.**

Tarani-Alike: Johnson:
in care of: 2285 Bryn Mawr Avenue
Philadelphia, Pennsylvania
[215-778-1405]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| :Tarani-Alike: Johnson: a living woman | Case No. |
| **TARANI A. JOHNSON**, also known as | **DECLARATION IN SUPPORT** |
| **Tarani Alike Johnson™ ©,** | **OF PLAINTIFFS' APPLICATION** |
| | **FOR ENTRY OF DEFAULT** |
| Federal Trademark Serial Number 97615937 | **AGAINST DEFENDANT** |
| (Previous Trademark # 88859594) | **CHARLES W. SCHARF,** |
| **TARANI ALIKE JOHNSON ESTATE LIVING** | **PURSUANT TO RULE 55(a) OF** |
| **TRUST**                    Plaintiffs, | **THE FEDERAL RULES OF** |
| vs. | **CIVIL PROCEDURE** |
| **CHARLES W. SCHARF,** | |
| Defendants. | |

DECLARATION OF PLAINTIFF :Tarani-Alike: Johnson: a living woman **TARANI A.**

**JOHNSON**, also known as **Tarani Alike Johnson™ ©,** Federal Trademark Serial Number

97615937 (Previous Trademark # 88859594) and **TARANI ALIKE JOHNSON ESTATE LIVING**

**TRUST**

I, :Tarani-Alike: Johnson:, a Plaintiff, and on behalf of All Plaintiffs, declare as follows:

1. I am :Tarani-Alike: Johnson:, a Plaintiff in this action and authorized representative

and Trustee for all other Plaintiffs in this action. I am over the age of 18 years. I have personal

knowledge of the facts contained in this declaration, and if called as a witness could and would testify competently to the facts as stated herein.

2. Defendant, **CHARLES W. SCHARF,** its agents, successors, and assigns were served pursuant to Rule 4 of the Federal Rules of Civil Procedure on <u>October 26, 2020</u>, as shown by the proof of service filed with the court on <u>October 26, 2023</u>, a true and correct copy of which is attached hereto as Evidence Attachment "A" and incorporated herein by reference.

3. Under Rule 12 of the Federal Rules of Civil Procedure, Defendant, **CHARLES W. SCHARF,** was required to plead or otherwise respond to the complaint by <u>October 26, 2020</u>. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4. Defendant, **CHARLES W. SCHARF,** its agents, successors, and assigns has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

5. Defendant, **CHARLES W. SCHARF,** its agents, successors, and assigns are not minors or incompetent persons.

6. Defendant, **CHARLES W. SCHARF,** its agents, successors, and assigns are not currently in the military service, and therefore the Servicemembers Civil Relief Act is not applicable.

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania and the United States of America that the foregoing is true and correct and that this declaration is executed on October 26, 2023, at Philadelphia, Pennsylvania.

By: cs:// johnson, tarani = alika.
:Johnson, Tarani-Alike:, on behalf of
TARANI A. JOHNSON and
TARANI ALIKE JOHNSON ESTATE LIVING
TRUST.
**All rights reserved without Prejudice. No Recourse.**

- 4 -

**PROOF OF SERVICE**

REC'D OCT 2 6 2023

REC'D OCT 2 6 2023

I am over the age of 18 and not a party to this action.

I am domiciled and employed in the county where the mailing occurred; I am located at the following location:    **in care of: 2285 Bryn Mawr Avenue**

**Philadelphia, Pennsylvania**

On October 26, 2023 I served the foregoing document(s) described as:    **APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS CHARLES W. SCHARF, PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE; DECLARATION OF PLAINTIFFS' IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT CHARLES W. SCHARF PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE; EXHIBITS**

CHARLES W. SCHARF

420 Montgomery Street, San Francisco, California 94104

[X] (By U.S. Mail) I deposited such envelope in the mail at the United States Postal Office with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

- 5 -

1    I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania and

2    the United States of America that the foregoing is true and correct.

3

4    DATED: 10/26/2023

5                                        By: johnson, tarani-alike
                                         :Johnson,:Tarani-Alike:, on behalf of
6                                        TARANI A. JOHNSON and
                                         TARANI ALIKE JOHNSON ESTATE LIVING
7                                        TRUST.
                                         **All rights reserved without Prejudice. No Recourse.**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



September 29, 2020

## CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE
### Notice to Agent is Notice to Principal
### Notice to Principal is Notice to Agent

<u>Claimant</u>
:Tarani-Alike: Johnson:, a living woman; American Freewoman
Private Citizen of the United States of America; American National
Authorized Agent, and Sole Beneficiary of the trust known as
**TARANI A. JOHNSON** also known as
Tarani Alike Johnson ™ ©, Federal Trademark # **88859594**
also known as
**TARANI ALIKE JOHNSON, A PRIVATE TRUST**
and **Tarani Alike Johnson Estate Living Trust (eTAJ156US)**
in care of:  :Tarani-Alike: Johnson:
2285 Bryn Mawr Avenue
Philadelphia [19131] Pennsylvania

REC'D OCT 2 6 2023

REC'D OCT 2 6 2023

Private Case Number: RE 327 506 200 US

September 29, 2020

**Respondents:**

**Harry Burnett Reese**, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO
BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville
Trevose, Pennsylvania [19053]; and

**Harry B. Reese**, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or
Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania
[19053]; and

**Jill Manuel-Coughlin**, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO
BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville
Trevose, Pennsylvania [19053]; and

**Sarah E. Powers**, Acting as SARAH E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A.,
and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose,
Pennsylvania [19053]; and

**William M.E. Powers, III**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO
BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville
Trevose, Pennsylvania [19053]; and

**Edward W. Kirn, III**, Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK,
N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose,
Pennsylvania [19053]; and

**Sarah K. McCaffery**, Acting as SARAH K. MCCAFFERY ATTORNEY, and Agent for WELLS FARGO BANK,
N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose,
Pennsylvania [19053]; and

**Jolanta M. Pekalska**, Acting as JOLANTA M. PEKALSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Matthew James Mcdonnell**, Acting as MATTHEW JAMES MCDONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Feasterville Trevose, Pennsylvania, and/or Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Harry Burnett Reese**, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Harry B. Reese**, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Angela C Pattison**, Acting as ANGELA C PATTISON ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Edward Kirn**, Acting as EDWARD KIRN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Edward W, Kirn, III**, Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Frances M Kelly**, Acting as FRANCES M KELLY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Jeanette Jacqueline O'Donnell**, Acting as JEANETTE JACQUELINE O'DONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Jill Manuel-Coughlin**, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Mathew James Forrester**, Acting as MATHEW JAMES FORRESTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Sarah Ellis Powers**, Acting as SARAH ELLIS POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Sarah Powers**, Acting as SARAH POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William Me Shah**, Acting as WILLIAM ME SHAH ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers,** Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers, Jr.,** Acting as WILLIAM M.E. POWERS, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers, III,** Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William Powers,** Acting as WILLIAM POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Moorestown, New Jersey, and/or Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Prince Altee Thomas,** Acting as PRINCE ALTEE THOMAS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gerald W. Arth,** Acting as GERALD E. ARTH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jerald David August,** Acting as JERALD DAVID AUGUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Scott M. Badami,** Acting as SCOTT M. BADAMI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ahmed Bahgat,** Acting as AHMED BAHGAT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Catherine T. Barbieri,** Acting as CATHERINE T. BARBIERI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Alexis Barron,** Acting as ALEXIS BARRON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Bassett,** Acting as MICHAEL J. BASSETT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Herbert Bass,** Acting as HERBERT BASS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ryant T. Becker, Acting as RYAN T. BECKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brian A. Berkley, Acting as BRIAN A. BERKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brett A. Berman, Acting as BRETT A. BERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael S. Bookbinder, Acting as MICHAEL S. BOOKBINDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Nathan M. Buchter, Acting as NATHAN M. BUCHTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Peter C. Buckley, Acting as PETER C. BUCKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Maura L. Burke, Acting as MAURA L. BURKE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Kristina Neff Burland, Acting as KRISTINA NEFF BURLAND ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jacqueline M. Carolan, Acting as JACQUELINE M. CAROLAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Frank T. Carroll, Acting as FRANK T. CARROLL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Martha B. Chovanes, Acting as MARTHA B. CHOVANES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Stephen M. Cohen, Acting as STEPHEN M. COHEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David H. Colvin, Acting as DAVID H. COLVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ian M. Comisky, Acting as IAN M. COMISKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew S. Console**, Acting as ANDREW S. CONSOLE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Siana Danch**, Acting as SIANA DANCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**E. Gerald Donnelly, Jr.**, Acting as E. GERALD DONNELLY, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David A. Doty**, Acting as DAVID A. DOTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jean A. Durling**, Acting as JEAN A. DURLING ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Patrick J. Egan**, Acting as PATRICK J. EGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael Eidel**, Acting as MICHAEL EIDEL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew S. Esler**, Acting as ANDREW S. ESLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Tristram R. Fall, III**, Acting as TRISTRAM R. FALL, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Craig L. Finger**, Acting as CRAIG L. FINGER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Barbara R. Flacker**, Acting as BARBARA R. FLACKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Howard R. Flaxman**, Acting as HOWARD R. FLAXMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John Cornell Fuller**, Acting as JOHN CORNELL FULLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Eleanor Vaida Gerhards**, Acting as ELEANOR VAIDA GERHARDS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David M. Giles, Acting as DAVID M. GILES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Edward Gillespie, Acting as EDWARD GILLESPIE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

John L. Grossman, Acting as JOHN L. GROSSMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Debra L. Gruenstein, Acting as DEBRA L. GRUENSTEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Robert W. Gundlach Jr., Acting as ROBERT W. GUNDLACH JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Johns J. Haggerty, Acting as JOHN J. HAGGERTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jesse M. Harris, Acting as JESSE M. HARRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Dylan T. Hastings, Acting as DYLAN T. HASTINGS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Gerald M. Hatfield, Acting as GERALD M. HATFIELD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Edward J. Hayes, Acting as EDWARD J. HAYES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Gary A. Hecht, Acting as GARY A. HECHT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Gabriel B. Herman, Acting as GABRIEL B. HERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Philip L. Hinerman, Acting as PHILIP L. HINERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Kelley B. Hodge, Acting as KELLEY B. HODGE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Joshua Horn, Acting as JOSHUA HORN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Nathan Huddel, Acting as NATHAN HUDDELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Theodore H. Jobes, Acting as THEODORE H. JOBES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Edward J. Kabala, Acting as EDWARD J. KABALA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Odia Kagan, Acting as ODIA KAGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Stephen H. Kalis, Acting as STEPHEN H. KALIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jessica Labella Kitain, Acting as JESSICA LABELLA KITAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Gregory J. Kleiber, Acting as GREGORY J. KLEIBER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael J. Kornacki, Acting as MICHAEL J. KORNACKI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Lisa B. Lane, Acting as LISA B. LANE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Mathew D. Lee, Acting as MATTHEW D. LEE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Holly Lentz Kleeman, Acting as HOLLY LENTZ KLEEMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael J. Leonard, Acting as MICHAEL J. LEONARD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Olufunke O. Leroy, Acting as OLUFUNKE O. LEROY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jane E. Lessner,** Acting as JANE E. LESSNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian J. Levin,** Acting as BRIAN J. LEVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Matthew A. Levitsky,** Acting as MATTHEW A. LEVITSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sidney S. Liebesman,** Acting as SIDNEY S. LIEBESMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Steven K. Ludwig,** Acting as STEVEN K. LUDWIG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew M. Macdonald,** Acting as ANDREW M. MACDONALD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jason C. Manfrey,** Acting as JASON C. MANFREY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robin B. Matlin,** Acting as ROBIN B. MATLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**James A. Matthews III,** Acting as JAMES A. MATTHEWS III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark G. McCreary,** Acting as MARK G. MCCREARY, CIPP/US ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian McGinnis,** Acting as BRIAN MCGINNIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Lauren P. McKenna,** Acting as LAUREN P. MCKENNA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ian D. Meklinsky,** Acting as IAN D. MEKLINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael G. Menkowitz,** Acting as MICHAEL G. MENKOWITZ ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ryan North Miller, Acting as RYAN NORTH MILLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Sarah K. Minteer, Acting as SARAH K. MINTEER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Catherine M. Monte, Acting as CATHERINE M. MONTE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Mark L. Morris, Acting as MARK L. MORRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Sanford K. Mozes, Acting as SANFORD K. MOZES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Carrie B. Nase-Poust, Acting as CARRIE B. NASE-POUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Marc E. Needles, Acting as MARC E. NEEDLES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ramon R. Obod, Acting as RAMON R. OBOD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jay G. Ochroch, Acting as JAY G. OCHROCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Christopher D. Olszyk, Jr., Acting as CHRISTOPHER D. OLSZYK, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brian J. O'Neill, Acting as BRIAN J. O'NEILL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Thomas D. Paradise, Acting as THOMAS D. PARADISE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Joseph F. Posillico, Acting as JOSEPH F. POSILLICO ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David S. Rasner, Acting as DAVID S. RASNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Eric E. Reed,** Acting as ERIC E. REED ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Abraham C. Reich,** Acting as ABRAHAM C. REICH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Dan Reitter,** Acting as DAN REITER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephanie Resnick,** Acting as STEPHANIE RESNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kristen Poetzel Ricci,** Acting as KRISTEN POETZEL RICCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael Rinehart,** Acting as MICHAEL RINEHART ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Bradley S. Rodos,** Acting as BRADLEY S. RODOS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michelle S. Rosenberg,** Acting as MICHELLE S. ROSENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Barnett Satinsky,** Acting as BARNETT SATINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Magdalena Schardt,** Acting as MAGDALENA SCHARDT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kevin B. Scott,** Acting as KEVIN B. SCOTT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jacqueline G. Segal,** Acting as JACQUELINE G. SEGAL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ronald J. Shaffer,** Acting as RONALD J. SHAFFER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark L. Silow,** Acting as MARK L. SILOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Nevena Simidjiuska, Acting as NEVENA SIMIDJIUSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David B. Snyder, Acting as DAVID B. SNYDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David S. Sokolow, Acting as DAVID S. SOKOLOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Shelly A. Solomon, Acting as SHELLY A. SOLOMON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

William H. Stassen, Acting as WILLIAM H. STASSEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Trisha B. Stein, Acting as TRISHA B. STEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Paul Straub, Acting as PAUL STRAUB ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

John J. Stubbs, Acting as JOHN J. STUBBS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Julia Swain, Acting as JULIA SWAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael L. Temin, Acting as MICHAEL L. TEMIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Robert S. Tintner, Acting as ROBERT S. TINTNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Craig R. Tractenberg, Acting as CRAIG R. TRACTENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Peter J. Tucci, Acting as PETER J. TUCCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael K. Twersky, Acting as MICHAEL K. TWERSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Scott L. Vernick,** Acting as SCOTT L. VERNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Viscount, Jr.,** Acting as MICHAEL J. VISCOUNT, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Marvin L. Weinberg,** Acting as MARVIN L. WEINBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Beth L. Weisser,** Acting as BETH L. WEISSER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen P. Weiss,** Acting as STEPHEN P. WEISS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gregory B. Williams,** Acting as GREGORY B. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ronald L. Williams,** Acting as RONALD L. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Adam R. Young,** Acting as ADAM R. YOUNG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 999 Peachtree Street NE, Suite 1500, Atlanta Georgia [30309]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 1301 Atlantic Avenue Midtown Building, Suite 400, Atlantic City, New Jersey [08401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 10 Sentry Parkway, Suite 200, Post Office Box 3001, Blue Bell, Pennsylvania [19422]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of YS AT LAW, and/or Assigns, In care of 101 N. Tryon Street, Suite 1300, Charlotte, North Carolina [28246]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 321 North Clark Street, Suite 1600, Chicago, Illinois [60654]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2501 North Harwood Street, Suite 1800, Dallas, Texas [75201]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1225 17th Street, Suite 2200, Denver, Colorado [80202]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 747 Constitution Drive, Suite 100, Post Office Box 673, Exton, Pennsylvania [19341]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 230 North Elm Street, Suite 1200, Greensboro, North Carolina [27401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2 West Washington Street, Suite 110, Greenville, South Carolina [29601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Summerlin Office Building, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada [89135]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 10250 Constellation Boulevard, Suite 900, Los Angeles, California [ 90067]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Biscayne Tower, 2 South Biscayne Boulevard, Suite 2750, Miami, Florida [33131]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Campbell Mithun Tower, 222 South Ninth Street, Suite 2000, Minneapolis Minnesota [55402]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 49 Market Street, Morristown, New Jersey [07960]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 101 Park Avenue, 17th Floor, New York, New York [10178]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of BNY Mellon Center, 500 Grant Street, Suite 2500, Pittsburgh Pennsylvania [15219]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Princeton Pike Corporate Center 997 Lenox Drive, Lawrenceville, New Jersey [08648]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 434 Fayetteville Street, Suite 2800, Raleigh, North Carolina [27601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1001 Fourth Avenue, Suite 4500, Seattle Washington, [98154]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 8300 Greensboro Drive, Suite 1000, Tysons Virginia, [22102]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2700 Kelly Road, Suite 300, Warrington, Pennsylvania [18976]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1030 15th Street North West, Suite 380 East, Washington, District of Columbia [20005]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 777 South 1700 West Tower, West Palm Beach, Florida [33401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 919 North Market Street, Suite 300, Post Office Box 2323, Wilmington, Delaware [19899]; and

**Charles W. Scharf,** Acting as CHARLES W. SCHARF, CHIEF EXECUTIVE OFFICER, PRESIDENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Scott E. Powell,** Acting as SCOTT E. POWELL, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF OPERATING OFFICE, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**John R. Shrewsberry,** Acting as JOHN R. SHREWSBERRY, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Muneera S. Carr,** Acting as MUNEERA S. CARR, EVP, CHIEF ACCOUNTING OFFICER, CONTROLLER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**William M. Daley,** Acting as WILLIAM M. DALEY, VICE CHAIRMAN OF PUBLIC AFFAIRS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Derek A. Flowers,** Acting as DEREK A. FLOWERS, SENIOR EVP, HEAD OF STRATEGIC EXECUTION and OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]: and

**David C. Gallorees,** Acting as DAVID C. GALLOREES, SENIOR EVP, HEAD OF HUMAN RESOURCES, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Mary T. Mack,** Acting as MARY T. MACK, SENIOR EVP, CEO OF CONSUMER & SMALL BUSINESS BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Amanda G. Norton,** Acting as AMANDA G. NORTON, SENIOR EVP, CHIEF RISK OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Lester J. Owens,** Acting as LESTER J. OWENS, SENIOR EVP, HEAD OF OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104];and

**Ellen R. Patterson,** Acting as ELLEN R. PATTERSON, SENIOR EVP, GENERAL COUNSEL, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Perry G. Pelos,** Acting as PERRY G. PELOS, SENIOR EVP, CEO OF COMMERCIAL BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Scott E. Powell,** Acting as SCOTT E. POWELL, SENIOR EVP, CHIEF OPERATING OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Julie L. Scammahorn,** Acting as JULIE L. SCAMMAHORN, ACTING AS JULIE L. SCAMMAHORN, SENIOR EVP, CHIEF AUDITOR, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Barry Sommers, Acting as BARRY SOMMERS, SENIOR EVP, CEO OF WEALTH & INVESTMENT MANAGEMENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Saul Van Beurden, Acting as SAUL VAN BEURDEN, SENIOR EVP, HEAD OF TECHNOLOGY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Michael S. Weinbach, Acting as MICHAEL S. WEINBACH, SENIOR EVP, CEO OF CONSUMER LENDING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Jonathan G. Weiss, Acting as JONATHAN G. WEISS, SENIOR EVP, CEO OF CORPORATE & INVESTMENT BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

ALL AGENTS for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and


EQUIFAX CORPORATION; AND

EXPERIAN CORPORATION; AND

TRANSUNION CORPORATION; AND

JOHN OR JANE DOES 1-50;

JOINTLY AND SEVERALLY, CORPORATELY AND PERSONALLY;

Claimant Hereby Gives The Following Trust Directive Regarding The Delivery Of This Said Notice:

Harry Burnett Reese, and/or Agents, Assigns, and/or Successors, are charged with delivering a true copy to ALL RESPONDENTs of POWERS KIRN & ASSOCIATES LLC; and

Prince Altee Thomas, and/or Agents, Assigns, and/or Successors are charged with delivering a true copy to ALL RESPONDENTS FOX ROTHCHILD, LLP ATTORNEYS AT LAW; and

Charles W. Scharf, and/or Agents, Assigns, and/or Successors are charged with delivering a true copy to ALL RESPONDENTS of WELLS FARGO BANK, N.A.

Re: WORLD SAVINGS BANK, FSB, Mortgage Number 0045821642, also known as WORLD SAVINGS REMIC 33, also known as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), also known as WACHOVIA BANK, N.A., also known as WACHOVIA MORTGAGE, also known as WACHOVIA MORTGAGE CORPORATION, Mortgage Number 4831607, also known as WELLS FARGO BANK, N.A., also known as WELLS FARGO MORTGAGE, also known as Civil Action Case No. 100401188 [2010] COURT OF COMMON PLEASE PHILADELPHIA COUNTY COMMONWEALTH OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 12-20451-MDC [2012] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 7 BANKRUPTCY Case No. 12-20451-MDC [2013] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 18-17342-MDC [2018] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Appeal Case No. 19 CV 3620 UNITED STATES DISTRICT COURT FOR THE EASTERN OF PENNSYLVANIA in the amount of Eight Hundred Sixteen Thousand Eight Hundred Ninety-Seven DOLLARS and Eighty Six CENTS (816,897.86). Original Amount of Three Hundred Ninety-Two Thousand DOLLARS and Zero CENTS (392,000.00US).

TO: **Harry Burnett Reese**, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Harry B. Reese**, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Jill Manuel-Coughlin**, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Sarah E. Powers**, Acting as SARAH E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **William M.E. Powers, III**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Edward W. Kirn, III**, Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Sarah K. McCaffery**, Acting as SARAH K. MCCAFFERY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Jolanta M. Pekalska**, Acting as JOLANTA M. PEKALSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Matthew James Mcdonnell**, Acting as MATTHEW JAMES MCDONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Feasterville Trevose, Pennsylvania, and/or Agents Successors, and/or Assigns; and **Harry Burnett Reese**, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Harry B. Reese**, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Angela C Pattison**, Acting as ANGELA C PATTISON ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Edward Kirn**, Acting as EDWARD KIRN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Edward W. Kirn, III**, Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Frances M Kelly**, Acting as FRANCES M KELLY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Jeanette Jacqueline O'Donnell**, Acting as JEANETTE JACQUELINE O'DONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Jill Manuel-Coughlin**, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Mathew James Forrester**, Acting as MATHEW JAMES FORRESTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Sarah Ellis Powers**, Acting as SARAH ELLIS POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Sarah Powers**, Acting as SARAH POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **William Me Shah**, Acting as WILLIAM ME SHAH ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **William M.E. Powers**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **William M.E. Powers, Jr.**, Acting as WILLIAM M.E. POWERS, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **William M.E. Powers, III**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **William Powers**, Acting as WILLIAM POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Moorestown, New Jersey, and/or Agents Successors, and/or Assigns; and **Prince Altee Thomas**, Acting as PRINCE ALTEE THOMAS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, and **Gerald W. Arth**, Acting as GERALD E. ARTH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Jerald David August**, Acting as JERALD DAVID AUGUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Scott M. Badami**, Acting as SCOTT M. BADAMI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Ahmed Bahgat**, Acting as AHMED BAHGAT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Catherine T. Barbieri**, Acting as CATHERINE T. BARBIERI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Alexis Barron**, Acting as ALEXIS BARRON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Michael J. Bassett**, Acting as MICHAEL J. BASSETT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Herbert Bass**, Acting as HERBERT BASS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Ryant T. Becker**, Acting as RYAN T. BECKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and

Brian A. Berkley, Acting as BRIAN A. BERKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Brett A. Berman, Acting as BRETT A. BERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Michael S. Bookbinder, Acting as MICHAEL S. BOOKBINDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Nathan M. Buchter, Acting as NATHAN M. BUCHTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Peter C. Buckley, Acting as PETER C. BUCKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Maura L. Burke, Acting as MAURA L. BURKE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Kristina Neff Burland, Acting as KRISTINA NEFF BURLAND ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Jacqueline M. Carolan, Acting as JACQUELINE M. CAROLAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Frank T. Carroll, Acting as FRANK T. CARROLL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Martha B. Chovanes, Acting as MARTHA B. CHOVANES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Stephen M. Cohen, Acting as STEPHEN M. COHEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and David H. Colvin, Acting as DAVID H. COLVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Ian M. Comisky, Acting as IAN M. COMISKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Andrew S. Console, Acting as ANDREW S. CONSOLE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Siana Danch, Acting as SIANA DANCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and E. Gerald Donnelly, Jr., Acting as E. GERALD DONNELLY, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and David A. Doty, Acting as DAVID A. DOTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Jean A. Durling, Acting as JEAN A. DURLING ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Patrick J. Egan, Acting as PATRICK J. EGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Michael Eidel, Acting as MICHAEL EIDEL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Andrew S. Esler, Acting as ANDREW S. ESLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Tristram R. Fall, III, Acting as TRISTRAM R. FALL, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns,; and Craig L. Finger, Acting as CRAIG L. FINGER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Barbara R. Flacker, Acting as BARBARA R. FLACKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Howard R. Flaxman, Acting as HOWARD R. FLAXMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and John Cornell Fuller, Acting as JOHN CORNELL FULLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Eleanor Vaida Gerhards, Acting as ELEANOR VAIDA GERHARDS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and David M. Giles, Acting as DAVID M. GILES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Edward Gillespie, Acting as EDWARD GILLESPIE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and John L. Grossman, Acting as JOHN L. GROSSMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Debra L. Gruenstein, Acting as DEBRA L. GRUENSTEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Robert W. Gundlach Jr., Acting as ROBERT W. GUNDLACH JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Johns J. Haggerty, Acting as JOHN J. HAGGERTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Jesse M. Harris, Acting as JESSE M. HARRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Dylan T. Hastings, Acting as DYLAN T. HASTINGS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Gerald M. Hatfield, Acting as GERALD M. HATFIELD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Edward J. Hayes, Acting as EDWARD J. HAYES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Gary A. Hecht, Acting as GARY A. HECHT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Gabriel B. Herman,

Acting as GABRIEL B. HERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Philip L. Hinerman**, Acting as PHILIP L. HINERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Kelley B. Hodge**, Acting as KELLEY B. HODGE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Joshua Horn**, Acting as JOSHUA HORN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Nathan Huddel**, Acting as NATHAN HUDDELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Theodore H. Jobes**, Acting as THEODORE H. JOBES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Edward J. Kabala**, Acting as EDWARD J. KABALA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Odia Kagan**, Acting as ODIA KAGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Stephen H. Kalis**, Acting as STEPHEN H. KALIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Jessica Labella Kitain**, Acting as JESSICA LABELLA KITAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Gregory J. Kleiber**, Acting as GREGORY J. KLEIBER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Michael J. Kornacki**, Acting as MICHAEL J. KORNACKI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Lisa B. Lane**, Acting as LISA B. LANE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Mathew D. Lee**, Acting as MATTHEW D. LEE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Holly Lentz Kleeman**, Acting as HOLLY LENTZ KLEEMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Michael J. Leonard**, Acting as MICHAEL J. LEONARD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Olufunke O. Leroy**, Acting as OLUFUNKE O. LEROY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Jane E. Lessner**, Acting as JANE E. LESSNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Brian J. Levin**, Acting as BRIAN J. LEVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Matthew A. Levitsky**, Acting as MATTHEW A. LEVITSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Sidney S. Liebesman**, Acting as SIDNEY S. LIEBESMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Steven K. Ludwig**, Acting as STEVEN K. LUDWIG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Andrew M. Macdonald**, Acting as ANDREW M. MACDONALD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Jason C. Manfrey**, Acting as JASON C. MANFREY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Robin B. Matlin**, Acting as ROBIN B. MATLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **James A. Matthews III**, Acting as JAMES A. MATTHEWS III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Mark G. McCreary**, Acting as MARK G. MCCREARY, CIPP/US ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Brian McGinnis**, Acting as BRIAN MCGINNIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Lauren P. McKenna**, Acting as LAUREN P. MCKENNA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Ian D. Meklinsky**, Acting as IAN D. MEKLINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Michael G. Menkowitz**, Acting as MICHAEL G. MENKOWITZ ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Ryan North Miller**, Acting as RYAN NORTH MILLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Sarah K. Minteer**, Acting as SARAH K. MINTEER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Catherine M. Monte**, Acting as CATHERINE M. MONTE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Mark L. Morris**, Acting as MARK L. MORRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Sanford K. Mozes**, Acting as SANFORD K. MOZES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Carrie B. Nase-Poust**, Acting as CARRIE B. NASE-POUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Marc E. Needles**, Acting as MARC E. NEEDLES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Ramon R. Obod**, Acting as

`RAMON R. OBOD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Jay G. Ochroch**, Acting as JAY G. OCHROCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Christopher D. Olszyk, Jr.**, Acting as CHRISTOPHER D. OLSZYK, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Brian J. O'Neill**, Acting as BRIAN J. O'NEILL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Thomas D. Paradise**, Acting as THOMAS D. PARADISE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Joseph F. Posillico**, Acting as JOSEPH F. POSILLICO ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **David S. Rasner**, Acting as DAVID S. RASNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Eric E. Reed**, Acting as ERIC E. REED ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Abraham C. Reich**, Acting as ABRAHAM C. REICH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Dan Reitter**, Acting as DAN REITER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Stephanie Resnick**, Acting as STEPHANIE RESNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Kristen Poetzel Ricci**, Acting as KRISTEN POETZEL RICCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Michael Rinehart**, Acting as MICHAEL RINEHART ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Bradley S. Rodos**, Acting as BRADLEY S. RODOS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Michelle S. Rosenberg**, Acting as MICHELLE S. ROSENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Barnett Satinsky**, Acting as BARNETT SATINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Magdalena Schardt**, Acting as MAGDALENA SCHARDT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Kevin B. Scott**, Acting as KEVIN B. SCOTT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Jacqueline G. Segal**, Acting as JACQUELINE G. SEGAL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Ronald J. Shaffer**, Acting as RONALD J. SHAFFER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Mark L. Silow**, Acting as MARK L. SILOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, and **Nevena Simidjiuska**, Acting as NEVENA SIMIDJIUSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **David B. Snyder**, Acting as DAVID B. SNYDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **David S. Sokolow**, Acting as DAVID S. SOKOLOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Shelly A. Solomon**, Acting as SHELLY A. SOLOMON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **William H. Stassen**, Acting as WILLIAM H. STASSEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Trisha B. Stein**, Acting as TRISHA B. STEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Paul Straub**, Acting as PAUL STRAUB ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **John J. Stubbs**, Acting as JOHN J. STUBBS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Julia Swain**, Acting as JULIA SWAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Michael L. Temin**, Acting as MICHAEL L. TEMIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Robert S. Tintner**, Acting as ROBERT S. TINTNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Craig R. Tractenberg**, Acting as CRAIG R. TRACTENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Peter J. Tucci**, Acting as PETER J. TUCCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Michael K. Twersky**, Acting as MICHAEL K. TWERSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Scott L. Vernick**, Acting as SCOTT L. VERNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Michael J. Viscount, Jr.**, Acting as MICHAEL J. VISCOUNT, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Marvin L. Weinberg**, Acting as MARVIN L. WEINBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Beth L. Weisser**, Acting as BETH L. WEISSER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns;

`and **Stephen P. Weiss**, Acting as STEPHEN P. WEISS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Gregory B. Williams**, Acting as GREGORY B. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Ronald L. Williams**, Acting as RONALD L. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Adam R. Young**, Acting as ADAM R. YOUNG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 999 Peachtree Street NE, Suite 1500, Atlanta Georgia [30309]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 1301 Atlantic Avenue Midtown Building, Suite 400, Atlantic City, New Jersey [08401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 10 Sentry Parkway, Suite 200, Post Office Box 3001, Blue Bell, Pennsylvania [19422]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of YS AT LAW, and/or Assigns, In care of 101 N. Tryon Street, Suite 1300, Charlotte, North Carolina [28246]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 321 North Clark Street, Suite 1600, Chicago, Illinois [60654]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2501 North Harwood Street, Suite 1800, Dallas, Texas [75201]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1225 17th Street, Suite 2200, Denver, Colorado [80202]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 747 Constitution Drive, Suite 100, Post Office Box 673, Exton, Pennsylvania [19341]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 230 North Elm Street, Suite 1200, Greensboro, North Carolina [27401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2 West Washington Street, Suite 110, Greenville, South Carolina [29601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Summerlin Office Building, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada [89135]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 10250 Constellation Boulevard, Suite 900, Los Angeles, California [ 90067]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Biscayne Tower, 2 South Biscayne Boulevard, Suite 2750, Miami, Florida [33131]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Campbell Mithun Tower, 222 South Ninth Street, Suite 2000, Minneapolis Minnesota [55402]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 49 Market Street, Morristown, New Jersey [07960]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 101 Park Avenue, 17th Floor, New York, New York [10178]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of BNY Mellon Center, 500 Grant Street, Suite 2500, Pittsburgh Pennsylvania [15219]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Princeton Pike Corporate Center 997 Lenox Drive, Lawrenceville, New Jersey [08648]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 434 Fayetteville Street, Suite 2800, Raleigh, North Carolina [27601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1001 Fourth Avenue, Suite 4500, Seattle Washington, [98154]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 8300 Greensboro Drive, Suite 1000, Tysons Virginia, [22102]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2700 Kelly Road, Suite 300, Warrington, Pennsylvania [18976]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1030 15th Street North West, Suite 380 East, Washington, District of Columbia [20005]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 777 South 1700 West Tower, West Palm Beach, Florida [33401]; and

ˑALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 919 North Market Street, Suite 300, Post Office Box 2323, Wilmington, Delaware [19899]; and Charles W. Scharf, Acting as CHARLES W. SCHARF, CHIEF EXECUTIVE OFFICER, PRESIDENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Scott E. Powell, Acting as SCOTT E. POWELL, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF OPERATING OFFICE, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and John R. Shrewsberry, Acting as JOHN R. SHREWSBERRY, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Muneera S. Carr, Acting as MUNEERA S. CARR, EVP, CHIEF ACCOUNTING OFFICER, CONTROLLER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and William M. Daley, Acting as WILLIAM M. DALEY, VICE CHAIRMAN OF PUBLIC AFFAIRS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Derek A. Flowers, Acting as DEREK A. FLOWERS, SENIOR EVP, HEAD OF STRATEGIC EXECUTION and OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and David C. Galloree, Acting as DAVID C. GALLOREES, SENIOR EVP, HEAD OF HUMAN RESOURCES, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Mary T. Mack, Acting as MARY T. MACK, SENIOR EVP, CEO OF CONSUMER & SMALL BUSINESS BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Amanda G. Norton, Acting as AMANDA G. NORTON, SENIOR EVP, CHIEF RISK OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Lester J. Owens, Acting as LESTER J. OWENS, SENIOR EVP, HEAD OF OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Ellen R. Patterson, Acting as ELLEN R. PATTERSON, SENIOR EVP, GENERAL COUNSEL, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Perry G. Pelos, Acting as PERRY G. PELOS, SENIOR EVP, CEO OF COMMERCIAL BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Scott E. Powell, Acting as SCOTT E. POWELL, SENIOR EVP, CHIEF OPERATING OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Julie L. Scammahorn, Acting as JULIE L. SCAMMAHORN, ACTING AS JULIE L. SCAMMAHORN, SENIOR EVP, CHIEF AUDITOR, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Barry Sommers, Acting as BARRY SOMMERS, SENIOR EVP, CEO OF WEALTH & INVESTMENT MANAGEMENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Saul Van Beurden, Acting as SAUL VAN BEURDEN, SENIOR EVP, HEAD OF TECHNOLOGY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Michael S. Weinbach, Acting as MICHAEL S. WEINBACH, SENIOR EVP, CEO OF CONSUMER LENDING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Jonathan G. Weiss, Acting as JONATHAN G. WEISS, SENIOR EVP, CEO OF CORPORATE & INVESTMENT BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; ; and ALL AGENTS for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Jane Doe 1- 50, Acting as JANE DOE 1 – 50; and John Doe 1-50, Acting as JOHN DOE 1 - 50 ; JOINTLY and SEVERALLY, CORPORATELY and PERSONALLY, hereinafter Respondent, singularly, Respondents, collectively:


:Tarani-Alike: Johnson:, Authorized Agent and Sole Beneficiary of the TARANI ALIKE JOHNSON Trust, a Real Party in Interest and Plaintiff in this Claim In The Court of Common Pleas Philadelphia Count Commonwealth of Pennsylvania, hereinafter Claimant is in receipt of Respondent's Notice of Foreclosure for WORLD SAVINGS BANK, FSB, Mortgage Number 0045821642, also known as WORLD SAVINGS REMIC 33, also known as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), also known as WACHOVIA BANK, N.A., also known as WACHOVIA MORTGAGE, also known as WACHOVIA MORTGAGE CORPORATION, Mortgage Number 4831607, also known as WELLS FARGO BANK, N.A., also known as WELLS FARGO MORTGAGE, also known as Civil Action Case No. 100401188 [2010] COURT OF COMMON PLEAS PHILADELPHIA COUNTY COMMONWEALTH OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 12-20451-MDC [2012] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 7 BANKRUPTCY Case No. 12-20451-MDC [2013] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as

Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule
Private Case Number: RE 327 506 200 US

`Chapter 13 BANKRUPTCY Case No. 18-17342-MDC [2018] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Appeal Case No. 19 CV 3620 UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA in the amount of Eight Hundred Sixteen Thousand Eight Hundred Ninety-Seven DOLLARS and Eighty Six CENTS (816,897.86). Original Amount of Three Hundred Ninety-Two Thousand DOLLARS and Zero CENTS (392,000.00US), hereinafter Account.

Claimant is accepting Respondent's Notice of Foreclosure AND Respondent's offer of FORECLOSURE and SHERIFF SALE upon the condition that Respondents provide the following proof to support Respondent's claim:

1.  Provide the verified proof and full, whole, and complete accounting, via **sworn affidavit**, under penalty of perjury, with full and complete commercial liability, that supports Respondent's position that a **:real-party-in-interest:** among the Respondents who is injured, wronged, harmed, or suffered a loss due by the Claimant; and

2.  Provide the proof that supports Claimant did NOT place full tender in the amount of One Million DOLLARS and Zero CENTS ($1,000.000.00US) twice, and an additional full and complete consideration in the form of 21 Silver DOLLAR Coins of the United States of America Mint, 21 – One DOLLAR Federal Reserve Notes, 21 DOLLARS in USA Stamps, and 21 USD USPS Postal Money Order as Lawful Consideration for the purposes of full satisfaction of the claim, all of which was placed into the custody of the United States Postal Service to settle, setoff, and discharge all claims made by Respondents on or about **April 12, 2018** via Registered Mail Article RE 327463 756 US, on or about **April 27, 2018** via Registered Mail Article RE 475 578 147 US, on **September 21, 2020** via Registered Mail Article RE 327 506 160 US ; and

3.  Provide the proof that supports Respondents are NOT subject to the Uniform Commercial Code Article 3 Section 603, Tender of Payment Laws, which states whether Tender is accepted or rejected, there is discharge of debt; and

4.  Provide the proof that supports Respondent's position that the instruments of tender are NOT in accordance with the terms of the contract agreement with Account; and

5.  Provide the proof that supports your position that the Account Holders by contract, are unable to accept tender from the Claimant and that the Claimant is an unauthorized party under law to settle this alleged debt; and

6.  Provide the proof that supports Respondent's position that the instruments of tender are Not Negotiable; and

7.  Provide the proof that supports Respondent's position that the instruments of tender do not, in fact, provide defense of amounts allegedly owed by Claimant; and

8.  Provide the proof that supports Respondent's position that the instruments of tender do not affect Account holder's defense in the dishonor of the presentment of tender; and

9.  Provide the proof that supports Respondent's position that the instruments of tender will not eliminate the claimed alleged debt; and

10. Provide the proof that supports Respondent's position that the instruments of tender should continue to result in a VERDICT of Foreclosure, and foreclosure SHERIFF SALE for an account which has been settled, setoff and discharged; and

11. Provide the proof that the instruments of tender are NOT in accordance and compliance with UCC 3-104; Title IV, Sec 401 (FRA); USC Title 12; USC Title 28, §§1631, 3002; and the Foreign Sovereign Immunity Act under necessity; and

12. Provide the proof that the instruments of tender are NOT in full accord with HJR-192 (June 5, 1933), Public Law 73-10, UCC 3-419, 1-104 and 10-104; and

13. Provide the proof that pursuant to 'State and Federal' TENDER OF PAYMENT statutes; that Respondents may refuse payment of any property, money, or instrument, while NOT discharging the debt; and

14. Provide the proof that the Tender Agent has returned the instruments of TENDER and that they are not holding or withholding instruments valued at One Million DOLLARS and Zero CENTS ($1,000,000.00US) each, or the additional consideration tendered in the form of 21 Silver DOLLAR Coins of the United States of America Mint, 21 – One DOLLAR Federal Reserve Notes, 21 DOLLARS in USA Stamps, and 21 USD USPS Postal Money Order; and

15. Provide the proof that the U.S. Bankruptcy is NOT verified in Senate Report No. 93-549 93rd Congress, 1st Session (1973), "Summary of Emergency Power Statutes," Executive Orders 6073, 6102, 6111 and by Executive Order 6260 on March 9, 1933, under the "Trading With The Enemy Act (Sixty-Fifth Congress, Session I, Chapters 105, 106, October 6, 1917), and as further codified at 12 U.S.C.A. 95(a) and (b) as amended; and

16. Provide the proof that the Claimant has not been estopped from using or that he has access to 'lawful constitutional money of exchange' (See U.S. Constitution – Art. I § X) to 'PAY DEBTS AT LAW', and pursuant to HJR-192, can only discharge fines, fees, debts, and judgments 'dollar for dollar' via commercial paper or upon Affiant's exemption; and

17. Provide the proof that :Tarani-Alike: Johnson:, a Real Party in Interests, a living woman and Authorized Agent and Sole Beneficiary of the trust known as TARANI ALIKE JOHNSON Trust is NOT "Holder in Due Course" of the Preferred Stock of the federal Corporation (United States – February 21, 1871; 16 Stat I. 419): and holds a prior, superior, security interest and claim on the alleged DEBTOR and Debtor's property; AND

18. Provide the proof that Respondent's provided Claimant oaths of all parties, title, and statutes, written in the Correct-Sentence-Structure-Parse-Syntax-Grammar-Performance pursuant 18 USC 1001 and 1002, and 18 USC 1341 and 1342 for the voidance of perjury; and

19. Provide Respondent's evidence that ALL law is based upon :adverb-verb:, descriptive or rhetorical verses factual, and that Respondents are NOT using deceptive practices for the voidance of perjury, while being paid is not a violation of 18 USC 1001 and 1002, and 18 USC 1341 and 1342; and

20. Provide Respondent's evidence that Respondents are NOT using the NOM DE GURERRE names pursuant to 18 USC 1001 and 1002, and 18 USC 1341 and 1342; and

21. Provide Party Respondent's evidence that Respondents are NOT using false advertising, fictitious use of language, pertaining to Title 18, 1001 Fraud Act by the use of closed brackets and vectors violating the four corner rules, pursuant to Black's Law Dictionary 5th ed, Page 591; and

22. Provide Respondent's evidence that Respondents are NOT using fraudulent conveyance of language to force the Claimant to forfeit and abandon Collateral Property known as 2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131]; and

23. Provide Respondent's evidence with a Justice of the Peace under penalty of perjury that Respondents are NOT using Fictitious Conveyance of Language as a device for unjust gain against the Claimant; and

24. Provide Respondent's evidence as to what specie Respondents will accept or lawfully require as payment of the alleged debt known as Account Holder and pursuant to 18 USC § 8 and then 31 USC § 3124 and Attachment A, Respondents are NOT forcing Claimant to break the law if Respondents are demanding Federal Reserve Notes: and

25. Provide Respondent's evidence as to which dictionary or styles manual Respondents are writing from in their Offers of Obligation, whereby Claimant can easily refer to and understand the referenced Offers of Obligation; and

26. Provide Respondent's evidence that Respondents have a copy-right release from the Post-Master-General to copy Post-Master-General's 1st class-postage stamps and/or 2nd class-postage stamps and/or metered stamps; and

27. Provide Respondent's evidence that Respondents are NOT using false conveyance of language and violating The Deceptive Trade Practices Act for ill-gotten-gain against the Claimant; and

28. Provide Respondent's evidence that Respondents are NOT violating The Americans With Disabilities Act and the Antitrust with the Federal Trade Commission and the Fair Debt Collection Practices Act and 18 USC 1001 and 18 USC 1341 and 18 USC 1342 for Respondent's profit without the expressed written authorization of the Claimant; and

29. Provide Respondent's evidence that Respondents provided Claimant an interpreter to the conveyance of language, Correct-Sentence-Structure-Communication-Parse-Syntax-Grammar, pursuant to the 1964 Discrimination Act; and

30. Provide Respondent's evidence of all parties receiving this Constructive Notice of Conditional Acceptance and Commercial Affidavit and Fee Schedule of Respondent's full given names using no abbreviations nor all capitalized names nor fictitious titles; and

31. Provide Respondent's evidence of Respondent's qualifications and/or official capacities along with letters of appointments and/or letters of delegation of authorities; and

32. Provide Respondent's evidence and proof of Respondent's mandate or authority and bond and actual state license and not merely a BAR Union Membership Card as an attorney; and

33. Provide Respondent's evidence of Respondent's Oaths of Office true copies along with the proper autographs whereby the Respondents are accepting full commercial liability; and

34. Provide Respondent's evidence of Respondent's Anti Bribery statement as directed by the Foreign Corrupt Practices Act -- Anti-Bribery Provisions, as was required when Respondent's took their oath, and require Respondents foreign registration statement which must be on file, as all those who take oaths become foreign at the time of the oath, per Title 22 USC Code 612; and

35. Provide Respondent's evidence of the correction of syntax-ed documentation from all parties participating in Civil Action **CASE No. 100401188 In the COURT OF COMMON PLEAS PHILADELPHIA COUNTY** and SUM in the event of a harm by those parties and their sworn evidence that Respondents are acting within their official capacity, including personal addresses of those parties who are found to be

acting outside their authority plus their sworn evidence that they are acting within their official capacity; and

36. Provide Respondent's evidence by copies of all tax forms for all named Respondents resulting from profits derived from the securities generated for Account to prevent suspicious activity of unreported tax liabilities; and

37. Respondents provide evidence that the alleged obligation/claim against Claimant does not constitute a false and deceptive and misleading representation in connection with the collection of any debt including the false representation of the character or legal status of any debt and further makes a threat to take any action that cannot legal be taken a deceptive practice congruent with 15 U.S.C. § 1692 (e); and

38. Respondents provide evidence that any further foreclosure action is vexatious litigation and a waste of taxpayer dollars; and

39. Respondents provide evidence that any and all named Respondents have a letter of delegation of authority to attack the trust known as The TARANI ALIKE JOHNSON Trust, which is duly recorded in the public record; and

40. Respondents provide evidence that incorrect Sentence-Structure-Parse-Syntax-Grammar submitted into **CASE No. 100401188** COURT OF COMMON PLEAS PHILADELPHIA COUNTY by Respondents, also known as Plaintiffs, and their attorneys, in their complaint is NOT void of perjury and is NOT a valid claim; and

Respondents have ten (10) days from receipt of this Constructive Notice of Conditional Acceptance and the enclosed Commercial Affidavit; labeled herein as Private Case No. RE 327 506 200 US; to respond on a point-by-point basis, via sworn affidavit, under Respondent's full commercial liability, signing under penalty of perjury, that the facts contained therein are true, correct, complete and not misleading. Mere declarations are an insufficient response. All responses that are not sent to     :Claimant-and-Affiant:, as required by this agreement, shall be deemed an insufficient response. If an extension of time is needed to properly answer, please request it in writing. Failure to respond will be deemed agreement with the facts stated in the enclosed Commercial Affidavit and an inability to prove Respondent's claim, upon which any liabilities incurred pursuant the enclosed 'Fee Schedule' regarding any further action in this matter, shall be deemed accepted by the parties named as Respondents, JOINTLY AND SEVERALLY, CORPORATELY AND PERSONALLY, and any agents or assigns thereof, jointly and severally.

## Demand

Claimant hereby demands that ALL actions against **TARANI A. JOHNSON**, also known as **TARANI ALIKE JOHNSON**; a Cestui Qui trust, also known as **TARANI ALIKE JOHNSON TRUST**, also known as **Tarani Alike Johnson Estate Living Trust**, and real property of Claimant as described within this Complaint herein, known as **2285 Bryn Mawr Avenue, Philadelphia Pennsylvania**, cease and desist until the required proof has been provided by Respondent. Any further action in this matter, without FIRST, the requirements of Proof of Claim by a 'Real Party' representing the Respondent constitutes Defendant's waiver of any and all immunities from all sources.

Tacit Acquiescence by non-response within Ten (10) days of receipt of this presentment with any contract allegedly-signed by Claimant's hand, as required above, shall hereby verify Defendant's claim of debt as being invalid, and that Respondent shall owe Claimant One-hundred Thousand DOLLARS and Zero CENTS ($100,000.00US) per

attempt to collect for presentment to Claimant of claim(s) made in gross negligence; Failure to speak now to present a claim upon which relief can be granted within the time specified shall hereby establish agreement to this res judicata; stare decisis; and permanent estoppel thereby barring any further actions in the matter and establish judgment against all such false; invalid claims.

Failure to establish as required the proofs by contract shall further agree that :Tarani-Alike: Johnson: a living woman is the heir to a private trust, to which the Private American National is beneficiary, and by no means any Enemy; and shall never be tried for such claims in any Open Adversarial Public Court; and if any claim is sought by any party, that it shall be seen through the eye of exclusive-equity to view only that cause that is fair; just; equal; noble; and righteous, as hereby stipulated by this express intent to create special trust; govern yourselves therefore with peace, and in accord with the highest trust and treaty in the land.

## SILENCE IS ACQUIESCENCE - SPEAK NOW OR FOREVER HOLD YOUR PEACE

Failure to respond or responding with other than the demanded verified proof and full, whole and complete accounting, via sworn affidavit, under Defendant's full and complete commercial liability, signing under penalty of perjury, will be documented with an Affidavit of Non-Response and an Affidavit of Non-Performance and constitutes an agreement between ALL Respondent, Jointly and Severally, Corporately and Personally, and their Agents, Successors, and/or Assigns, and The Claimant that:

1. ALL Respondent do NOT have a valid claim against Claimant, Defendant, Plaintiff, nor against the Collateral Property known as **2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131]** therefore having no past, present or future claim against Claimant; and

2. All Respondent consent to a Zero Balance Judgment against Claimant, Defendant, Plaintiff, and a Zero Balance Claim against the Collateral Property known as **2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131]** therefore having no past, present or future claim against Claimant, leaving :Tarani-Alike: Johnson:, a living woman and Authorized Agent and Sole Beneficiary for TARANI ALIKE JOHNSON, A PRIVATE TRUST unencumbered, resulting in full and complete settlement, past, present and future between all parties.; and

3. ALL Respondent grant Claimant specific power of attorney to sign any and all documents deemed necessary to mark the alleged account to a zero balance, cancel lien against collateral, re-convey title, and cancel the trust which holds the alleged mortgage, signed by Claimant on behalf of ALL Respondent.

## Ledgering:

The execution of any action without first providing proof and the required rebuttal of the affidavit herein, constitutes injury and harm and does make ALL Respondent, their Agents, Successors, and/or Assigns thereof, jointly and severally, corporately and personally liable on a claim that may be liquidated against Defendant's public hazard bond, wages, earnings, rents, accounts, property, assets, and income from every source. Any insufficient response shall incur a liability payable to Claimant upon demand for One-hundred Thousand DOLLARS and Zero CENTS ($100,000.00US) per count. Failure to comply or willfully ignoring this notice by your action(s) does constitute harm, injury, and infringes upon Claimant's Rights. The execution of any action thereby causing injury or harm

without first providing the required proof or response makes you liable for One-hundred Thousand DOLLARS and Zero CENTS ($100,000.00US) for each provision that was not satisfied including but not limited to each and every negative credit reporting with Credit Bureaus, including but not limited to EXPERIAN, EQUIFAX, and TRANSUNION.

**WARNING:**

Respondent are doing business as a lawyer, law firm, collection agency, and banks in the United States. Respondent' ignorance of the LAW is not an excuse. Respondent are required to rebut the statements in this affidavit with a 'Real Party' signing in an affidavit format, swearing under penalty of perjury, with full and unlimited commercial liability, on a point by point basis certified by Affiant's signature.

This Constructive Notice of Conditional Acceptance constitutes constructive notice to the Respondent.

       Govern Yourselves Accordingly,

    Respectfully submitted September 29, 2020, A.D

               By: _johnson, tarani, -al. Ke_

                      :Tarani-Alike: Johnson:, American Freewoman
        Private Civilian of the United States of America: American National
              Private Civilian of the Commonwealth of Pennsylvania
          Special and Private Inhabitant, domiciled in Philadelphia County
               All Rights Reserved Without Prejudice

Please direct responses to:
:Tarani-Alike: Johnson:, Sole Beneficiary and Authorized Agent for
TARANI ALIKE JOHNSON Trust
In care of :Tarani-Alike: Johnson: 2285 Bryn Mawr Avenue, Philadelphia Pennsylvania [near 19131]

Copies to:
The Honorable Governor, Tom Wolf, in care of 225 Main Capitol Building Harrisburg, Pennsylvania 17120, and

The Honorable Attorney General of Pennsylvania, Josh Shapiro, in care of Strawberry Square, Harrisburg Pennsylvania 17120; and

The Honorable Governor, Andrew M. Cuomo in care of New York State, State Capitol Building, Albany, New York 12224; and

The Honorable Attorney General of New York, Letitia James, in care of The Capitol, Albany, New York 12224; and

The Honorable Governor of California, Gavin Newsom, in care of 1303 10th Street, Suite 1173, Sacramento, California, 95814, Harrisburg Pennsylvania 17120; and

The Honorable Attorney General of California, Xavier Becerra, in care of 1300 "I" Street, Sacramento California 95814.

        **Notice to Agent is notice to Principal. Notice to Principal is notice to Agent.**

# COMMERCIAL AFFIDAVIT

The undersigned Affiant, :Tarani-Alike: Johnson: hereinafter "Affiant," does solemnly swear, declare and state as follows:

1.  Affiant is competent to state the matters set forth herein.
2.  Affiant has knowledge of the facts stated herein.
3.  All the facts herein are true, correct and complete, admissible as evidence and if called upon as a witness, Affiant will testify to their veracity.

**Plain Statement of Facts**

1.  There is no evidence of verified proof and full, whole, and complete accounting, via sworn affidavit, under penalty of perjury, with full and complete commercial liability, that supports Defendant's position that a :real-party-in-interest: among the Respondent who is injured, wronged, harmed, or suffered a loss due by the Claimant, and the Affiant believes no such evidence exists; and

2.  There is no evidence that supports Claimant did NOT place full tender in the amount of One Million DOLLARS and Zero CENTS ($1,000.000.00US) into the custody of the United States Postal Service to settle, setoff, and discharge all claims made by Respondent on or about April 12, 2018 via Registered Mail Article RE 327 463 756 US, and on or about **April 27, 2018** via Registered Mail Article RE 475 578 147 US, as well as an additional full and complete consideration on **September 21, 2020** via Restricted Registered Mail Article RE 327 506 160 US in the form of 21 Silver DOLLAR Coins of the United States of America Mint, 21 -- One DOLLAR Federal Reserve Notes, 21 DOLLARS in USA Stamps, and 21 USD USPS Postal Money Order as Lawful Consideration for the purposes of full satisfaction of the claim; and the Affiant believes no such evidence exists; and

3.  There is no evidence that supports Respondent are NOT subject to the Uniform Commercial Code Article 3 Section 603, Tender of Payment Laws, which states whether Tender is accepted or rejected, there is discharge of debt, and the Affiant believes no such evidence exists; and

4.  There is no evidence that supports Defendant's position that the instruments of tender are NOT in accordance with the terms of the contract agreement with Account, and the Affiant believes no such evidence exists; and

5.  There is no evidence that supports that the Account Holders by contract, are unable to accept tender from the Claimant and that the Claimant is an unauthorized party under law to settle this alleged debt, and the Affiant believes no such evidence exists; and

6.  There is no evidence that supports Defendant's position that the instruments of tender are Not Negotiable, and the Affiant believes no such evidence exists; and

7.  There is no evidence that supports Defendant's position that the instruments of tender do not, in fact, provide defense of amounts allegedly owed by Claimant, and the Affiant believes no such evidence exists; and

8.  There is no evidence that supports Defendant's position that the instruments of tender do not affect Account holder's defense in the dishonor of the presentment of tender, and the Affiant believes no such evidence exists; and

9.  There is no evidence that supports Defendant's position that the instruments of tender will not eliminate the claimed alleged debt, and the Affiant believes no such evidence exists; and

10. There is no evidence that supports Defendant's position that the instruments of tender will result in default, a VERDICT of Foreclosure, and Foreclosure SHERIFF SALE for an account which has been settled, setoff and discharged, and the Affiant believes no such evidence exists; and

11. There is no evidence that the instruments of tender are NOT in accordance and compliance with UCC 3-104; Title IV, Sec 401 (FRA); USC Title 12; USC Title 28, §§1631, 3002; and the Foreign Sovereign Immunity Act under necessity, and the Affiant believes no such evidence exists; and

12. There is no evidence that the instruments of tender are NOT in full accord with HJR-192 (June 5, 1933), Public Law 73-10, UCC 3-419, 1-104 and 10-104, and the Affiant believes no such evidence exists; and

13. There is no evidence that pursuant to 'State and Federal' TENDER OF PAYMENT statutes; that Respondent may refuse payment of any property, money, or instrument, while NOT discharging the debt, and the Affiant believes no such evidence exists; and

14. There is no evidence that the Tender Agent has returned the instruments of TENDER and that they are not holding or withholding two instruments valued at One Million DOLLARS and Zero CENTS ($1,000.000.00US), and the Affiant believes no such evidence exists; and

15. There is no evidence that the U.S. Bankruptcy is NOT verified in Senate Report No. 93-549 93rd Congress, 1st Session (1973), "Summary of Emergency Power Statutes," Executive Orders 6073, 6102, 6111 and by Executive Order 6260 on March 9, 1933, under the "Trading With The Enemy Act (Sixty-Fifth Congress, Session I, Chapters 105, 106, October 6, 1917), and as further codified at 12 U.S.C.A. 95(a) and (b) as amended, and the Affiant believes no such evidence exists; and

16. There is no evidence that the Claimant has not been estopped from using or that he has access to 'lawful constitutional money of exchange' (See U.S. Constitution – Art. I § X) to 'PAY DEBTS AT LAW', and pursuant to HJR-192, can only discharge fines, fees, debts, and judgments 'dollar for dollar' via commercial paper or upon Affiant's exemption, and the Affiant believes no such evidence exists; and

17. There is no evidence that :Tarani-Alike: Johnson:, a Real Party in Interests, a living woman and Authorized Agent and Sole Beneficiary of the trust known as TARANI ALIKE JOHNSON Trust is NOT "Holder in Due Course" of the Preferred Stock of the federal Corporation (United States – February 21, 1871; 16 Stat I. 419): and holds a prior, superior, security interest and claim on the alleged DEBTOR and Debtor's property, and the Affiant believes no such evidence exists; AND

18. There is no evidence that Defendant's provided Claimant oaths of all parties, title, and statutes, written in the Correct-Sentence-Structure-Parse-Syntax-Grammar-Performance pursuant 18 USC 1001 and 1002, and 18 USC 1341 and 1342 for the voidance of perjury, and the Affiant believes no such evidence exists; and

19. There is no Defendant's evidence that ALL law is NOT based upon :adverb-verb:, descriptive or rhetorical verses factual, and that Respondent are NOT using deceptive practices for the voidance of perjury, while being paid is not a violation of 18 USC 1001 and 1002, and 18 USC 1341 and 1342, and the Affiant believes no such evidence exists; and

20. There is no Defendant's evidence that Respondent are NOT using the NOM DE GURERRE names pursuant to 18 USC 1001 and 1002, and 18 USC 1341 and 1342, and the Affiant believes no such evidence exists; and

21. There is no Defendant's evidence that Respondent are NOT using false advertising, fictitious use of language, pertaining to Title 18, 1001 Fraud Act by the use of closed brackets and vectors violating the four

corner rules, pursuant to Black's Law Dictionary 5th ed, Page 591, and the Affiant believes no such evidence exists; and

22. There is no Defendant's evidence that Respondent are NOT using fraudulent conveyance of language to force the Claimant to forfeit and abandon Collateral Property known as **2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131]**, and the Affiant believes no such evidence exists; and

23. There is no Defendant's evidence with a Justice of the Peace under penalty of perjury that Respondent are NOT using Fictitious Conveyance of Language as a device for unjust gain against the Claimant, and the Affiant believes no such evidence exists; and

24. There is no Defendant's evidence as to what specie Respondent will accept or lawfully require as payment of the alleged debt known as Account Holder and pursuant to 18 USC § 8 and then 31 USC § 3124 and Attachment A, Respondent are NOT forcing Claimant to break the law if Respondent are demanding Federal Reserve Notes, and the Affiant believes no such evidence exists: and

25. There is no Defendant's evidence as to which dictionary or styles manual Respondent are writing from in their Offers of Obligation, whereby Claimant can easily refer to and understand the referenced Offers of Obligation, and the Affiant believes no such evidence exists; and

26. There is no Defendant's evidence that Respondent have a copy-right release from the Post-Master-General to copy Post-Master-General's 1st class-postage stamps and/or 2nd class-postage stamps and/or metered stamps, and the Affiant believes no such evidence exists; and

27. There is no Defendant's evidence that Respondent are NOT using false conveyance of language and violating The Deceptive Trade Practices Act for ill-gotten-gain against the Claimant, and the Affiant believes no such evidence exists; and

28. There is no Defendant's evidence that Respondent are NOT violating The Americans With Disabilities Act and the Antitrust with the Federal Trade Commission and the Fair Debt Collection Practices Act and 18 USC 1001 and 18 USC 1341 and 18 USC 1342 for Defendant's profit without the expressed written authorization of the Claimant, and the Affiant believes no such evidence exists; and

29. There is no Defendant's evidence that Respondent provided Claimant an interpreter to the conveyance of language, Correct-Sentence-Structure-Communication-Parse-Syntax-Grammar, pursuant to the 1964 Discrimination Act, and the Affiant believes no such evidence exists; and

30. There is no Defendant's evidence of all parties receiving this Constructive Notice of Conditional Acceptance and Commercial Affidavit and Fee Schedule of Defendant's full given names using no abbreviations nor all capitalized names nor fictitious titles, and the Affiant believes no such evidence exists; and

31. There is no Defendant's evidence of Defendant's qualifications and/or official capacities along with letters of appointments and/or letters of delegation of authorities, and the Affiant believes no such evidence exists; and

32. There is no Defendant's evidence and proof of Defendant's mandate or authority and bond and actual state license and not merely a BAR Union Membership Card as an attorney, and the Affiant believes no such evidence exists; and

33. There is no Defendant's evidence of Defendant's Oaths of Office true copies along with the proper autographs whereby the Respondent are accepting full commercial liability, and the Affiant believes no such evidence exists; and

34. There is no Defendant's evidence of Defendant's Anti Bribery statement as directed by the Foreign Corrupt Practices Act – Anti-Bribery Provisions, as was required when Defendant's took their oath, and require Respondent foreign registration statement which must be on file, as all those who take oaths become foreign at the time of the oath, per Title 22 USC Code 612, and the Affiant believes no such evidence exists; and

35. There is no Defendant's evidence of the correction of syntax-ed documentation from all parties participating in Civil Action 2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131] and SUM in the event of a harm by those parties and their sworn evidence that Respondent are acting within their official capacity, including personal addresses of those parties who are found to be acting outside their authority plus their sworn evidence that they are acting within their official capacity, and the Affiant believes no such evidence exists; and

36. There is no Defendant's evidence by copies of all tax forms for all named Respondent resulting from profits derived from the securities generated for Account to prevent suspicious activity of unreported tax liabilities, and the Affiant believes no such evidence exists; and

37. There is no Respondent evidence that the alleged obligation/claim against Claimant does not constitute a false and deceptive and misleading representation in connection with the collection of any debt including the false representation of the character or legal status of any debt and further makes a threat to take any action that cannot legal be taken a deceptive practice congruent with 15 U.S.C. § 1692 (e), and the Affiant believes no such evidence exists; and

38. There is no Respondent evidence that any further foreclosure action is vexatious litigation and a waste of taxpayer dollars, and the Affiant believes no such evidence exists; and

39. There is no Respondent evidence that any and all named Respondent have a letter of delegation of authority to attack the trust known as The TARANI ALIKE JOHNSON Trust, which is duly recorded in the public record, and the Affiant believes no such evidence exists; and

40. There is no Respondent evidence that incorrect Sentence-Structure-Parse-Syntax-Grammar submitted into 2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131] by Respondent, also known as Plaintiffs, and their attorneys, in their complaint is NOT void of perjury and is NOT a valid claim, and the Affiant believes no such evidence exists; and

41. There is no evidence that exists, that in the event a 'Real Party' representing the POWER KIRNS and ASSOCIATES, LLC of Feasterville Trevose, Pennsylvania, their Agents, Successors, and/or Assigns does not provide Proof of Claim in the above Averments, on a Point by Point Basis, in Affidavit format, swearing under penalty of perjury, with full and unlimited commercial liability, within 10 days of receipt by the Respondent, that it will nullify Defendant's obligation of any liabilities incurred pursuant to the Fee Schedule regarding any further action in this matter, and the Affiant believes that no such evidence exists; and

42. There is no evidence that exists, that in the event a 'Real Party' representing the POWER KIRNS and ASSOCIATES, LLC of Moorestown, New Jersey, their Agents, Successors, and/or Assigns does not provide Proof of Claim in the above Averments, on a Point by Point Basis, in Affidavit format, swearing under penalty of perjury, with full and unlimited commercial liability, within 10 days of receipt by the

Respondent, that it will nullify Defendant's obligation of any liabilities incurred pursuant to the Fee Schedule regarding any further action in this matter, and the Affiant believes that no such evidence exists; and

43. There is no evidence that exists, that in the event a 'Real Party' representing the WELLS FARGO BANK, N.A., their Agents, Successors, and/or Assigns does not provide Proof of Claim in the above Averments, on a Point by Point Basis, in Affidavit format, swearing under penalty of perjury, with full and unlimited commercial liability, within 10 days of receipt by the Respondent, that it will nullify Defendant's obligation of any liabilities incurred pursuant to the Fee Schedule regarding any further action in this, matter, and the Affiant believes that no such evidence exists; and

IN WITNESS WHEREOF I hereunto set my hand and seal on this _29_ day of September, 2020 and hereby certify all the statements made above are true, correct and complete.

By: johnson tarani - alike

:Tarani-Alike: Johnson:, American Freewoman
Private Civilian of the United States of America: American National
Private Civilian of the Commonwealth of Pennsylvania
Special and Private Inhabitant, domiciled in Philadelphia County
All Rights Reserved Without Prejudice

---

**Verification and Acknowledgement**

United States of America          )
Commonwealth of Pennsylvania      )      s. a.
Philadelphia County               )

Subscribed and sworn (or affirmed) before me on this _29_ day of September, 2020.

By : :Tarani-Alike: Johnson:

Personally known to me.

**Witness 1**                                   **Witness 2**

By: laurie, robert-kenji          John Kelich, Jocelyn Patrice
in case # 1 2285 Bryn Mawr Avenue   in case # 2404 Ocean Crest Boulevard
Philadelphia, Pennsylvania          Far Rockaway, New York    [11691]
(name and address of witness) [19131]   (name and address of witness)

LEFT BLANK INTENTIONALLY

Page 32 of 42
Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule
Private Case Number: RE 327 506 200 US

## FEE SCHEDULE

Claimant: :Tarani-Alike: Johnson:, a living woman and Authorized Agent and Sole Beneficiary of the trust known as TARANI ALIKE JOHNSON, A PRIVATE TRUST In care of TARANI ALIKE JOHNSON Trust 2285 Bryn Mawr Avenue Philadelphia [near 19131] Pennsylvania

Respondents: **Harry Burnett Reese**, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Harry B. Reese**, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Jill Manuel-Coughlin**, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Sarah E. Powers**, Acting as SARAH E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **William M.E. Powers, III**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Edward W. Kirn, III**, Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Sarah K. McCaffery**, Acting as SARAH K. MCCAFFERY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Jolanta M. Pekalska**, Acting as JOLANTA M. PEKALSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Matthew James Mcdonnell**, Acting as MATTHEW JAMES MCDONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Feasterville Trevose, Pennsylvania, and/or Agents Successors, and/or Assigns; and **Harry Burnett Reese**, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Harry B. Reese**, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Angela C Pattison**, Acting as ANGELA C PATTISON ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Edward Kirn**, Acting as EDWARD KIRN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Edward W. Kirn, III**, Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Frances M Kelly**, Acting as FRANCES M KELLY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Jeanette Jacqueline O'Donnell**, Acting as JEANETTE JACQUELINE O'DONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Jill Manuel-Coughlin**, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Mathew James Forrester**, Acting as MATHEW JAMES FORRESTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Sarah Ellis Powers**, Acting as SARAH ELLIS POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **Sarah Powers**, Acting as SARAH POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **William Me Shah**, Acting as WILLIAM ME SHAH ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **William M.E. Powers**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **William M.E. Powers, Jr.**, Acting as WILLIAM M.E. POWERS, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **William M.E. Powers, III**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **William Powers**, Acting as WILLIAM POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and **ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Moorestown, New Jersey, and/or Agents Successors, and/or Assigns; and **Prince Altee Thomas**, Acting as PRINCE ALTEE THOMAS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, and **Gerald W. Arth**, Acting as GERALD E. ARTH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Jerald David August**, Acting as JERALD DAVID AUGUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Scott M. Badami**, Acting as SCOTT M. BADAMI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Ahmed Bahgat**, Acting as AHMED BAHGAT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Catherine T. Barbieri**, Acting as CATHERINE T. BARBIERI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Alexis Barron**, Acting as ALEXIS BARRON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Michael J. Bassett**, Acting as

Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule
Private Case Number: RE 327 506 200 US

MICHAEL J. BASSETT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Herbert Bass**, Acting as HERBERT BASS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Ryant T. Becker**, Acting as RYAN T. BECKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Brian A. Berkley**, Acting as BRIAN A. BERKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Brett A. Berman**, Acting as BRETT A. BERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Michael S. Bookbinder**, Acting as MICHAEL S. BOOKBINDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Nathan M. Buchter**, Acting as NATHAN M. BUCHTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Peter C. Buckley**, Acting as PETER C. BUCKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Maura L. Burke**, Acting as MAURA L. BURKE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Kristina Neff Burland**, Acting as KRISTINA NEFF BURLAND ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Jacqueline M. Carolan**, Acting as JACQUELINE M. CAROLAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Frank T. Carroll**, Acting as FRANK T. CARROLL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Martha B. Chovanes**, Acting as MARTHA B. CHOVANES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Stephen M. Cohen**, Acting as STEPHEN M. COHEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **David H. Colvin**, Acting as DAVID H. COLVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Ian M. Comisky**, Acting as IAN M. COMISKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Andrew S. Console**, Acting as ANDREW S. CONSOLE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Siana Danch**, Acting as SIANA DANCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **E. Gerald Donnelly, Jr.**, Acting as E. GERALD DONNELLY, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **David A. Doty**, Acting as DAVID A. DOTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Jean A. Durling**, Acting as JEAN A. DURLING ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Patrick J. Egan**, Acting as PATRICK J. EGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Michael Eidel**, Acting as MICHAEL EIDEL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Andrew S. Esler**, Acting as ANDREW S. ESLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Tristram R. Fall, III**, Acting as TRISTRAM R. FALL, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns,; and **Craig L. Finger**, Acting as CRAIG L. FINGER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Barbara R. Flacker**, Acting as BARBARA R. FLACKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Howard R. Flaxman**, Acting as HOWARD R. FLAXMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **John Cornell Fuller**, Acting as JOHN CORNELL FULLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Eleanor Vaida Gerhards**, Acting as ELEANOR VAIDA GERHARDS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **David M. Giles**, Acting as DAVID M. GILES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Edward Gillespie**, Acting as EDWARD GILLESPIE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **John L. Grossman**, Acting as JOHN L. GROSSMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Debra L. Gruenstein**, Acting as DEBRA L. GRUENSTEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Robert W. Gundlach Jr.**, Acting as ROBERT W. GUNDLACH JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Johns J. Haggerty**, Acting as JOHN J. HAGGERTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Jesse M. Harris**, Acting as JESSE M. HARRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and

Dylan T. Hastings, Acting as DYLAN T. HASTINGS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Gerald M. Hatfield, Acting as GERALD M. HATFIELD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Edward J. Hayes, Acting as EDWARD J. HAYES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Gary A. Hecht, Acting as GARY A. HECHT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Gabriel B. Herman, Acting as GABRIEL B. HERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Philip L. Hinerman, Acting as PHILIP L. HINERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Kelley B. Hodge, Acting as KELLEY B. HODGE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Joshua Horn, Acting as JOSHUA HORN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Nathan Huddel, Acting as NATHAN HUDDELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Theodore H. Jobes, Acting as THEODORE H. JOBES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Edward J. Kabala, Acting as EDWARD J. KABALA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Odia Kagan, Acting as ODIA KAGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Stephen H. Kalis, Acting as STEPHEN H. KALIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Jessica Labella Kitain, Acting as JESSICA LABELLA KITAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Gregory J. Kleiber, Acting as GREGORY J. KLEIBER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Michael J. Kornacki, Acting as MICHAEL J. KORNACKI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Lisa B. Lane, Acting as LISA B. LANE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Mathew D. Lee, Acting as MATTHEW D. LEE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Holly Lentz Kleeman, Acting as HOLLY LENTZ KLEEMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Michael J. Leonard, Acting as MICHAEL J. LEONARD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Olufunke O. Leroy, Acting as OLUFUNKE O. LEROY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Jane E. Lessner, Acting as JANE E. LESSNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Brian J. Levin, Acting as BRIAN J. LEVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Matthew A. Levitsky, Acting as MATTHEW A. LEVITSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Sidney S. Liebesman, Acting as SIDNEY S. LIEBESMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Steven K. Ludwig, Acting as STEVEN K. LUDWIG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Andrew M. Macdonald, Acting as ANDREW M. MACDONALD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Jason C. Manfrey, Acting as JASON C. MANFREY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Robin B. Matlin, Acting as ROBIN B. MATLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and James A. Matthews III, Acting as JAMES A. MATTHEWS III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Mark G. McCreary, Acting as MARK G. MCCREARY, CIPP/US ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Brian McGinnis, Acting as BRIAN MCGINNIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Lauren P. McKenna, Acting as LAUREN P. MCKENNA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Ian D. Meklinsky, Acting as IAN D. MEKLINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Michael G. Menkowitz, Acting as MICHAEL G. MENKOWITZ ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Ryan North Miller, Acting as RYAN NORTH MILLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Sarah K. Minteer, Acting as SARAH K. MINTEER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Catherine M. Monte, Acting as CATHERINE M. MONTE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Mark

L. Morris, Acting as MARK L. MORRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Sanford K. Mozes, Acting as SANFORD K. MOZES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Carrie B. Nase-Poust, Acting as CARRIE B. NASE-POUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Marc E. Needles, Acting as MARC E. NEEDLES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Ramon R. Obod, Acting as RAMON R. OBOD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Jay G. Ochroch, Acting as JAY G. OCHROCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Christopher D. Olszyk, Jr., Acting as CHRISTOPHER D. OLSZYK, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Brian J. O'Neill, Acting as BRIAN J. O'NEILL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Thomas D. Paradise, Acting as THOMAS D. PARADISE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Joseph F. Posillico, Acting as JOSEPH F. POSILLICO ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and David S. Rasner, Acting as DAVID S. RASNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Eric E. Reed, Acting as ERIC E. REED ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Abraham C. Reich, Acting as ABRAHAM C. REICH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Dan Reiter, Acting as DAN REITER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Stephanie Resnick, Acting as STEPHANIE RESNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Kristen Poetzel Ricci, Acting as KRISTEN POETZEL RICCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Michael Rinehart, Acting as MICHAEL RINEHART ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Bradley S. Rodos, Acting as BRADLEY S. RODOS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Michelle S. Rosenberg, Acting as MICHELLE S. ROSENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Barnett Satinsky, Acting as BARNETT SATINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Magdalena Schardt, Acting as MAGDALENA SCHARDT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Kevin B. Scott, Acting as KEVIN B. SCOTT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Jacqueline G. Segal, Acting as JACQUELINE G. SEGAL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Ronald J. Shaffer, Acting as RONALD J. SHAFFER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Mark L. Silow, Acting as MARK L. SILOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, and Nevena Simidjiuska, Acting as NEVENA SIMIDJIUSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and David B. Snyder, Acting as DAVID B. SNYDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and David S. Sokolow, Acting as DAVID S. SOKOLOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Shelly A. Solomon, Acting as SHELLY A. SOLOMON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and William H. Stassen, Acting as WILLIAM H. STASSEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Trisha B. Stein, Acting as TRISHA B. STEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Paul Straub, Acting as PAUL STRAUB ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and John J. Stubbs, Acting as JOHN J. STUBBS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Julia Swain, Acting as JULIA SWAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Michael L. Temin, Acting as MICHAEL L. TEMIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Robert S. Tintner, Acting as ROBERT S. TINTNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Craig R. Tractenberg, Acting as CRAIG R. TRACTENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Peter J. Tucci, Acting as PETER J. TUCCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and Michael K. Twersky, Acting as MICHAEL K. TWERSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or

Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule
Private Case Number: RE 327 506 200 US

Assigns; and **Scott L. Vernick**, Acting as SCOTT L. VERNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Michael J. Viscount, Jr.**, Acting as MICHAEL J. VISCOUNT, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Marvin L. Weinberg**, Acting as MARVIN L. WEINBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Beth L. Weisser**, Acting as BETH L. WEISSER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Stephen P. Weiss**, Acting as STEPHEN P. WEISS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Gregory B. Williams**, Acting as GREGORY B. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Ronald L. Williams**, Acting as RONALD L. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and **Adam R. Young**, Acting as ADAM R. YOUNG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; and ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 999 Peachtree Street NE, Suite 1500, Atlanta Georgia [30309]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 1301 Atlantic Avenue Midtown Building, Suite 400, Atlantic City, New Jersey [08401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 10 Sentry Parkway, Suite 200, Post Office Box 3001, Blue Bell, Pennsylvania [19422]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of YS AT LAW, and/or Assigns, In care of 101 N. Tryon Street, Suite 1300, Charlotte, North Carolina [28246]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 321 North Clark Street, Suite 1600, Chicago, Illinois [60654]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2501 North Harwood Street, Suite 1800, Dallas, Texas [75201]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1225 17th Street, Suite 2200, Denver, Colorado [80202]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 747 Constitution Drive, Suite 100, Post Office Box 673, Exton, Pennsylvania [19341]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 230 North Elm Street, Suite 1200, Greensboro, North Carolina [27401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2 West Washington Street, Suite 110, Greenville, South Carolina [29601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Summerlin Office Building, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada [89135]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 10250 Constellation Boulevard, Suite 900, Los Angeles, California [ 90067]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Biscayne Tower, 2 South Biscayne Boulevard, Suite 2750, Miami, Florida [33131]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Campbell Mithun Tower, 222 South Ninth Street, Suite 2000, Minneapolis Minnesota [55402]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 49 Market Street, Morristown, New Jersey [07960]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 101 Park Avenue, 17th Floor, New York, New York [10178]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of BNY Mellon Center, 500 Grant Street, Suite 2500, Pittsburgh Pennsylvania [15219]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Princeton Pike Corporate Center 997 Lenox Drive, Lawrenceville, New Jersey [08648]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 434 Fayetteville Street, Suite 2800, Raleigh, North Carolina [27601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1001 Fourth Avenue, Suite 4500, Seattle Washington, [98154]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 8300 Greensboro Drive, Suite 1000, Tysons Virginia, [22102]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2700 Kelly Road, Suite 300, Warrington, Pennsylvania [18976]; and
ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1030 15ᵗʰ Street North West, Suite 380 East, Washington, District of Columbia [20005]; and
ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 777 South 1700 West Tower, West Palm Beach, Florida [33401]; and
ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 919 North Market Street, Suite 300, Post Office Box 2323, Wilmington, Delaware [19899]; and
Charles W. Scharf, Acting as CHARLES W. SCHARF, CHIEF EXECUTIVE OFFICER, PRESIDENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Scott E. Powell, Acting as SCOTT E. POWELL, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF OPERATING OFFICE, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and John R. Shrewsberry, Acting as JOHN R. SHREWSBERRY, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Muneera S. Carr, Acting as MUNEERA S. CARR, EVP, CHIEF ACCOUNTING OFFICER, CONTROLLER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and William M. Daley, Acting as WILLIAM M. DALEY, VICE CHAIRMAN OF PUBLIC AFFAIRS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Derek A. Flowers, Acting as DEREK A. FLOWERS, SENIOR EVP, HEAD OF STRATEGIC EXECUTION and OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns: and David C. Gallorees, Acting as DAVID C. GALLOREES, SENIOR EVP, HEAD OF HUMAN RESOURCES, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Mary T. Mack, Acting as MARY T. MACK, SENIOR EVP, CEO OF CONSUMER & SMALL BUSINESS BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Amanda G. Norton, Acting as AMANDA G. NORTON, SENIOR EVP, CHIEF RISK OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Lester J. Owens, Acting as LESTER J. OWENS, SENIOR EVP, HEAD OF OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Ellen R. Patterson, Acting as ELLEN R. PATTERSON, SENIOR EVP, GENERAL COUNSEL, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Perry G. Pelos, Acting as PERRY G. PELOS, SENIOR EVP, CEO OF COMMERCIAL BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Scott E. Powell, Acting as SCOTT E. POWELL, SENIOR EVP, CHIEF OPERATING OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Julie L. Scammahorn, Acting as JULIE L. SCAMMAHORN, ACTING AS JULIE L. SCAMMAHORN, SENIOR EVP, CHIEF AUDITOR, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Barry Sommers, Acting as BARRY SOMMERS, SENIOR EVP, CEO OF WEALTH & INVESTMENT MANAGEMENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Saul Van Beurden, Acting as SAUL VAN BEURDEN, SENIOR EVP, HEAD OF TECHNOLOGY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Michael S. Weinbach, Acting as MICHAEL S. WEINBACH, SENIOR EVP, CEO OF CONSUMER LENDING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Jonathan G. Weiss, Acting as JONATHAN G. WEISS, SENIOR EVP, CEO OF CORPORATE & INVESTMENT BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, ; and ALL AGENTS for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; and Jane Doe 1- 50, Acting as JANE DOE 1 – 50; and  John Doe 1-50, Acting as JOHN DOE 1 - 50 ; JOINTLY and SEVERALLY, CORPORATELY and PERSONALLY,  hereinafter Respondent, singularly, Respondents, collectively:

September 29, 2020

The following schedule of fees is effective September 29, 2020; These fees are subject to change upon written notice by the Claimant to the Respondent(s):

Section 1
Notice: Section 1 is a schedule of fees that are to be prepaid by the Respondent(s) to the Claimant before the execution of any of the following acts by the Claimant or the Claimant's agents, or assigns; and

| Description | Rate |
|---|---|
| **Arbitration hearing(s) re:** Notice of Foreclosure for WORLD SAVINGS BANK, FSB, Mortgage Number 0045821642, also known as WORLD SAVINGS REMIC 33, also known as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), also known as WACHOVIA BANK, N.A., also known as WACHOVIA MORTGAGE, also known as WACHOVIA MORTGAGE CORPORATION, Mortgage Number 4831607, also known as WELLS FARGO BANK, N.A., also known as WELLS FARGO MORTGAGE, also known as Civil Action Case No. 100401188 [2010] COURT OF COMMON PLEASE PHILADELPHIA COUNTY COMMONWEALTH OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 12-20451-MDC [2012] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 7 BANKRUPTCY Case No. 12-20451-MDC [2013] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 18-17342-MDC [2018] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, in the amount of Eight Hundred Sixteen Thousand Eight Hundred Ninety-Seven DOLLARS and Eighty Six CENTS (816,897.86). Original Amount of Three Hundred Ninety-Two Thousand DOLLARS and Zero CENTS (392,000.00US). | $25,000/hearing* |
| **Court hearing(s) re:** Notice of Foreclosure for WORLD SAVINGS BANK, FSB, Mortgage Number 0045821642, also known as WORLD SAVINGS REMIC 33, also known as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), also known as WACHOVIA BANK, N.A., also known as WACHOVIA MORTGAGE, also known as WACHOVIA MORTGAGE CORPORATION, Mortgage Number 4831607, also known as WELLS FARGO BANK, N.A., also known as WELLS FARGO MORTGAGE, also known as Civil Action Case No. 100401188 [2010] COURT OF COMMON PLEASE PHILADELPHIA COUNTY COMMONWEALTH OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 12-20451-MDC [2012] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 7 BANKRUPTCY Case No. 12-20451-MDC [2013] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 18-17342-MDC [2018] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, in the amount of Eight Hundred Sixteen Thousand Eight Hundred Ninety-Seven DOLLARS and Eighty Six CENTS (816,897.86). Original Amount of Three Hundred Ninety-Two Thousand DOLLARS and Zero CENTS (392,000.00US). | $50,000/hearing* |
| LEFT BLANK INTENTIONALLY | LEFT BLANK INTENTIONALLY |
| **Mediation hearing(s) re:** Notice of Foreclosure for WORLD SAVINGS BANK, FSB, Mortgage Number 0045821642, also known as WORLD SAVINGS REMIC 33, also known as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), also known as WACHOVIA BANK, N.A., also known as WACHOVIA MORTGAGE, also known as WACHOVIA MORTGAGE CORPORATION, Mortgage Number | $25,000/hearing* |

| | |
|---|---|
| 4831607, also known as WELLS FARGO BANK, N.A., also known as WELLS FARGO MORTGAGE, also known as Civil Action Case No. 100401188 [2010] COURT OF COMMON PLEASE PHILADELPHIA COUNTY COMMONWEALTH OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 12-20451-MDC [2012] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 7 BANKRUPTCY Case No. 12-20451-MDC [2013] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 18-17342-MDC [2018] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, in the amount of Eight Hundred Sixteen Thousand Eight Hundred Ninety-Seven DOLLARS and Eighty Six CENTS (816,897.86). Original Amount of Three Hundred Ninety-Two Thousand DOLLARS and Zero CENTS (392,000.00US). | |
| **Formal/informal meeting(s) re:** Notice of Foreclosure for WORLD SAVINGS BANK, FSB, Mortgage Number 0045821642, also known as WORLD SAVINGS REMIC 33, also known as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), also known as WACHOVIA BANK, N.A., also known as WACHOVIA MORTGAGE, also known as WACHOVIA MORTGAGE CORPORATION, Mortgage Number 4831607, also known as WELLS FARGO BANK, N.A., also known as WELLS FARGO MORTGAGE, also known as Civil Action Case No. 100401188 [2010] COURT OF COMMON PLEASE PHILADELPHIA COUNTY COMMONWEALTH OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 12-20451-MDC [2012] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 7 BANKRUPTCY Case No. 12-20451-MDC [2013] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 18-17342-MDC [2018] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, in the amount of Eight Hundred Sixteen Thousand Eight Hundred Ninety-Two DOLLARS and Zero CENTS (392,000.00US). | $25,000/meeting* |

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/

**LEFT BLANK INTENTIONALLY**

**Page 40 of 42**
**Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule**
**Private Case Number: RE 327 506 200 US**

## Section 2

Notice: Section 2 is a schedule of fees that are to be paid by the Recipient(s) within three (3) days from receipt of any invoices issued by the Principal to the Recipient(s) for the execution of any of the following acts by the Principal or the Principal's agents or assigns.

| Description | Rate |
|---|---|
| **Written communications re:** Notice of Foreclosure for WORLD SAVINGS BANK, FSB, Mortgage Number 0045821642, also known as WORLD SAVINGS REMIC 33, also known as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), also known as WACHOVIA BANK, N.A., also known as WACHOVIA MORTGAGE, also known as WACHOVIA MORTGAGE CORPORATION, Mortgage Number 4831607, also known as WELLS FARGO BANK, N.A., also known as WELLS FARGO MORTGAGE, also known as Civil Action Case No. 100401188 [2010] COURT OF COMMON PLEASE PHILADELPHIA COUNTY COMMONWEALTH OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 12-20451-MDC [2012] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 7 BANKRUPTCY Case No. 12-20451-MDC [2013] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 18-17342-MDC [2018] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, in the amount of Eight Hundred Sixteen Thousand Eight Hundred Ninety-Seven DOLLARS and Eighty Six CENTS (816,897.86). Original Amount of Three Hundred Ninety-Two Thousand DOLLARS and Zero CENTS (392,000.00US). | $5,000/page* |
| **Telephone communications re:** Notice of Foreclosure for WORLD SAVINGS BANK, FSB, Mortgage Number 0045821642, also known as WORLD SAVINGS REMIC 33, also known as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), also known as WACHOVIA BANK, N.A., also known as WACHOVIA MORTGAGE, also known as WACHOVIA MORTGAGE CORPORATION, Mortgage Number 4831607, also known as WELLS FARGO BANK, N.A., also known as WELLS FARGO MORTGAGE, also known as Civil Action Case No. 100401188 [2010] COURT OF COMMON PLEASE PHILADELPHIA COUNTY COMMONWEALTH OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 12-20451-MDC [2012] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 7 BANKRUPTCY Case No. 12-20451-MDC [2013] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 18-17342-MDC [2018] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, in the amount of Eight Hundred Sixteen Thousand Eight Hundred Ninety-Seven DOLLARS and Eighty Six CENTS (816,897.86). Original Amount of Three Hundred Ninety-Two Thousand DOLLARS and Zero CENTS (392,000.00US). | $500/minute |
| LEFT BLANK INTENTIONALLY | LEFT BLANK INTENTIONALLY |

| | |
|---|---|
| **Electronic communications re:** Notice of Foreclosure for WORLD SAVINGS BANK, FSB, Mortgage Number 0045821642, also known as WORLD SAVINGS REMIC 33, also known as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), also known as WACHOVIA BANK, N.A., also known as WACHOVIA MORTGAGE, also known as WACHOVIA MORTGAGE CORPORATION, Mortgage Number 4831607, also known as WELLS FARGO BANK, N.A., also known as WELLS FARGO MORTGAGE, also known as Civil Action Case No. 100401188 [2010] COURT OF COMMON PLEASE PHILADELPHIA COUNTY COMMONWEALTH OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 12-20451-MDC [2012] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 7 BANKRUPTCY Case No. 12-20451-MDC [2013] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 18-17342-MDC [2018] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, in the amount of Eight Hundred Sixteen Thousand Eight Hundred Ninety-Seven DOLLARS and Eighty Six CENTS (816,897.86). Original Amount of Three Hundred Ninety-Two Thousand DOLLARS and Zero CENTS (392,000.00US). | $7,000.00/Transmission |
| **Time expended re:** Notice of Foreclosure for WORLD SAVINGS BANK, FSB, Mortgage Number 0045821642, also known as WORLD SAVINGS REMIC 33, also known as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), also known as WACHOVIA BANK, N.A., also known as WACHOVIA MORTGAGE, also known as WACHOVIA MORTGAGE CORPORATION, Mortgage Number 4831607, also known as WELLS FARGO BANK, N.A., also known as WELLS FARGO MORTGAGE, also known as Civil Action Case No. 100401188 [2010] COURT OF COMMON PLEASE PHILADELPHIA COUNTY COMMONWEALTH OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 12-20451-MDC [2012] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 7 BANKRUPTCY Case No. 12-20451-MDC [2013] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 18-17342-MDC [2018] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, in the amount of Eight Hundred Sixteen Thousand Eight Hundred Ninety-Seven DOLLARS and Eighty Six CENTS (816,897.86). Original Amount of Three Hundred Ninety-Two Thousand DOLLARS and Zero CENTS (392,000.00US). | $7,000/hour |

\*    The fees for the acts described accrue in addition to the hourly rate for time expended...

/
/
/
/
/
/
/
/
/
/
/

**LEFT BLANK INTENTIONALLY**

**Page 42 of 42**





## VERIFICATION

i, :tarani-alike: johnson:, Real Party of Interest; Agent for and Sole Beneficiary Owner of the **TARANI ALIKE JOHNSON TRUST**, a Cestui Qui Trust, also known as **TARANI A. JOHNSON**, Plaintiff herein; states that i am duly authorized to make this Verification on behalf of Plaintiff and verifies that the statements made in the foregoing COMPLAINT – NOTICE OF CLAIM, CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE are true and correct to the best of my knowledge, information and belief.

i verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
28 U.S. Code 1746.

Respectfully Executed on September 29, 2020

By: _johnson, tarani- alike, General Executrix_
johnson, tarani-alike; Grantor/Attorney-in-Fact/Real Party of Interest,
General Executrix, Agent and Sole Beneficiary Owner for PLAINTIFF,
**TARANI ALIKE JOHNSON**, a Cestui Qui Trust and Estate established in
The City of New York at the DEPARTMENT OF HEALTH AND MENTAL
HYGIENE; File no.: **156-76-416831**, aka **Tarani Alike Johnson™ ©**,
Federal Trademark # **88859594**
**All Rights Reserved Without Prejudice, Without Recourse.**
Amicus Curiae, Sui Juris, No Pro Se, In Propria Persona



23



This document is to take the place of the previously
sent document bearing the specified name and title:
"NOTICE OF FAULT and CONSENT TO
JUDGEMENT"



## NOTICE OF [:"DE":]FAULT and CONSENT TO JUDGMENT

### (AMENDMENT TO NOTICE OF DEFAULT and CONSENT TO JUDGEMENT)

**Notice to Agent is Notice to Principal**
**Notice to Principal is Notice to Agent**

**Claimant**
:Tarani-Alike: Johnson:, a living woman; American Freewoman
Private Civilian of the United States of America; American National
Authorized Agent, and Sole Beneficiary of the trust known as
**TARANI A. JOHNSON** also known as
**Tarani Alike Johnson ™ ©**, Federal Trademark # **88859594**
also known as **TARANI ALIKE JOHNSON, A PRIVATE TRUST**
and **Tarani Alike Johnson Estate Living Trust (eTAJ156US)**
in care of: Tarani-Alike: Johnson:
2285 Bryn Mawr Avenue
Philadelphia [19131] Pennsylvania

RE:    Private Case Number: RE 327 506 200 US
       Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule dated
       September 29, 2020, executed by :Tarani-Alike: Johnson:, sent to [:"RESPONDENTS":] on September 30,
       2020 via USPS Certified Mail Receipt No.(s) 7017 3380 0000 9203 2296, 7017 3380 0000 9203 2302, and
       7017 3380 0000 9203 2319

**SENT VIA USPS CERTIFIED MAIL RECEIPT No. (s) 7019 0700 0000 6633 7966,**
**7019 0700 0000 6633 7973, and 7019 0700 0000 6633 7980**

**ORIGINAL DOCUMENT SENT VIA REGISTERED MAIL; RE 327 506 227 US; RE 327 506 235 US; and**
**RE 327 506 244 US**

**ORIGINAL SENT VIA FED EX TRACKING No.(s) 399007148543, 399007290388, and 399007088544**

**ORIGINAL SENT VIA USPS CERTIFIED MAIL RECEIPT No.(s) 7019 0700 0000 6633 7874,**
**7019 0700 0000 6633 7898, and 7019 0700 0000 6633 7881**

November 25, 2020

[:"RESPONDENTS":]

**Harry Burnett Reese**, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO
BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville
Trevose, Pennsylvania [19053]; and

**Harry B. Reese**, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or
Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania
[19053]; and

**Jill Manuel-Coughlin**, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO
BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville
Trevose, Pennsylvania [19053]; and

**Sarah E. Powers,** Acting as SARAH E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**William M.E. Powers, III,** Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Edward W. Kirn, III,** Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Sarah K. McCaffery,** Acting as SARAH K. MCCAFFERY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Jolanta M. Pekalska,** Acting as JOLANTA M. PEKALSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Matthew James Mcdonnell,** Acting as MATTHEW JAMES MCDONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Feasterville Trevose, Pennsylvania, and/or Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Harry Burnett Reese,** Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Harry B. Reese,** Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Angela C Pattison,** Acting as ANGELA C PATTISON ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Edward Kirn,** Acting as EDWARD KIRN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Edward W. Kirn, III,** Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Frances M Kelly,** Acting as FRANCES M KELLY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Jeanette Jacquline O'Donnell,** Acting as JEANETTE JACQUELINE O'DONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Jill Manuel-Coughlin,** Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Mathew James Forrester,** Acting as MATHEW JAMES FORRESTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Sarah Ellis Powers,** Acting as SARAH ELLIS POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Sarah Powers,** Acting as SARAH POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William Me Shah,** Acting as WILLIAM ME SHAH ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers,** Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers, Jr.,** Acting as WILLIAM M.E. POWERS, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers, III,** Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William Powers,** Acting as WILLIAM POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Moorestown, New Jersey, and/or Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Prince Altee Thomas,** Acting as PRINCE ALTEE THOMAS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gerald W. Arth,** Acting as GERALD E. ARTH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jerald David August,** Acting as JERALD DAVID AUGUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Scott M. Badami,** Acting as SCOTT M. BADAMI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ahmed Bahgat,** Acting as AHMED BAHGAT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Catherine T. Barbieri,** Acting as CATHERINE T. BARBIERI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Alexis Barron,** Acting as ALEXIS BARRON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Bassett,** Acting as MICHAEL J. BASSETT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Herbert Bass,** Acting as HERBERT BASS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ryant T. Becker,** Acting as RYAN T. BECKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian A. Berkley,** Acting as BRIAN A. BERKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brett A. Berman,** Acting as BRETT A. BERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael S. Bookbinder,** Acting as MICHAEL S. BOOKBINDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Nathan M. Buchter,** Acting as NATHAN M. BUCHTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Peter C. Buckley,** Acting as PETER C. BUCKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Maura L. Burke,** Acting as MAURA L. BURKE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kristina Neff Burland,** Acting as KRISTINA NEFF BURLAND ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jacqueline M. Carolan,** Acting as JACQUELINE M. CAROLAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Frank T. Carroll,** Acting as FRANK T. CARROLL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Martha B. Chovanes,** Acting as MARTHA B. CHOVANES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen M. Cohen,** Acting as STEPHEN M. COHEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David H. Colvin,** Acting as DAVID H. COLVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ian M. Comisky,** Acting as IAN M. COMISKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew S. Console,** Acting as ANDREW S. CONSOLE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Siana Danch,** Acting as SIANA DANCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**E. Gerald Donnelly, Jr.,** Acting as E. GERALD DONNELLY, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David A. Doty,** Acting as DAVID A. DOTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jean A. Durling,** Acting as JEAN A. DURLING ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Patrick J. Egan,** Acting as PATRICK J. EGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael Eidel,** Acting as MICHAEL EIDEL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew S. Esler,** Acting as ANDREW S. ESLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Tristram R. Fall, III,** Acting as TRISTRAM R. FALL, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Craig L. Finger,** Acting as CRAIG L. FINGER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Barbara R. Flacker,** Acting as BARBARA R. FLACKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Howard R. Flaxman,** Acting as HOWARD R. FLAXMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John Cornell Fuller,** Acting as JOHN CORNELL FULLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Eleanor Vaida Gerhards,** Acting as ELEANOR VAIDA GERHARDS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David M. Giles,** Acting as DAVID M. GILES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward Gillespie,** Acting as EDWARD GILLESPIE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John L. Grossman,** Acting as JOHN L. GROSSMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Debra L. Gruenstein,** Acting as DEBRA L. GRUENSTEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robert W. Gundlach Jr.,** Acting as ROBERT W. GUNDLACH JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Johns J. Haggerty,** Acting as JOHN J. HAGGERTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jesse M. Harris,** Acting as JESSE M. HARRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Dylan T. Hastings,** Acting as DYLAN T. HASTINGS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gerald M. Hatfield,** Acting as GERALD M. HATFIELD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward J. Hayes,** Acting as EDWARD J. HAYES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gary A. Hecht,** Acting as GARY A. HECHT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gabriel B. Herman,** Acting as GABRIEL B. HERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Philip L. Hinerman,** Acting as PHILIP L. HINERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kelley B. Hodge,** Acting as KELLEY B. HODGE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Joshua Horn,** Acting as JOSHUA HORN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Nathan Huddel,** Acting as NATHAN HUDDELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Theodore H. Jobes,** Acting as THEODORE H. JOBES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward J. Kabala,** Acting as EDWARD J. KABALA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Odia Kagan,** Acting as ODIA KAGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen H. Kalis,** Acting as STEPHEN H. KALIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jessica Labella Kitain,** Acting as JESSICA LABELLA KITAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gregory J. Kleiber,** Acting as GREGORY J. KLEIBER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Kornacki,** Acting as MICHAEL J. KORNACKI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Lisa B. Lane,** Acting as LISA B. LANE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mathew D. Lee,** Acting as MATTHEW D. LEE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Holly Lentz Kleeman,** Acting as HOLLY LENTZ KLEEMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Leonard,** Acting as MICHAEL J. LEONARD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Olufunke O. Leroy,** Acting as OLUFUNKE O. LEROY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jane E. Lessner,** Acting as JANE E. LESSNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian J. Levin,** Acting as BRIAN J. LEVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Matthew A. Levitsky,** Acting as MATTHEW A. LEVITSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sidney S. Liebesman,** Acting as SIDNEY S. LIEBESMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Steven K. Ludwig,** Acting as STEVEN K. LUDWIG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew M. Macdonald,** Acting as ANDREW M. MACDONALD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jason C. Maufrey,** Acting as JASON C. MANFREY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robin B. Matlin,** Acting as ROBIN B. MATLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**James A. Matthews III,** Acting as JAMES A. MATTHEWS III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark G. McCreary,** Acting as MARK G. MCCREARY, CIPP/US ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian McGinnis,** Acting as BRIAN MCGINNIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Lauren P. McKenna,** Acting as LAUREN P. MCKENNA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ian D. Meklinsky,** Acting as IAN D. MEKLINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael G. Menkowitz,** Acting as MICHAEL G. MENKOWITZ ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ryan North Miller,** Acting as RYAN NORTH MILLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sarah K. Minteer,** Acting as SARAH K. MINTEER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Catherine M. Monte,** Acting as CATHERINE M. MONTE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark L. Morris,** Acting as MARK L. MORRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sanford K. Mozes,** Acting as SANFORD K. MOZES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Carrie B. Nase-Poust,** Acting as CARRIE B. NASE-POUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Marc E. Needles,** Acting as MARC E. NEEDLES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ramon R. Obod,** Acting as RAMON R. OBOD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jay G. Ochroch,** Acting as JAY G. OCHROCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Christopher D. Olszyk, Jr.,** Acting as CHRISTOPHER D. OLSZYK, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian J. O'Neill,** Acting as BRIAN J. O'NEILL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Thomas D. Paradise,** Acting as THOMAS D. PARADISE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Joseph F. Posillico,** Acting as JOSEPH F. POSILLICO ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David S. Rasner,** Acting as DAVID S. RASNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Eric E. Reed,** Acting as ERIC E. REED ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Abraham C. Reich,** Acting as ABRAHAM C. REICH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Dan Reitter,** Acting as DAN REITER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephanie Resnick,** Acting as STEPHANIE RESNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kristen Poetzel Ricci,** Acting as KRISTEN POETZEL RICCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael Rinehart,** Acting as MICHAEL RINEHART ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Bradley S. Rodos,** Acting as BRADLEY S. RODOS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michelle S. Rosenberg,** Acting as MICHELLE S. ROSENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Barnett Satinsky,** Acting as BARNETT SATINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Magdalena Schardt,** Acting as MAGDALENA SCHARDT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kevin B. Scott,** Acting as KEVIN B. SCOTT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jacqueline G. Segal,** Acting as JACQUELINE G. SEGAL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ronald J. Shaffer,** Acting as RONALD J. SHAFFER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark L. Silow,** Acting as MARK L. SILOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Nevena Simidjiuska,** Acting as NEVENA SIMIDJIUSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David B. Snyder,** Acting as DAVID B. SNYDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David S. Sokolow,** Acting as DAVID S. SOKOLOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Shelly A. Solomon,** Acting as SHELLY A. SOLOMON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**William H. Stassen,** Acting as WILLIAM H. STASSEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Trisha B. Stein,** Acting as TRISHA B. STEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Paul Straub,** Acting as PAUL STRAUB ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John J. Stubbs,** Acting as JOHN J. STUBBS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Julia Swain,** Acting as JULIA SWAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael L. Temin,** Acting as MICHAEL L. TEMIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robert S. Tintner,** Acting as ROBERT S. TINTNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Craig R. Tractenberg,** Acting as CRAIG R. TRACTENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Peter J. Tucci,** Acting as PETER J. TUCCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael K. Twersky,** Acting as MICHAEL K. TWERSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Scott L. Vernick,** Acting as SCOTT L. VERNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Viscount, Jr.,** Acting as MICHAEL J. VISCOUNT, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Marvin L. Weinberg,** Acting as MARVIN L. WEINBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Beth L. Weisser,** Acting as BETH L. WEISSER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen P. Weiss,** Acting as STEPHEN P. WEISS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gregory B. Williams,** Acting as GREGORY B. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ronald L. Williams,** Acting as RONALD L. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Adam R. Young,** Acting as ADAM R. YOUNG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 999 Peachtree Street NE, Suite 1500, Atlanta Georgia [30309]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 1301 Atlantic Avenue Midtown Building, Suite 400, Atlantic City, New Jersey [08401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 10 Sentry Parkway, Suite 200, Post Office Box 3001, Blue Bell, Pennsylvania [19422]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of YS AT LAW, and/or Assigns, In care of 101 N. Tryon Street, Suite 1300, Charlotte, North Carolina [28246]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 321 North Clark Street, Suite 1600, Chicago, Illinois [60654]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2501 North Harwood Street, Suite 1800, Dallas, Texas [75201]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1225 17th Street, Suite 2200, Denver, Colorado [80202]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 747 Constitution Drive, Suite 100, Post Office Box 673, Exton, Pennsylvania [19341]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 230 North Elm Street, Suite 1200, Greensboro, North Carolina [27401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2 West Washington Street, Suite 110, Greenville, South Carolina [29601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Summerlin Office Building, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada [89135]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 10250 Constellation Boulevard, Suite 900, Los Angeles, California [ 90067]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Biscayne Tower, 2 South Biscayne Boulevard, Suite 2750, Miami, Florida [33131]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Campbell Mithun Tower, 222 South Ninth Street, Suite 2000, Minneapolis Minnesota [55402]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 49 Market Street, Morristown, New Jersey [07960]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 101 Park Avenue, 17th Floor, New York, New York [10178]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of BNY Mellon Center, 500 Grant Street, Suite 2500, Pittsburgh Pennsylvania [15219]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Princeton Pike Corporate Center 997 Lenox Drive, Lawrenceville, New Jersey [08648]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 434 Fayetteville Street, Suite 2800, Raleigh, North Carolina [27601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1001 Fourth Avenue, Suite 4500, Seattle Washington, [98154]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 8300 Greensboro Drive, Suite 1000, Tysons Virginia, [22102]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2700 Kelly Road, Suite 300, Warrington, Pennsylvania [18976]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1030 15th Street North West, Suite 380 East, Washington, District of Columbia [20005]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 777 South 1700 West Tower, West Palm Beach, Florida [33401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 919 North Market Street, Suite 300, Post Office Box 2323, Wilmington, Delaware [19899]; and

**Charles W. Scharf**, Acting as CHARLES W. SCHARF, CHIEF EXECUTIVE OFFICER, PRESIDENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Scott E. Powell**, Acting as SCOTT E. POWELL, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF OPERATING OFFICE, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

John R. Shrewsberry, Acting as JOHN R. SHREWSBERRY, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Muneera S. Carr, Acting as MUNEERA S. CARR, EVP, CHIEF ACCOUNTING OFFICER, CONTROLLER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

William M. Daley, Acting as WILLIAM M. DALEY, VICE CHAIRMAN OF PUBLIC AFFAIRS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Derek A. Flowers, Acting as DEREK A. FLOWERS, SENIOR EVP, HEAD OF STRATEGIC EXECUTION and OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]: and

David C. Gallorees, Acting as DAVID C. GALLOREES, SENIOR EVP, HEAD OF HUMAN RESOURCES, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Mary T. Mack, Acting as MARY T. MACK, SENIOR EVP, CEO OF CONSUMER & SMALL BUSINESS BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Amanda G. Norton, Acting as AMANDA G. NORTON, SENIOR EVP, CHIEF RISK OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Lester J. Owens, Acting as LESTER J. OWENS, SENIOR EVP, HEAD OF OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104];and

Ellen R. Patterson, Acting as ELLEN R. PATTERSON, SENIOR EVP, GENERAL COUNSEL, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Perry G. Pelos, Acting as PERRY G. PELOS, SENIOR EVP, CEO OF COMMERCIAL BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Scott E. Powell, Acting as SCOTT E. POWELL, SENIOR EVP, CHIEF OPERATING OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Julie L. Scammahorn, Acting as JULIE L. SCAMMAHORN, ACTING AS JULIE L. SCAMMAHORN, SENIOR EVP, CHIEF AUDITOR, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Barry Sommers, Acting as BARRY SOMMERS, SENIOR EVP, CEO OF WEALTH & INVESTMENT MANAGEMENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Saul Van Beurden, Acting as SAUL VAN BEURDEN, SENIOR EVP, HEAD OF TECHNOLOGY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Michael S. Weinbach,** Acting as MICHAEL S. WEINBACH, SENIOR EVP, CEO OF CONSUMER LENDING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Jonathan G. Weiss,** Acting as JONATHAN G. WEISS, SENIOR EVP, CEO OF CORPORATE & INVESTMENT BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

ALL AGENTS for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

EQUIFAX CORPORATION; AND

EXPERIAN CORPORATION; AND

TRANSUNION CORPORATION; AND

JOHN OR JANE DOES 1-50;

JOINTLY AND SEVERALLY, CORPORATELY AND PERSONALLY;

In care of:
**Harry Burnett Reese,** Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053] – Sent via FEDEX and USPS Certified Mail Receipt No. 7019 0700 0000 6633 7874

**Martha B. Chovanes,** Acting as MARTHA B. CHOVANES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103] – Sent via FEDEX and USPS Certified Mail Receipt No. 7019 0700 0000 6633 7881

**John R. Shrewsberry,** Acting as JOHN R. SHREWSBERRY, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104] Sent via FEDEX and USPS Certified Mail Receipt No. 7019 0700 0000 6633 7898

**Claimant Hereby Gives The Following Trust Directive Regarding The Delivery Of This Said Notice:**

Harry Burnett Reese, and/or Agents, Assigns, and/or Successors, are charged with delivering a true copy to ALL [:"RESPONDENTS":] of POWERS KIRN & ASSOCIATES LLC; and

Martha B. Chovanes, and/or Agents, Assigns, and/or Successors are charged with delivering a true copy to ALL [:"RESPONDENTS":] **FOX ROTHCHILD, LLP ATTORNEYS AT LAW,** and a true copy to ALL [:"RESPONDENTS":] of WELLS FARGO BANK, N.A.
(as so requested by notice of expressed representation in response dated October 19th 2020)

## STATEMENT OF FACTS

1.  On or about October 15, 2020 at 5:10 p.m., "[:"RESPONDENTS":]" of POWERS KIRN & ASSOCIATES LLC received a true and correct copy of **Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule;** Private Case Number: RE 327 506 200 US dated September 29, 2020, by USPS Certified Mail No. 7017 3380 0000 9203 2296 from the Claimant for [:"RESPONDENTS":] attention; AND
2.  On or about October 6, 2020 at 1:04 p.m., "[:"RESPONDENTS":]" of FOX ROTHSCHILD, LLP received a true and correct copy of **Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule;** Private Case Number: RE 327 506 200 US dated September 29, 2020, by USPS Certified Mail No. 7017 3380 0000 9203 2302 from the Claimant for [:"RESPONDENTS":] attention; AND

3.    "[:"RESPONDENTS":]" of FOX ROTHSCHILD, LLP has agreed to accept notice for and respond on behalf of "[:"RESPONDENTS":]" WELLS FARGO BANK, N. A. by way of written expressed notice as a response dated October 19, 2020 that "[:"RESPONDENTS":]" of FOX ROTHSCHILD, LLP is representing "[:"RESPONDENTS":]" of WELLS FARGO BANK, N.A.;
AND

4.    As of the 26th day of October, 2020, "[:"RESPONDENTS":]" have **not** sufficiently responded to the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE**; Private Case Number: RE 327 506 200 US dated September 29, 2020,
AND

5.    On or about November 2, 2020 at 11:28 a.m., "[:"RESPONDENTS":]" of POWERS KIRN & ASSOCIATES LLC received via FEDEX PRIORITY OVERNIGHT NO. **398401054737**; signed for by "S. Gonzales" at the "Receptionist/Front Desk", and via Certified Mail U.S. Postal Service NO. **7020 1290 0000 6327 2568** on or about November 2, 2020 at 11:16 a.m., a true and correct copy of the **Notice of Fault Opportunity to Cure**; Re: Private Case Number: RE 327 506 200 US along with the following additional Enclosures were sent as a reminder and second chance to sufficiently respond and/or sufficiently perform to cure their dishonor :
a)  **Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule**; Private Case Number: RE 327 506 200 US dated September 29, 2020 (original sent by USPS Certified Mail No. **7017 3380 0000 9203 2296**),
b) **Proof of Delivery for the above stated document from U.S. Postal Service**
c) **Affidavit of Non-Performance**
d) **Affidavit of Non- Response; and**
e) **Fox Rothschild LLP Insufficient Response** from the Claimant for [:"RESPONDENTS":] attention;
AND

6.    On or about November 2, 2020 at 8:44 a.m., "[:"RESPONDENTS":]" of WELLS FARGO BANK N.A. received via FEDEX PRIORITY OVERNIGHT NO. **398400946049**; signed for by "T. Wilson" of the "Shipping/Receiving" department, and via Certified Mail U.S. Postal Service NO. **7020 1290 0000 6327 2582** on or about November 2, 2020 at 9:47 a.m., a true and correct copy of the **Notice of Fault Opportunity to Cure**; Re: Private Case Number: RE 327 506 200 US along with the following additional Enclosures:
a)  **Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule**; Private Case Number: RE 327 506 200 US dated September 29, 2020 (original sent by USPS Certified Mail No. **7017 3380 0000 9203 2302**),
b) **Proof of Delivery for the Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule from U.S. Postal Service**
c) **Affidavit of Non-Performance**
d) **Affidavit of Non- Response; and**
e) **Fox Rothschild LLP Insufficient Response** from the Claimant for [:"RESPONDENTS":] attention;
AND

7.    On or about November 2, 2020 at 9:34 a.m., "[:"RESPONDENTS":]" of FOX ROTHSCHILD LLP. received via FEDEX PRIORITY OVERNIGHT NO. **398401207120**; signed for by "A. Rosario" of the "Mailroom", and via Certified Mail U.S. Postal Service NO. **7020 1290 0000 6327 2582** on or about November 2, 2020 at 2:19 p.m., a true and correct copy of the **Notice of Fault Opportunity to Cure**; Re: Private Case Number: RE 327 506 200 US along with the following additional Enclosures:
a)  **Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule**; Private Case Number: RE 327 506 200 US dated September 29, 2020 (original sent by USPS Certified Mail No. **7017 3380 0000 9203 2302**),
b) **Proof of Delivery for the Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule from U.S. Postal Service**
c) **Affidavit of Non-Performance**
d) **Affidavit of Non- Response; and**
e) **Fox Rothschild LLP Insufficient Response** from the Claimant for [:"RESPONDENTS":] attention;
AND

8.    As of today's date, the 25th day of November, 2020, A.D., ALL "[:"RESPONDENTS":]" have **failed** to sufficiently respond to the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE**; Private Case Number: RE 327 506 200 US dated

September 29, 2020, and the **NOTICE OF FAULT AND OPPORTUNITY TO CURE** dated October 26, 2020.
AND

9.  ALL "[:"RESPONDENTS":]", Agents, Successors, and/or Agents, Successors, and/or Assigns, Jointly, Severely, Corporately, and Personally are at **Fault** in this matter,
AND

10. As an operation of law, "[:"RESPONDENTS":]" by dishonor of the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE;** Private Case Number: RE 327 506 200 US dated September 29, 2020, and the **NOTICE OF FAULT AND OPPORTUNITY TO CURE** dated October 26, 2020, have created a FAULT.

This failure to respond, and now [:"DE":]FAULT, is as an operation of law, Respondent's **FINAL** admission and agreement to all statements and claims made by Claimant through *tacit procuration* pertaining to the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE;** Private Case Number: RE 327 506 200 US dated September 29, 2020, and the **NOTICE OF FAULT AND OPPORTUNITY TO CURE** dated October 26, 2020 executed by :Tarani-Alike: Johnson, the entire whole matter is *res judicata* and *stare decisis* and [:"RESPONDENTS":] are in estoppel by [:"RESPONDENTS":]' failure to respond.

## SILENCE IS ACQUIESCENCE - SPEAK NOW OR FOREVER HOLD YOUR PEACE

Failure to respond or responding with other than the demanded verified proof and full, whole and complete accounting, via sworn affidavit, under [:"RESPONDENTS":]' full and complete commercial liability, signing under penalty of perjury, will be documented and memorialized with an Affidavit of Non-Response and an Affidavit of Non-Performance and constitutes an agreement between ALL "[:"RESPONDENTS":]", Jointly and Severally, Corporately and Personally, and their Agents, Successors, and/or Assigns, and The Claimant that:

1.  ALL [:"RESPONDENTS":] **DO NOT** have a valid claim against Claimant, :Tarani-Alike: Johnson:, a living woman; American Freewoman, Private Citizen of the United States of America; American National, Authorized Agent, and Sole Beneficiary of the trust known as **TARANI A. JOHNSON** also known as **Tarani Alike Johnson ™©**, Federal Trademark # **88859594** also known as **TARANI ALIKE JOHNSON** nor against the Collateral Property known as **2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131]** therefore having no past, present or future claims against Claimant; and

2.  All [:"RESPONDENTS":] consent to a Zero Balance Judgment against Claimant, Defendant, Plaintiff, and a Zero Balance Claim against the Collateral Property known as **2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131]** therefore having no past, present or future claim against Claimant, leaving :Tarani-Alike: Johnson:, a living woman and Authorized Agent and Sole Beneficiary for TARANI ALIKE JOHNSON, A PRIVATE TRUST unencumbered, resulting in full and complete settlement, past, present and future between all parties.; and

3.  ALL [:"RESPONDENTS":] grant Claimant specific Power of Attorney to sign any and all documents deemed necessary to mark the alleged account to a zero balance, remove any outstanding judgments, cancel lien against collateral, re-convey title, and cancel the trust which holds the alleged mortgage, signed by Claimant on behalf of ALL [:"RESPONDENTS":].

4.  ALL [:"RESPONDENTS":] grant Administrative Judgment for Theft against All [:"RESPONDENTS":], jointly, severally, corporately and personally, in Claimants' favor; and award Plaintiff and Real Party in

Interest compensatory damages in the amount of **One-million DOLLARS and Zero CENTS ($1,000,000.00US)** for the unreturned tender of payment that was issued to [:"RESPONDENTS":] on or about April 12, 2018, and an additional amount of **One-million DOLLARS and Zero CENTS ($1,000,000.00US)** for the unreturned tender of payment that was issued to [:"RESPONDENTS":] on or about April 27, 2018; for a sum total of **Two-million DOLLARS and Zero CENTS ($2,000,000.00US)** in **compensatory damages, plus costs and interest.**

5. An Agreement between ALL [:"RESPONDENTS":] and Claimant will be enforced to grant Administrative Judgment for Fraudulent Misrepresentation and Unjust Enrichment against All [:"RESPONDENTS":], jointly, severally, corporately and personally, in Claimants' favor, and award Claimant treble-damages for antitrust violations in the amount of **Six-million DOLLARS and Zero CENTS ($6,000,000.00US)** in Punitive Damages, plus costs and interest.

6. An Agreement between ALL [:"RESPONDENTS":] and Claimant will be enforced that invokes the Clayton Antitrust Act of 1914 and grants judgment to Plaintiff for the fraudulent conveyance of language and conspiracy to commit fraudulent conveyance of language for Defendant's own profit by unlawfully demanding **Three-hundred Ninety-two Thousand DOLLARS and Zero CENTS ($392,000.00US)** or by taking Plaintiff's collateral property described within; and award Plaintiff treble-damages for antitrust violations in the amount of **One-million Five-hundred Sixty-Eight DOLLARS and Zero CENTS ($1,568,000.00)** in punitive damages, plus costs and interest.

7. ALL "[:"RESPONDENTS":]" consent to a commercial lien against "[:"RESPONDENTS":]" personal assets including but not limited to all real property, all personal property (excluding wedding photos and rings), "[:"RESPONDENTS":]" Errors and Omissions Insurance Policy, "[:"RESPONDENTS":]" Liability Insurance Policy, "[:"RESPONDENTS":]" Public Bond; and

8. ALL "[:"RESPONDENTS":]" consent to garnishments of Wages, Fees, Commissions, Bank Accounts, and Retirement Accounts; and

9. ALL "[:"RESPONDENTS":]" consent to interest charges and adjustments until full balance is paid; and

10. ALL "[:"RESPONDENTS":]" consent to an adjusted balance to be paid to Claimant in the amount totaling **Nine-million Five-hundred Sixty-Eight Thousand DOLLARS and Zero CENTS ($9,568,000.00).**

"i, a woman commonly known as :Tarani-Alike: Johnson:, (Claimant), on my own unlimited commercial liability, certify that I have read the above and do know that the facts contained are true, correct and complete, not misleading, the truth, the whole truth and nothing but the truth."

    Govern Yourselves Accordingly,

IN WITNESS WHEREOF i hereunto set my hand and seal on this _____ day of November, 2020 and hereby certify all the statements made above are true, correct and complete.

    By: _____
        **:Tarani-Alike: Johnson:,** American Freewoman
        Private Civilian of the United States of America: American National
        Private Civilian of the Commonwealth of Pennsylvania
        Special and Private Inhabitant, domiciled in Philadelphia County
        All Rights Reserved Without Prejudice

Enclosures:

1. True Certified Copy of **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE** dated September 29th, 2020; AND

2. Copy of Proof of Delivery of **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE WITH COMMERCIAL AFFIDAVIT and FEE SCHEDULE** via USPS Certified Mail 7017 3380 0000 9203 2296 and USPS Certified Mail 7017 3380 0000 9203 2302; AND

3. True Certified Copies of **AFFIDAVIT OF NON-PERFORMANCE and AFFIDAVIT OF NON- RESPONSE** dated October 26th, 2020; AND

4. Copy of **FOX ROTHSCHILD LLP INSUFFICIENT RESPONSE** dated October 19th, 2020 (2 Original Insufficient Responses from FOX ROTHSCHILD LLP returned directly back to sender); AND

5. True Certified Copy of **NOTICE OF FAULT and OPPORTUNITY TO CURE** dated October 26th, 2020; AND

6. Copies of Proof of Delivery of true certified copies of **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE WITH COMMERCIAL AFFIDAVIT and FEE SCHEDULE, NOTICE OF FAULT and OPPORTUNITY TO CURE, AFFIDAVITS OF NON-PREFORMANCE and NON-RESPONSE** dated October 26th 2020, and **FOX ROTHSCHILD LLP INSUFFICIENT RESPONSE** dated October 19th, 2020 via USPS Certified Mail 7020 1290 0000 6327 2568, 7020 1290 0000 6327 2582, and 7020 1290 0000 6327 2575; AND

7. Copies of Proof of Delivery of the true certified copies of **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE WITH COMMERCIAL AFFIDAVIT and FEE SCHEDULE, NOTICE OF FAULT and OPPORTUNITY TO CURE, AFFIDAVITS OF NON-PREFORMANCE and NON-RESPONSE** dated October 26th 2020, and **FOX ROTHSCHILD LLP INSUFFICIENT RESPONSE** dated October 19th, 2020 via FEDEX PRIORITY OVERNIGHT personal delivery No. 398400946049, No. 398401054737, and No. 398401207120; AND

8. True Certified Copies of **AFFIDAVIT OF NON-PERFORMANCE and AFFIDAVIT OF NON-RESPONSE** dated November 10th, 2020

9. Invoice for Financial Injury due and payable by WELLS FARGO BANK, N.A., POWERS KIRN & ASSOCIATES LLC, and FOX ROTHSCHILD LLP et al to Tarani-Alike Johnson; Invoice No. **WFB2285-1**

10. True Certified Copy of **ESTOPPEL BY ACQUIESCENCE**

**Notice to Agent is notice to Principal. Notice to Principal is notice to Agent.**

**Copies to:**
The Honorable Governor, Tom Wolf, in care of 225 Main Capitol Building Harrisburg, Pennsylvania 17120, and

The Honorable Attorney General of Pennsylvania, Josh Shapiro, in care of Strawberry Square, Harrisburg Pennsylvania 17120; and

The Honorable Governor, Andrew M. Cuomo in care of New York State, State Capitol Building, Albany, New York 12224; and

The Honorable Attorney General of New York, Letitia James, in care of The Capitol, Albany, New York 12224; and

The Honorable Governor of California, Gavin Newsom, in care of 1303 10th Street, Suite 1173, Sacramento, California, 95814, Harrisburg Pennsylvania 17120; and

The Honorable Attorney General of California, Xavier Becerra, in care of 1300 "I" Street, Sacramento California 95814.

---

**Verification and Acknowledgement**

| | | |
|---|---|---|
| United States of America | ) | |
| Commonwealth of Pennsylvania | ) | s. a. |
| Philadelphia County | ) | |

Subscribed and sworn (or affirmed) before me on this 25th day of November, 2020.

By :  :Tarani-Alike: Johnson:

Personally known to me.

**Witness 1**

b)laurie robert-Kegii:
incare of : ADTS Bryn Mawr Avenue
Philadelphia, Pennsylvania
**(name and address of witness)**

**Witness 2**

By: Flora-Uliches Gaspely Petrovana
in care of: 2400 Ocean Crest Boulevard
Far Rockaway, New York [11697]
**(name and address of witness)**

---







November 25, 2020

**Claimant**
:Tarani-Alike: Johnson:, a living woman; American Freewoman
Private Civilian of the United States of America; American National
*but not a Citizen of the United States*
in care: 2285 Bryn Mawr Avenue
Philadelphia [19131] Pennsylvania

[:"Respondents":]
Harry Burnett Reese, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

All Agents for POWERS KIRN & ASSOCIATES LLC at Feasterville Trevose, Pennsylvania, and/or Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

Martha B. Chovanes, Acting as MARTHA B. CHOVANES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

All Agents for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Charles W. Scharf, Acting as CHARLES W. SCHARF, CHIEF EXECUTIVE OFFICER, PRESIDENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

All Agents for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

RE:        Private Case Number: RE 327 506 200 US

## CLAIM [:"AFFIDAVIT":] OF TRUTH

I, a woman commonly known as :Tarani-Alike: Johnson:, Claimant, certify that I have read the following and do know that the facts contained are true, correct and complete, not misleading, the truth, the whole truth and nothing but the truth.

This Claim [:"Affidavit":] of Truth pertains to an Agreement met between the parties for the consent to judgment against [:"Respondents":]  and the settlement, closure, and dismissal of All Matters, including but not limited to outstanding past claims, present claims, and future claims against me, Claimant :Tarani-Alike: Johnson:, in regards to Any and All accounts relating to, but not limited to:

WORLD SAVINGS BANK, FSB, Mortgage Number 0045821642, also known as WORLD SAVINGS REMIC 33, also known as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), also known as WACHOVIA BANK, N.A., also known as WACHOVIA MORTGAGE, also known as WACHOVIA MORTGAGE CORPORATION, Mortgage Number 4831607, also known as WELLS FARGO BANK, N.A., also known as WELLS FARGO MORTGAGE, also known as Civil Action Case No. 100401188 [2010] COURT OF COMMON PLEAS PHILADELPHIA COUNTY COMMONWEALTH OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 12-20451-MDC [2012] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 7 BANKRUPTCY Case No. 12-20451-MDC [2013] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 18-17342-MDC [2018] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Appeal Case No. 19 CV 3620 UNITED STATES DISTRICT COURT FOR THE EASTERN OF PENNSYLVANIA in the amount of Eight Hundred Sixteen Thousand Eight Hundred Ninety-Seven DOLLARS and Eighty Six CENTS (816,897.86). Original Amount of Three Hundred Ninety-Two Thousand DOLLARS and Zero CENTS (392,000.00US).

1.        On or about October 15, 2020 at 5:10 p.m., [:"Respondents":] of POWERS KIRN & ASSOCIATES LLC received a true and correct copy of **Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule**; Private

Case Number: RE 327 506 200 US dated September 29, 2020, by USPS Certified Mail No. 7017 3380 0000 9203 2296 from the Claimant for [:"Respondents":] attention; AND

2. On or about October 6, 2020 at 1:04 p.m., [:"Respondents":] of FOX ROTHSCHILD, LLP received a true and correct copy of Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule; Private Case Number: RE 327 506 200 US dated September 29, 2020, by USPS Certified Mail No. 7017 3380 0000 9203 2302 from the Claimant for [:"Respondents":] attention; AND

3. [:"Respondents":] of FOX ROTHSCHILD, LLP has agreed to accept notice for and respond on behalf of [:"Respondents":] WELLS FARGO BANK, N. A. by way of written expressed notice as a response dated October 19, 2020 that "[:"Respondents":]" of FOX ROTHSCHILD, LLP is representing "[:"Respondents":]" of WELLS FARGO BANK, N.A.; AND

4. As of the 26th day of October, 2020, [:"Respondents":] have not sufficiently responded to the CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE; Private Case Number: RE 327 506 200 US dated September 29, 2020; AND

5. On or about November 2, 2020 at 11:28 a.m., [:"Respondents":] of POWERS KIRN & ASSOCIATES LLC received via FEDEX PRIORITY OVERNIGHT NO. 398401054737; signed for by "S. Gonzales" at the "Receptionist/Front Desk", and via Certified Mail U.S. Postal Service NO. 7020 1290 0000 6327 2568 on or about November 2, 2020 at 11:16 a.m., a true and correct copy of the Notice of Fault Opportunity to Cure; Re: Private Case Number: RE 327 506 200 US along with the following additional Enclosures were sent as a reminder and second chance to sufficiently respond and/or sufficiently perform to cure their dishonor :
a) Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule;
Private Case Number: RE 327 506 200 US dated September 29, 2020 (original sent by USPS Certified Mail No. 7017 3380 0000 9203 2296), b) Proof of Delivery for the above stated document from U.S. Postal Service,
c) Affidavit of Non-Performance, d) Affidavit of Non- Response; and e) Fox Rothschild LLP Insufficient Response from the Claimant for [:"Respondents":] attention; AND

6. On or about November 2, 2020 at 8:44 a.m., [:"Respondents":] of WELLS FARGO BANK N.A. received via FEDEX PRIORITY OVERNIGHT NO. 398400946049; signed for by "T. Wilson" of the "Shipping/Receiving" department, and via Certified Mail U.S. Postal Service NO. 7020 1290 0000 6327 2582 on or about November 2, 2020 at 9:47 a.m., a true and correct copy of the Notice of Fault Opportunity to Cure; Re: Private Case Number: RE 327 506 200 US along with the following additional Enclosures:
a) Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule;
Private Case Number: RE 327 506 200 US dated September 29, 2020 (original sent by USPS Certified Mail No. 7017 3380 0000 9203 2302), b) Proof of Delivery for the Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule from U.S. Postal Service, c) Affidavit of Non-Performance,
d) Affidavit of Non- Response; and, e) Fox Rothschild LLP Insufficient Response from the Claimant for [:"Respondents":] attention; AND

7. On or about November 2, 2020 at 9:34 a.m., [:"Respondents":] of FOX ROTHSCHILD LLP, received via FEDEX PRIORITY OVERNIGHT NO. 398401207120; signed for by "A. Rosario" of the "Mailroom", and via Certified Mail U.S. Postal Service NO. 7020 1290 0000 6327 2582 on or about November 2, 2020 at 2:19 p.m., a true and correct copy of the Notice of Fault Opportunity to Cure; Re: Private Case Number: RE 327 506 200 US along with the following additional Enclosures: a) Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule;
Private Case Number: RE 327 506 200 US dated September 29, 2020 (original sent by USPS Certified Mail No. 7017 3380 0000 9203 2302), b) Proof of Delivery for the Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule from U.S. Postal Service, c) Affidavit of Non-Performance, d) Affidavit of Non- Response; and e) Fox Rothschild LLP Insufficient Response from the Claimant for [:"Respondents":] attention; AND

8. As of today's date, the 25th day of November, 2020, A.D., ALL [:"Respondents":] have failed to sufficiently respond to the CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE; Private Case Number: RE 327 506 200 US dated September 29, 2020, and the NOTICE OF FAULT AND OPPORTUNITY TO CURE dated October 26, 2020; AND

9. ALL [:"Respondents":], Agents, Successors, and/or Agents, Successors, and/or Assigns, Jointly, Severely, Corporately, and Personally are at Fault in this matter; AND

10. As an operation of law, [:"Respondents":] by dishonor of the CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE; Private Case Number: RE 327 506 200 US dated September 29, 2020, the NOTICE OF FAULT AND OPPORTUNITY TO CURE dated October 26, 2020, have

created a FAULT and have been hereby notified by written via the NOTICE OF [:"DE":]FAULT and CONSENT TO JUDGMENT dated November 25th, 2020.

11.  As an Operation of Law, All [:"Respondents":]are bound and subject to the Agreement between the parties through acceptance of and tacit procurement of the CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE, NOTICE OF DEFAULT and OPPORTUNITY TO CURE, AFFIDAVIT OF NON-RESPONSE and AFFIDAVIT OF NON-PERFORMANCE documents both dated October 26, 2020 and November 10, 2020, and NOTICE OF [:"DE":]FAULT and CONSENT TO JUDGMENT, referenced herein as Private Case Number RE 327 506 200 US.

12.  All [:"Respondents":] maintain an outstanding judgment of Obligation for Payment, payable to me, Claimant, :Tarani-Alike: Johnson: in accordance with Private Case Number RE 327 506 200 US in the judgment amount of Nine-million Five-hundred Sixty-Eight Thousand DOLLARS and Zero CENTS ($9,568,000.00).

13.  All [:"Respondents":]have failed to pay the above agreed upon outstanding judgment amount due and owing to me, Claimant despite repeated demands for payment

14.  All [:"Respondents":] have agreed that they do not have a valid claim against me, Claimant, :Tarani-Alike: Johnson:, a living woman; American Freewoman, Private Civilian of the United States of America; American National, but not a Citizen of the United States, Authorized Agent and Sole Beneficiary of the trust known as TARANI A. JOHNSON also known as Tarani Alike Johnson ™ ©, Federal Trademark # 88859594 also known as TARANI ALIKE JOHNSON nor against the Collateral Property known as 2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131] therefore having no past, present or future claims against me, Claimant; and

15.  All [:"Respondents":] have consented to a Zero Balance Judgment against Claimant and a Zero Balance Claim against the Collateral Property known as 2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131] therefore having no past, present or future claim against me, the Claimant, leaving me, :Tarani-Alike: Johnson:, a living woman and Authorized Agent and Sole Beneficiary for TARANI ALIKE JOHNSON, A PRIVATE TRUST unencumbered, resulting in full and complete settlement, past, present and future between All parties.; and

16.  All [:"Respondents":] have granted me, Claimant specific Power of Attorney to sign any and All documents deemed necessary to mark the Alleged account to a zero balance, remove any outstanding judgments, cancel lien against collateral, re-convey title, and cancel the trust which holds the Alleged mortgage, signed by me, Claimant on behalf of All [:"Respondents":].

17.  All [:"Respondents":]have granted Judgment for Theft against ALL [:"Respondents":], jointly, severally, corporately and personally, in my favor; Claimant's favor; and have awarded me, Claimant [:"Plaintiff":] and Real Party in Interest compensatory damages in the amount of One-million DOLLARS and Zero CENTS ($1,000,000.00US) for the unreturned tender of payment that was issued to [:"Respondents":] on or about April 12, 2018, and an additional amount of One-million DOLLARS and Zero CENTS ($1,000,000.00US) for the unreturned tender of payment that was issued to [:"Respondents":] on or about April 27, 2018; for a sum total of Two-million DOLLARS and Zero CENTS ($2,000,000.00US) in compensatory damages, plus costs and interest.

18.  An Agreement between All [:"Respondents":] and I, Claimant were reached, granting Judgment for Fraudulent Misrepresentation and Unjust Enrichment against ALL [:"Respondents":], jointly, severally, corporately and personally, in my favor; Claimant's favor; and award me; Claimant, treble-damages for antitrust violations in the amount of Six-million DOLLARS and Zero CENTS ($6,000,000.00US) in Punitive Damages, plus costs and interest.

19.  An Agreement between All [:"Respondents":] and I, the Claimant were reached to enforce the Clayton Antitrust Act of 1914 and to grant judgment to me, Claimant [:"Plaintiff":] for the fraudulent conveyance of language and conspiracy to commit fraudulent conveyance of language for Defendant's own profit by unlawfully demanding Three-hundred Ninety-two Thousand DOLLARS and Zero CENTS ($392,000.00US) or by taking Claimant's collateral property described within; and award me, Claimant treble-damages for antitrust violations in the amount of One-million Five-hundred Sixty-Eight DOLLARS and Zero CENTS ($1,568,000.00) in punitive damages, plus costs and interest.

20.  All [:"Respondents":] consented to a commercial lien against All [:"Respondents":] personal assets including but not limited to All real property, All personal property (excluding wedding photos and rings), All [:"Respondent's":] Errors and Omissions Insurance Policy, All [:"Respondent's":] Liability Insurance Policy, All [:"Respondents":] Public Bond; and

21.  All [:"Respondents":] have consented to garnishments of Wages, Fees, Commissions, Bank Accounts, and Retirement Accounts; and

22.     All [:"Respondents":] have consented to interest charges and adjustments until full balance is paid; and

23.     All [:"Respondents":] have consented to an adjusted balance to be paid to me, Claimant in the amount totaling Nine-million Five-hundred Sixty-Eight Thousand DOLLARS and Zero CENTS ($9,568,000.00).

24.     Pursuant to the agreement between the parties, and the consent to judgment granted to me, Claimant by and for All [:"Respondents":] and the authority vested in me, the Claimant, as appointed Power-of-Attorney by and for All [:"Respondents":] as outlined in the Private Case Number RE 327 506 200 US, I hereby exercise my authority to consent to judgment against All [:"Respondents":].

25.     This failure to respond, and now [:"De":]fault, is as an operation of law, [:"Respondent's":] Final admission and agreement to All statements and claims made by Claimant through *tacit procuration* pertaining to the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE;** Private Case Number: RE 327 506 200 US dated September 29, 2020, and the **NOTICE OF FAULT AND OPPORTUNITY TO CURE** dated October 26, 2020 executed by :Tarani-Alike: Johnson, the entire whole matter is *res judicata* and *stare decisis* and [:"Respondents":] are hereby estopped from proceeding in any actions, matters, court cases, and collections against Claimant or Claimants property due to [:"Respondents":] failure to respond.

In Witness Whereof, I hereunto set my hand and seal on this 25th day of November, 2020 and hereby certify All the statements made above are true, correct and complete.

By: _johnson :tarani-alike:_ Private Civilian

:Tarani-Alike: Johnson:, American Freewoman
Private Civilian of the United States of America; American National
*but not a Citizen of the United States*
Private Civilian of the Commonwealth of Pennsylvania
Special and Private Inhabitant, domiciled in Philadelphia County
All Rights Reserved Without Prejudice

November 25, 2020

---

**Verification and Acknowledgement**

United States of America          )
Commonwealth of Pennsylvania      )   s. s.
Philadelphia County               )

Subscribed and sworn (or affirmed) before me on this 25th day of November, 2020.

By :  :Tarani-Alike: Johnson:

PersonAlly known to me.

Witness 1                          Witness 2

_laurie, cohost Kenji_             _Johnny Walah :Tawaha: Jakson_
in care of: 2985 Ben Maur Avenue   in care of: 2400 Colon Crest Blvd
Philadelphia PA [19131]            Fur Backansas NJ [11681]
(name and address of witness)      (name and address of witness)



## JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Commonwealth of Pennsylvania
County of Delaware

Subscribed and sworn to (or affirmed) before me on this 25th day of November, 2020 by
_____:Tarani-Alike: Johnson:_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS my hand and official seal.

_____
Notary Public for the Commonwealth of Pennsylvania

(Seal)

My commission expires: April 21, 2022

Commonwealth of Pennsylvania - Notary Seal
SHERRY A. FRASER, Notary Public
Delaware County
My Commission Expires April 21, 2022.
Commission Number 1053345





Novenber 25, 2020

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

By: johnson, tarani-alike, General Executrix, Sole Beneficial Owner,
Attorney-in-Fact, and "Authorized Representative" for
**TARANI ALIKE JOHNSON**, a Cestui Qui Trust, and Estate in The City of New York
DEPARTMENT OF HEALTH AND MENTAL HYGIENE;
File Number.: **156-76-416831**; aka **TARANI A. JOHNSON** aka
**Tarani Alike Johnson ™ ©**, Federal Trademark # **88859594** .
Amicus Curiae, Sui Juris; Not Pro Se; In Propria Persona

## CLAIM [:"AFFIDAVIT:"] OF OBLIGATION
## COMMERCIAL LIEN

(This is a Verified Plain Statement of Facts)

November 25th, 2020, A.D.

## Maxims:

- All men and women know that the foundation of law and commerce exists in the telling of the truth, and nothing but the truth.

- Truth, as a valid statement of reality, is sovereign in commerce.

- An unrebutted affidavit stands as truth in commerce.

- An unrebutted affidavit is acted upon as the judgment in commerce. .

- Guaranteed- All men shall have a remedy by the due course of law. If a remedy does not exist, or if the remedy has been subverted, then one may create a remedy for themselves - and endow it with credibility by expressing it in their affidavit.

- (Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.)

- All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses. Hence, governments cannot exercise the power to expunge commercial processes.

- The Legitimate Political Power of a corporate entity is absolutely dependent upon its possession of commercial Bonds against Public Hazard.

- No Bond means no responsibility, means no power of Official signature, means no real corporate political power and means no privilege to operate statutes as the corporate vehicle.

*A Security (15 USC)*
*A USSEC Tracer Flag*
*Not a point of Law*

- The Corporate Legal Power is secondary to Commercial Guarantors. Case law is not a responsible substitute for a Bond.

- Municipal corporations, which include cities, counties, states and national governments, have no commercial reality without bonding of the entity, its vehicle (statutes), and its effects (the execution of its rulings).

- In commerce, it is a felony for the Officer/Public Office to not receive and report a Claim to its Bonding Company – and it is a felony for the agent of a Bonding Company to not pay the Claim.

- If a bonding Company does not get a malfeasant public official prosecuted for criminal malpractice within (60) days, then it must pay the full face value of a defaulted Lien process at (90) days.

- Except for a Jury, it is also a fatal offence for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

- Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation – hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bond.

- A foreclosure by a summary judgment (non-jury) without a commercial bond is a violation of commercial law.

- Governments cannot make unbounded rulings or statutes which control commerce, free-enterprise citizens, or sole proprietorships without suspending commerce by a general declaration of martial law.

- It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully, outside of or without the Court.

- An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.

- An official who impairs, debauches, voids or abridges an obligation of contract, or the effect of a commercial lien without proper cause, becomes a lien debtor – and his/her property becomes forfeited as the pledge to secure the lien. Pound breach (breach of impoundment) and rescue is a felony.

- It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien. Only Lien Claimant or a Jury can dissolve a Commercial Lien.

  **Notice to agent is notice to principal; notice to principal is notice to agent.**

**PUBLIC HAZARD BONDING OF CORPORATE AGENT:** All officials are required by Federal, State and Municipal Law to provide the name, address and telephone number of their public hazard and malpractice bonding company, the policy number of the bond and if required, a copy of the policy describing the bonding coverage of their specific job performance.

Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prima-facie evidence and grounds to impose a lien upon the official, personally, to secure their public oath and service of office.

CLAIM [:"AFFIDAVIT:"] OF OBLIGATION COMMERCIAL LIEN
**Private Case Number RE 327 506 200 US**
Page 2 of 33

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

[:"*63C Am.Jur.2d, Public Officers and Employees, §247*

"*As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.*

*[1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,*

*[2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts...*

*[3] and owes a fiduciary duty to the public...*

*[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.*

*[5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute.*

*See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public ... and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987) [Emphasis added]:"]*

**Claimant requires protection for herself and her family pursuant to [:"18 U.S. Code § 3771:"].**

*Claimant accepts Oaths sworn by all interested parties to uphold the Laws of the* United States Constitution and the organic   Constitution 1776, 1787, 1968.

*[:"Title 5, US Code § 556(d), § 557, § 706: Courts lose jurisdiction for failure to follow Due Process Law. The Supremacy Clause appears in Article VI of the United States Constitution.*
*It establishes the Constitution, Federal Statutes, and U.S. treaties as 'the supreme law of the land.' State judges are required to uphold it, even if state laws or Constitutions conflict with it.:"]*

CLAIM [:"AFFIDAVIT:"] OF OBLIGATION COMMERCIAL LIEN
**Private Case Number RE 327 506 200 US**

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

[:"TITLE 42 § 12202 A State shall not be immune.:"]

[:"TITLE 15 § 1122 No Immunity to state actors.:"]

[:"TITLE 42 § 1983, 1985 & 1986 which he had knowledge were about to occur and power to prevent, a deprivation of constitutional rights.
Public servants have no immunity from Claimant in a claim for damages or for jail time in either your private or public servant capacity.:"]

[:"TITLE 5 § 3331, You have sworn not to violate the Constitution of the United States of America.
Unless public servant can provide Claimant with the witness against him, which as a public servant you cannot do.:"]

[:"TITLE 5 PART III Subpart B CHAPTER 33 SUBCHAPTER II § 3331 Oath of office.
An individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath...support and defend the Constitution of the United States against ALL enemies, foreign and domestic;:"]

[:"TITLE 28 PART I CHAPTER 21 § 453 Oaths of justices and judges.
Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: ``I, <JUDGE>, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Justice under the Constitution and laws of the United States. So help me God.":"]

[:"TITLE 28 PART I CHAPTER 21 § 454 Practice of law by justices and judges.
Any justice or judge appointed under the authority of the United States who engages in the practice of law is guilty of a high misdemeanor.:"]

[:"TITLE 18 PART I CHAPTER 93 § 1918 Disloyalty and asserting the right to strike against the Government.
A high crime is equal to a felony & a felony is any term greater than 1 year.:"]

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

*[:"TITLE 5 § 7311 an individual who violates this provision may not accept or hold a position in the Government of the United States or the government of the District of Columbia.*
*Owen v. Independence 100 Vol. Supreme Court Reports. 1398: (1982). Main v. Thiboutot 100 Vol. Supreme Court Reports. 2502: (1982).*
*The right of action created by statute relating to deprivation under color of law, of a right secured by the constitution and the laws of the United States and comes claims which are based solely on statutory violations of Federal Law and applied to the claim that claimants had been deprived of their rights, in some capacity, to which they were entitled.*
*Officers of the court have no immunity when violating constitutional right, from liability (When any public servant violates your rights they do so at their own peril.) :"]*

*[:"TITLE 28 PART IV CHAPTER 85 § 1343.*
*1. To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in Title 42 § 1985;:"]*

*[:"18 U.S. Code § 2076 - Clerk of United States District Court.*
*Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.:"]*

*[:"TITLE 18 PART I CHAPTER 101 § 2071 Concealment, removal, or mutilation generally.*
*(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both.*
*(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term 'office' does not include the office held by any person as a retired officer of the Armed Forces of the United States.:"]*

CLAIM [:"AFFIDAVIT:"] OF OBLIGATION COMMERCIAL LIEN
**Private Case Number RE 327 506 200 US**

> A Security (15 USC)
> A USSEC Tracer Flag
> Not a point of Law

[:"Federal Rules of Civil Procedure Rule 25. Filing and Service.:"]

[:"(4) Clerk's Refusal of Documents. The clerk must not refuse to accept for filing any paper presented for that purpose solely because it is not presented in proper form as required by these rules or by any local rule or practice. Federal Rules of Civil Procedure Rule 5.1. Constitutional Challenge to a Statute - Notice, Certification, and Intervention.

(a) Notice by a Party. A party that files a pleading, written motion, or other paper drawing into question the constitutionality of a federal or state statute must promptly: (d) No Forfeiture. A party's failure to file and serve the notice, or the court's failure to certify, does not forfeit a constitutional claim or defense that is otherwise timely asserted.:"]

[:"There are no LICENSED attorneys in the State of Pennsylvania practicing law. State BAR number is:

1. The 'STATE BAR' CARD IS NOT A LICENSE, it is voluntary:

2. It is a 'UNION DUES CARD'

3. The 'BAR' is a 'professional association.'

4. Actors Union, Painters Union, etc. are associations.

5. Associations (e.g. AMA for doctors), do not issue licenses.

6. State BAR is a non-governmental private association. Not a branch of the State of Pennsylvania.:"]

[:"TITLE 28 App. > FEDERAL > TITLE > Rule 46. Attorneys 'I, (attorney name), do solemnly swear [or affirm] that I will conduct myself as an attorney and counselor of this court, uprightly and according to law; and that I will support the Constitution of the United States.'

It is fraud on the United States of America, fraud on the court and is being aided and abetted by the BAR MEMBER as 'attorney's' ABA Model Rules of Professional Conduct Rule 1.2: Scope of Representation Rule 1.2 (d) A lawyer shall not counsel a client to engage, or assist a client, in conduct that the lawyer knows IS CRIMINAL OR FRAUDULENT.:"]

[:"Donnelly v. Dechristoforo, 1974.SCT.41709 http://www.versuslaw.com ¶ 56; 416 U.S. 637 (1974) Mr. Justice Douglas, dissenting.

Federal Rules of Evidence and State Rules of Evidence.... there must be a competent first hand witness (a body). There has to be a real person making the complaint and bringing evidence before the court. Corporations are paper and can't testify.:"]

CLAIM [:"AFFIDAVIT:"] OF OBLIGATION COMMERCIAL LIEN
**Private Case Number RE 327 506 200 US**
Page 6 of 33

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

*[:" The prosecutor is not a witness; and he should not be permitted to add to the record either by subtle or gross improprieties. Those who have experienced the full thrust of the power of government when leveled against them know that the only protection the citizen has is in the requirement for a fair trial.':"]*

*[":TITLE 18 § 2 Principals aids, abets.*

*(a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal. (b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.:"]*

*[:"TITLE 18 § 4 Misprision of felony.*

*Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both. Copyright Violation.*

*UCC Violation.*

*18 U.S. Code 1091 (a) (6) Genocide.*

*18 U.S. Code 1621 (2) Perjury generally.*

*26 U.S. Code 7206 (1) Fraud and False statements.*

*18 U.S. Code 2071 (a) (b) Concealment, removal or mutilation generally.*

*28 U.S. Code 4101 (1) Defamation.*

*28 U.S. Code 453 You must obey the constitution.*

*By the 7th amendment, rights are protected with the right to a Common Law Grand jury trial.*

*Case Law William Marbury vs James Madison.*

*The Constitution of the United States is the Supreme Law of the Land. I am the beneficiary.*

*18 USC 1584 Sale into involuntary Servitude*

*18 USC 1343 Wire Fraud*

*Kidnapping w. aggravated assault*

*Withhold records:"]*

*[:"15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty*

*Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any*

> A Security (15 USC)
> A USSEC Tracer Flag
> Not a point of Law

contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.:"]

[:"15 U.S. Code § 2 - Monopolizing trade a felony; penalty

Every person who shall monopolize, or attempt to monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce among the several States, or with foreign nations, shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.:"]

## Parties:

### Lien Claimant:

:Tarani-Alike: Johnson:, a living woman; American Freewoman
Private Citizen of the United States of America; American National
Authorized Agent, and Sole Beneficiary of the trust known as
TARANI A. JOHNSON also known as
Tarani Alike Johnson ™©, Federal Trademark # 88859594
also known as TARANI ALIKE JOHNSON, A PRIVATE TRUST
and Tarani Alike Johnson Estate Living Trust (eTAJ156US)
in care of: :Tarani-Alike: Johnson:
2285 Bryn Mawr Avenue
Philadelphia [19131] Pennsylvania

### Lien Debtors:

Harry Burnett Reese, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

Harry B. Reese, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

Jill Manuel-Coughlin, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and
Sarah E. Powers, Acting as SARAH E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

*A Security (15 USC)*
*A USSEC Tracer Flag*
*Not a point of Law*

**William M.E. Powers, III**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Edward W. Kirn, III**, Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and
**Sarah K. McCaffery**, Acting as SARAH K. MCCAFFERY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Jolanta M. Pekalska**, Acting as JOLANTA M. PEKALSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Matthew James Mcdonnell**, Acting as MATTHEW JAMES MCDONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Feasterville Trevose, Pennsylvania, and/or Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Harry Burnett Reese**, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Harry B. Reese**, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Angela C Pattison**, Acting as ANGELA C PATTISON ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Edward Kirn**, Acting as EDWARD KIRN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Edward W. Kirn, III**, Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Frances M Kelly**, Acting as FRANCES M KELLY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Jeanette Jacqueline O'Donnell**, Acting as JEANETTE JACQUELINE O'DONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

**Jill Manuel-Coughlin**, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Mathew James Forrester**, Acting as MATHEW JAMES FORRESTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Sarah Ellis Powers**, Acting as SARAH ELLIS POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Sarah Powers**, Acting as SARAH POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William Me Shah**, Acting as WILLIAM ME SHAH ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers, Jr.**, Acting as WILLIAM M.E. POWERS, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers, III**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William Powers**, Acting as WILLIAM POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Moorestown, New Jersey, and/or Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Prince Altee Thomas**, Acting as PRINCE ALTEE THOMAS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gerald W. Arth**, Acting as GERALD E. ARTH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jerald David August**, Acting as JERALD DAVID AUGUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

CLAIM [:"AFFIDAVIT:"] OF OBLIGATION COMMERCIAL LIEN
**Private Case Number RE 327 506 200 US**

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

**Scott M. Badami,** Acting as SCOTT M. BADAMI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ahmed Bahgat,** Acting as AHMED BAHGAT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Catherine T. Barbieri,** Acting as CATHERINE T. BARBIERI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Alexis Barron,** Acting as ALEXIS BARRON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Bassett,** Acting as MICHAEL J. BASSETT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Herbert Bass,** Acting as HERBERT BASS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ryant T. Becker,** Acting as RYAN T. BECKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian A. Berkley,** Acting as BRIAN A. BERKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brett A. Berman,** Acting as BRETT A. BERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael S. Bookbinder,** Acting as MICHAEL S. BOOKBINDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Nathan M. Buchter,** Acting as NATHAN M. BUCHTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Peter C. Buckley,** Acting as PETER C. BUCKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

**Maura L. Burke**, Acting as MAURA L. BURKE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kristina Neff Burland**, Acting as KRISTINA NEFF BURLAND ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jacqueline M. Carolan**, Acting as JACQUELINE M. CAROLAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Frank T. Carroll**, Acting as FRANK T. CARROLL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Martha B. Chovanes**, Acting as MARTHA B. CHOVANES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen M. Cohen**, Acting as STEPHEN M. COHEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David H. Colvin**, Acting as DAVID H. COLVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ian M. Comisky**, Acting as IAN M. COMISKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew S. Console**, Acting as ANDREW S. CONSOLE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Siana Danch**, Acting as SIANA DANCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**E. Gerald Donnelly, Jr.**, Acting as E. GERALD DONNELLY, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David A. Doty**, Acting as DAVID A. DOTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

**Jean A. Durling,** Acting as JEAN A. DURLING ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Patrick J. Egan,** Acting as PATRICK J. EGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael Eidel,** Acting as MICHAEL EIDEL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew S. Esler,** Acting as ANDREW S. ESLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Tristram R. Fall, III,** Acting as TRISTRAM R. FALL, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Craig L. Finger,** Acting as CRAIG L. FINGER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Barbara R. Flacker,** Acting as BARBARA R. FLACKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Howard R. Flaxman,** Acting as HOWARD R. FLAXMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John Cornell Fuller,** Acting as JOHN CORNELL FULLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Eleanor Vaida Gerhards,** Acting as ELEANOR VAIDA GERHARDS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David M. Giles,** Acting as DAVID M. GILES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward Gillespie,** Acting as EDWARD GILLESPIE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

**John L. Grossman,** Acting as JOHN L. GROSSMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Debra L. Gruenstein,** Acting as DEBRA L. GRUENSTEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robert W. Gundlach Jr.,** Acting as ROBERT W. GUNDLACH JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Johns J. Haggerty,** Acting as JOHN J. HAGGERTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jesse M. Harris,** Acting as JESSE M. HARRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Dylan T. Hastings,** Acting as DYLAN T. HASTINGS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gerald M. Hatfield,** Acting as GERALD M. HATFIELD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward J. Hayes,** Acting as EDWARD J. HAYES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gary A. Hecht,** Acting as GARY A. HECHT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gabriel B. Herman,** Acting as GABRIEL B. HERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Philip L. Hinerman,** Acting as PHILIP L. HINERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kelley B. Hodge,** Acting as KELLEY B. HODGE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

Joshua Horn, Acting as JOSHUA HORN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Nathan Huddel, Acting as NATHAN HUDDELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Theodore H. Jobes, Acting as THEODORE H. JOBES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and
Edward J. Kabala, Acting as EDWARD J. KABALA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Odia Kagan, Acting as ODIA KAGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Stephen H. Kalis, Acting as STEPHEN H. KALIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jessica Labella Kitain, Acting as JESSICA LABELLA KITAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Gregory J. Kleiber, Acting as GREGORY J. KLEIBER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael J. Kornacki, Acting as MICHAEL J. KORNACKI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Lisa B. Lane, Acting as LISA B. LANE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Mathew D. Lee, Acting as MATTHEW D. LEE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Holly Lentz Kleeman, Acting as HOLLY LENTZ KLEEMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

**Michael J. Leonard,** Acting as MICHAEL J. LEONARD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Olufunke O. Leroy,** Acting as OLUFUNKE O. LEROY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jane E. Lessner,** Acting as JANE E. LESSNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian J. Levin,** Acting as BRIAN J. LEVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Matthew A. Levitsky,** Acting as MATTHEW A. LEVITSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sidney S. Liebesman,** Acting as SIDNEY S. LIEBESMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Steven K. Ludwig,** Acting as STEVEN K. LUDWIG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew M. Macdonald,** Acting as ANDREW M. MACDONALD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jason C. Manfrey,** Acting as JASON C. MANFREY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robin B. Matlin,** Acting as ROBIN B. MATLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**James A. Matthews III,** Acting as JAMES A. MATTHEWS III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark G. McCreary,** Acting as MARK G. MCCREARY, CIPP/US ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

**Brian McGinnis,** Acting as BRIAN MCGINNIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Lauren P. McKenna,** Acting as LAUREN P. MCKENNA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ian D. Meklinsky,** Acting as IAN D. MEKLINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael G. Menkowitz,** Acting as MICHAEL G. MENKOWITZ ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ryan North Miller,** Acting as RYAN NORTH MILLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sarah K. Minteer,** Acting as SARAH K. MINTEER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Catherine M. Monte,** Acting as CATHERINE M. MONTE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark L. Morris,** Acting as MARK L. MORRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sanford K. Mozes,** Acting as SANFORD K. MOZES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Carrie B. Nase-Poust,** Acting as CARRIE B. NASE-POUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Marc E. Needles,** Acting as MARC E. NEEDLES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ramon R. Obod,** Acting as RAMON R. OBOD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

**Jay G. Ochroch,** Acting as JAY G. OCHROCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Christopher D. Olszyk, Jr.,** Acting as CHRISTOPHER D. OLSZYK, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian J. O'Neill,** Acting as BRIAN J. O'NEILL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Thomas D. Paradise,** Acting as THOMAS D. PARADISE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Joseph F. Posillico,** Acting as JOSEPH F. POSILLICO ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David S. Rasner,** Acting as DAVID S. RASNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Eric E. Reed,** Acting as ERIC E. REED ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Abraham C. Reich,** Acting as ABRAHAM C. REICH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Dan Reitter,** Acting as DAN REITER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephanie Resnick,** Acting as STEPHANIE RESNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kristen Poetzel Ricci,** Acting as KRISTEN POETZEL RICCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael Rinehart,** Acting as MICHAEL RINEHART ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

**Bradley S. Rodos,** Acting as BRADLEY S. RODOS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michelle S. Rosenberg,** Acting as MICHELLE S. ROSENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Barnett Satinsky,** Acting as BARNETT SATINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Magdalena Schardt,** Acting as MAGDALENA SCHARDT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kevin B. Scott,** Acting as KEVIN B. SCOTT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jacqueline G. Segal,** Acting as JACQUELINE G. SEGAL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ronald J. Shaffer,** Acting as RONALD J. SHAFFER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and
**Mark L. Silow,** Acting as MARK L. SILOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Nevena Simidjiuska,** Acting as NEVENA SIMIDJIUSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David B. Snyder,** Acting as DAVID B. SNYDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David S. Sokolow,** Acting as DAVID S. SOKOLOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Shelly A. Solomon,** Acting as SHELLY A. SOLOMON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

*A Security (15 USC)*
*A USSEC Tracer Flag*
*Not a point of Law*

**William H. Stassen**, Acting as WILLIAM H. STASSEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Trisha B. Stein**, Acting as TRISHA B. STEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Paul Straub**, Acting as PAUL STRAUB ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John J. Stubbs**, Acting as JOHN J. STUBBS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Julia Swain**, Acting as JULIA SWAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael L. Temin**, Acting as MICHAEL L. TEMIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robert S. Tintner**, Acting as ROBERT S. TINTNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Craig R. Tractenberg**, Acting as CRAIG R. TRACTENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Peter J. Tucci**, Acting as PETER J. TUCCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael K. Twersky**, Acting as MICHAEL K. TWERSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Scott L. Vernick**, Acting as SCOTT L. VERNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Viscount, Jr.**, Acting as MICHAEL J. VISCOUNT, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

**Marvin L. Weinberg,** Acting as MARVIN L. WEINBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Beth L. Weisser,** Acting as BETH L. WEISSER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen P. Weiss,** Acting as STEPHEN P. WEISS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gregory B. Williams,** Acting as GREGORY B. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ronald L. Williams,** Acting as RONALD L. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Adam R. Young,** Acting as ADAM R. YOUNG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 999 Peachtree Street NE, Suite 1500, Atlanta Georgia [30309]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 1301 Atlantic Avenue Midtown Building, Suite 400, Atlantic City, New Jersey [08401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 10 Sentry Parkway, Suite 200, Post Office Box 3001, Blue Bell, Pennsylvania [19422]; and ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of YS AT LAW, and/or Assigns, In care of 101 N. Tryon Street, Suite 1300, Charlotte, North Carolina [28246]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 321 North Clark Street, Suite 1600, Chicago, Illinois [60654]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2501 North Harwood Street, Suite 1800, Dallas, Texas [75201]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1225 17th Street, Suite 2200, Denver, Colorado [80202]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 747 Constitution Drive, Suite 100, Post Office Box 673, Exton, Pennsylvania [19341]; and

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 230 North Elm Street, Suite 1200, Greensboro, North Carolina [27401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2 West Washington Street, Suite 110, Greenville, South Carolina [29601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Summerlin Office Building, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada [89135]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 10250 Constellation Boulevard, Suite 900, Los Angeles, California [ 90067]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Biscayne Tower, 2 South Biscayne Boulevard, Suite 2750, Miami, Florida [33131]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Campbell Mithun Tower, 222 South Ninth Street, Suite 2000, Minneapolis Minnesota [55402]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 49 Market Street, Morristown, New Jersey [07960]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 101 Park Avenue, 17th Floor, New York, New York [10178]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of BNY Mellon Center, 500 Grant Street, Suite 2500, Pittsburgh Pennsylvania [15219]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Princeton Pike Corporate Center 997 Lenox Drive, Lawrenceville, New Jersey [08648]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 434 Fayetteville Street, Suite 2800, Raleigh, North Carolina [27601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1001 Fourth Avenue, Suite 4500, Seattle Washington, [98154]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 8300 Greensboro Drive, Suite 1000, Tysons Virginia, [22102]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2700 Kelly Road, Suite 300, Warrington, Pennsylvania [18976]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1030 15th Street North West, Suite 380 East, Washington, District of Columbia [20005]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 777 South 1700 West Tower, West Palm Beach, Florida [33401]; and

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 919 North Market Street, Suite 300, Post Office Box 2323, Wilmington, Delaware [19899]; and

Charles W. Scharf, Acting as CHARLES W. SCHARF, CHIEF EXECUTIVE OFFICER, PRESIDENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Scott E. Powell, Acting as SCOTT E. POWELL, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF OPERATING OFFICE, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

John R. Shrewsberry, Acting as JOHN R. SHREWSBERRY, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Muneera S. Carr, Acting as MUNEERA S. CARR, EVP, CHIEF ACCOUNTING OFFICER, CONTROLLER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

William M. Daley, Acting as WILLIAM M. DALEY, VICE CHAIRMAN OF PUBLIC AFFAIRS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Derek A. Flowers, Acting as DEREK A. FLOWERS, SENIOR EVP, HEAD OF STRATEGIC EXECUTION and OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]: and

David C. Gallorees, Acting as DAVID C. GALLOREES, SENIOR EVP, HEAD OF HUMAN RESOURCES, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Mary T. Mack, Acting as MARY T. MACK, SENIOR EVP, CEO OF CONSUMER & SMALL BUSINESS BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Amanda G. Norton, Acting as AMANDA G. NORTON, SENIOR EVP, CHIEF RISK OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Lester J. Owens, Acting as LESTER J. OWENS, SENIOR EVP, HEAD OF OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104];and

Ellen R. Patterson, Acting as ELLEN R. PATTERSON, SENIOR EVP, GENERAL COUNSEL, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

CLAIM [:"AFFIDAVIT:"] OF OBLIGATION COMMERCIAL LIEN
Private Case Number RE 327 506 200 US

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

**Perry G. Pelos,** Acting as PERRY G. PELOS, SENIOR EVP, CEO OF COMMERCIAL BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Scott E. Powell,** Acting as SCOTT E. POWELL, SENIOR EVP, CHIEF OPERATING OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Julie L. Scammahorn,** Acting as JULIE L. SCAMMAHORN, ACTING AS JULIE L. SCAMMAHORN, SENIOR EVP, CHIEF AUDITOR, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Barry Sommers,** Acting as BARRY SOMMERS, SENIOR EVP, CEO OF WEALTH & INVESTMENT MANAGEMENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Saul Van Beurden,** Acting as SAUL VAN BEURDEN, SENIOR EVP, HEAD OF TECHNOLOGY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Michael S. Weinbach,** Acting as MICHAEL S. WEINBACH, SENIOR EVP, CEO OF CONSUMER LENDING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and
**Jonathan G. Weiss,** Acting as JONATHAN G. WEISS, SENIOR EVP, CEO OF CORPORATE & INVESTMENT BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

ALL AGENTS for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

EQUIFAX CORPORATION; AND

EXPERIAN CORPORATION; AND

TRANSUNION CORPORATION; AND

JOHN OR JANE DOES 1-50;

JOINTLY AND SEVERALLY, CORPORATELY AND PERSONALLY;

## Allegations:

Allegations arise from an Agreement; herein referenced as Private Case Number: RE 327 506 200 US, which was met between the parties for the consent to judgment against RESPONDENTS and the settlement, closure, and dismissal of ANY and ALL MATTERS including, but not limited to outstanding past CLAIMS, present

*A Security (15 USC)*
*A USSEC Tracer Flag*
*Not a point of Law*

CLAIMS, and future CLAIMS against me, Claimant; :tarani-alike: johnson:, in regards to ANY and ALL accounts relating to, but not limited to:

WORLD SAVINGS BANK, FSB, Mortgage Number 0045821642, also known as WORLD SAVINGS REMIC 33, also known as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), also known as WACHOVIA BANK, N.A., also known as WACHOVIA MORTGAGE, also known as WACHOVIA MORTGAGE CORPORATION, Mortgage Number 4831607, also known as WELLS FARGO BANK, N.A., also known as WELLS FARGO MORTGAGE, also known as Civil Action Case No. 100401188 [2010] COURT OF COMMON PLEAS PHILADELPHIA COUNTY COMMONWEALTH OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 12-20451-MDC [2012] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 7 BANKRUPTCY Case No. 12-20451-MDC [2013] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 18-17342-MDC [2018] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Appeal Case No. 19 CV 3620 UNITED STATES DISTRICT COURT FOR THE EASTERN OF PENNSYLVANIA in the amount of Eight Hundred Sixteen Thousand Eight Hundred Ninety-Seven DOLLARS and Eighty Six CENTS (816,897.86). Original Amount of Three Hundred Ninety-Two Thousand DOLLARS and Zero CENTS (392,000.00US).

1. On or about October 15, 2020 at 5:10 p.m., RESPONDENTS of POWERS KIRN & ASSOCIATES LLC received and accepted a true and correct copy of **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE WITH COMMERCIAL AFFIDAVIT AND FEE SCHEDULE;** Private Case Number: RE 327 506 200 US dated September 29, 2020, by USPS Certified Mail No. **7017 3380 0000 9203 2296** from me, the Claimant for RESPONDENTS attention; AND

2. On or about October 6, 2020 at 1:04 p.m., RESPONDENT'S of FOX ROTHSCHILD, LLP received and accepted a true and correct copy of **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE WITH COMMERCIAL AFFIDAVIT AND FEE SCHEDULE;** Private Case Number: RE 327 506 200 US dated September 29, 2020, by USPS Certified Mail No. **7017 3380 0000 9203 2302** from me, the Claimant for RESPONDENTS' attention; AND

3. RESPONDENTS of FOX ROTHSCHILD, LLP has agreed, by way of written expressed notice dated October 19, 2020 sent to Claimant, to accept notice for and respond on behalf of RESPONDENTS WELLS FARGO BANK, N. A.;
   AND

4. As of the 26th day of October, 2020, RESPONDENTS have **not** sufficiently responded to my demands as Claimant, on a point-by-point basis, via sworn affidavit, under RESPONDENTS' full commercial liability, signing under penalty of perjury, as outlined and accepted in the Agreement named **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE;** referenced herein as Private Case Number: RE 327 506 200 US dated September 29, 2020,

> A Security (15 USC)
> A USSEC Tracer Flag
> Not a point of Law

AND

5. On or about November 2, 2020 at 11:28 a.m., RESPONDENTS of POWERS KIRN & ASSOCIATES LLC received via FEDEX PRIORITY OVERNIGHT NO. 398401054737; signed for, and accepted by "S. Gonzales" at the "Receptionist/Front Desk", and via Certified Mail U.S. Postal Service NO. **7020 1290 0000 6327 2568** on or about November 2, 2020 at 11:16 a.m., a true and correct copy of the **NOTICE OF FAULT OPPORTUNITY TO CURE**; Re: Private Case Number: RE 327 506 200 US along with the following additional Enclosures were sent as a reminder and second chance to sufficiently respond and/or sufficiently perform to cure their dishonor:

a) **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE WITH COMMERCIAL AFFIDAVIT AND FEE SCHEDULE;**

Private Case Number: RE 327 506 200 US dated September 29, 2020 (original sent by USPS Certified Mail No. **7017 3380 0000 9203 2296**),

b) **Proof of Delivery for the above stated document from U.S. Postal Service**

c) **Affidavit of Non-Performance**

d) **Affidavit of Non- Response;**

e) **Fox Rothschild LLP Insufficient Response from the me, the Claimant for RESPONDENTS** attention;

AND

7. On or about November 2, 2020 at 8:44 a.m., "RESPONDENTS" of WELLS FARGO BANK N.A. received via FEDEX PRIORITY OVERNIGHT NO. 398400946049; signed for by "T. Wilson" of the "Shipping/Receiving" department, and via Certified Mail U.S. Postal Service NO. **7020 1290 0000 6327 2582** on or about November 2, 2020 at 9:47 a.m., a true and correct copy of the **NOTICE OF FAULT OPPORTUNITY TO CURE**; Re: Private Case Number: RE 327 506 200 US along with the following additional Enclosures:

a) **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE WITH COMMERCIAL AFFIDAVIT AND FEE SCHEDULE;**

Private Case Number: RE 327 506 200 US dated September 29, 2020 (original sent by USPS Certified Mail No. **7017 3380 0000 9203 2302**),

b) **PROOF OF DELIVERY FOR THE CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE WITH COMMERCIAL AFFIDAVIT AND FEE SCHEDULE FROM U.S.** Postal Service

c) **AFFIDAVIT OF NON-PERFORMANCE**

d) **AFFIDAVIT OF NON- RESPONSE; and**

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

e) **Fox Rothschild LLP Insufficient Response** from me, the Claimant for RESPONDENTS attention; AND

8. On or about November 2, 2020 at 9:34 a.m., RESPONDENTS of FOX ROTHSCHILD LLP. received via FEDEX PRIORITY OVERNIGHT NO. 398401207120; signed for by "A. Rosario" of the "Mailroom", and via Certified Mail U.S. Postal Service No. **7020 1290 0000 6327 2582** on or about November 2, 2020 at 2:19 p.m., a true and correct copy of the **NOTICE OF FAULT OPPORTUNITY TO CURE**; Re: Private Case Number: RE 327 506 200 US along with the following additional Enclosures:

a) **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE WITH COMMERCIAL AFFIDAVIT AND FEE SCHEDULE**; Private Case Number: RE 327 506 200 US dated September 29, 2020 (original sent by USPS Certified Mail No. **7017 3380 0000 9203 2302**),

b) **Proof of Delivery for the CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE** from U.S. Postal Service

c) **AFFIDAVIT OF NON-PERFORMANCE**

d) **AFFIDAVIT OF NON- RESPONSE**; and

e) **Fox Rothschild LLP Insufficient Response** from me, the Claimant for RESPONDENTS attention; AND

9. As of today's day, the 3rd day of December, 2020, **ALL RESPONDENTS** have **failed** to sufficiently respond to Claimant's demands, on a point-by-point basis, via sworn affidavit, under RESPONDENTS' full commercial liability, signing under penalty of perjury, as outlined and accepted in the Agreement named **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE**; Private Case Number: RE 327 506 200 US dated September 29, 2020, nor the **NOTICE OF FAULT AND OPPORTUNITY TO CURE** dated October 26, 2020; AND

10. **ALL RESPONDENTS**, Agents, Successors, and/or Agents, Successors, and/or Assigns, Jointly, Severely, Corporately, and Personally are at **Fault** in this matter, AND

11. As an operation of law, RESPONDENTS by dishonor of the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE**; Private Case Number: RE 327 506 200 US dated September 29, 2020, and the **NOTICE OF FAULT AND OPPORTUNITY TO CURE** dated October 26, 2020, have created a [:"DE":]**FAULT** and thereby have given me, the Claimant, Consent to Judgment

12. This failure to respond, and now [:"DE":]**FAULT**, is as an operation of law, RESPONDENTS' **FINAL** admission and agreement to all statements and claims made by me, the Claimant, through *tacit*

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

*procuration* pertaining to the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE;** Private Case Number: RE 327 506 200 US dated September 29, 2020, and the **NOTICE OF FAULT AND OPPORTUNITY TO CURE** dated October 26, 2020 executed by :tarani-alike: johnson:, the entire whole matter is *res judicata* and *stare decisis* and Respondents are in estoppel by RESPONDENTS' failure to respond.

13.    ALL RESPONDENTS hereby have been permanently and irrevocably Estopped from bringing any and all claims, legal actions, orders, demands, lawsuits, costs, levies, penalties, damages, interests, liens, and expenses whatsoever, against me, the CLAIMANT and that of my property; the collateral property known as **2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131]**

14.    ALL RESPONDENTS have consented to a Zero Balance Judgment against Claimant and a Zero Balance Claim against the Collateral Property known as **2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131]** therefore having no past, present or future claim against me, the Claimant leaving me, :Tarani-Alike: Johnson:, a living woman and Authorized Agent and Sole Beneficiary for TARANI ALIKE JOHNSON, A PRIVATE TRUST unencumbered, resulting in full and complete settlement, past, present and future between all parties.; and

15.    ALL RESPONDENTS have authorized and appointed me the authority of Power of Attorney, according to their own adopted terms, by the acceptance of the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE,** as well as through their Tacit Acquiescence and agreement by non-response of said document and Tacit Acquiescence and agreement by non-response to the subsequent **NOTICE OF FAULT and OPPORTUNITY TO CURE,** acceptance of **AFFIDAVIT OF NON-RESPONSE** and **AFFIDAVIT OF NON-PERFORMANCE** both dated on October 26, 2020 and November 10, 2020, and **NOTICE OF [:"DE":]FAULT and CONSENT TO JUDGMENT and CLAIM [:"AFFIDAVIT":] OF [:"DE":]FAULT** documents which were also sent and accepted by ALL RESPONDENTS; referenced herein as Private Case Number RE 327 506 200 US.

16.    An Averment of [:"De":]Fault is attached hereto.

17.    ALL RESPONDENTS maintain an outstanding judgment of Obligation for Payment, payable to me, the Claimant, :tarani-alike: johnson: in accordance with the Agreement, Private Case Number RE 327 506 200 US, in the judgment amount of **Nine-million Five-hundred Sixty-Eight Thousand DOLLARS and Zero CENTS ($9,568,000.00).**

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

18.  ALL RESPONDENTS have failed to pay the above agreed upon outstanding judgment amount due and owing to me, the Claimant, despite repeated demands by me for payment.

19.  Judgment has not been granted by confession against a natural person in connection with a consumer credit transaction, but by an administrative Agreement.

20.  ALL RESPONDENTS have and continue to cause me; :tarani-alike: johnson:, a living natural freewoman; a Private American National Civilian, Special and Private Inhabitant on the land for the Pennsylvania Commonwealth; a financial injury.

The entities, and/or Agents, and/or Individuals, and/or Successors, and/or Assigns that are listed above, by their own records on file and records described herein, prove that in addition to their failure to perform according to the Agreement between the parties, herein referenced as Private Case Number: RE 327 506 200 US,  they are also guilty of [:" *Title 15 USC 1&2, Title 18 USC 241, Title 18 USC 242 and Title 42 USC 1983*:"].

## Proof of Allegations

- See CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE (attached)

- See AFFIDAVIT OF NON-RESPONSE(s) (attached)

- See AFFIDAVIT OF NON-PERFORMANCE(s) (attached)

- See NOTICE OF FAULT and OPPORTUNITY TO CURE (attached)

- See NOTICE OF [:"DE:"]FAULT and CONSENT TO JUDGMENT (AMENDMENT TO NOTICE OF DEFAULT and CONSENT TO JUDGEMENT) (attached)

- See NOTICE; PRAECIPE; CLAIM: ESTOPPEL BY ACQUIESCENCE (FOR NON-RESPONSE) (attached)

- See PROOF OF DELIVERY of true certified copies of CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE WITH COMMERCIAL AFFIDAVIT and FEE SCHEDULE, NOTICE OF FAULT and OPPORTUNITY TO CURE, AFFIDAVITS OF NON-PREFORMANCE and NON-RESPONSE dated October 26th 2020, and FOX ROTHSCHILD LLP INSUFFICIENT RESPONSE dated October 19th, 2020 via USPS Certified Mail 7020 1290 0000 6327 2568, 7020 1290 0000 6327 2582, and 7020 1290 0000 6327 2575 (attached)

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

- See PROOF OF DELIVERY of the true certified copies of CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE WITH COMMERCIAL AFFIDAVIT and FEE SCHEDULE, NOTICE OF FAULT and OPPORTUNITY TO CURE, AFFIDAVITS OF NON-PREFORMANCE and NON-RESPONSE dated October 26th, 2020, and FOX ROTHSCHILD LLP INSUFFICIENT RESPONSE dated October 19th, 2020 via FEDEX PRIORITY OVERNIGHT personal delivery No. 398400946049, No. 398401054737, and No. 398401207120; (attached)

- See PROOF OF DELIVERY of the true certified copies of NOTICE OF [:"DE:"]FAULT and CONSENT TO JUDGMENT (AMENDMENT TO NOTICE OF DEFAULT and CONSENT TO JUDGEMENT) dated November 25th, 2020 via USPS Certified Mail 7019 0700 0000 6633 7973, 7019 0700 0000 6633 7966, and 7019 0700 0000 6633 7980 (attached)

## Ledgering:

The execution of any action without first providing proof and the required rebuttal of the affidavit herein, constitutes injury and harm and does make ALL Respondent, their Agents, Successors, and/or Assigns thereof, jointly and severally, corporately and personally liable on a claim that may be liquidated against Respondents' public hazard bond, wages, earnings, rents, accounts, property, assets, and income from every source. Any insufficient response shall incur a liability payable to Claimant upon demand for One-hundred Thousand DOLLARS and Zero CENTS ($100,000.00US) per count. Failure to comply or willfully ignoring this notice by your action(s) does constitute harm, injury, and infringes upon Claimant's Rights. The execution of any action thereby causing injury or harm without first providing the required proof or response makes you liable for One-hundred Thousand DOLLARS and Zero CENTS ($100,000.00US) for each provision that was not satisfied including but not limited to each and every negative credit reporting with Credit Bureaus, including but not limited to EXPERIAN, EQUIFAX, and TRANSUNION.

The failure to respond with other than the demanded verified proof and full, whole and complete accounting, via sworn affidavit, under [:"RESPONDENTS":]' full and complete commercial liability, signing under penalty of perjury, has been documented and memorialized with AFFIDAVIT OF NON-RESPONSE(s) and AFFIDAVIT OF NON-PERFORMANCE(s), NOTICE OF [:"DE":]FAULT and CONSENT TO JUDGMENT, CLAIM [:"AFFIDAVIT":] OF [:"DE":]FAULT, and has constituted an Agreement between ALL RESPONDENTS, Jointly and Severally, Corporately and Personally, and their Agents, Successors, and/or Assigns, and myself, as Claimant that:

1. ALL [:"RESPONDENTS":] DO NOT have a valid claim against Claimant, :Tarani-Alike: Johnson:, a living woman; American Freewoman, Private Citizen of the United States of America; American National, Authorized Agent, and Sole Beneficiary of the trust known as TARANI A. JOHNSON also known as Tarani Alike Johnson

CLAIM [:"AFFIDAVIT:"] OF OBLIGATION COMMERCIAL LIEN
**Private Case Number RE 327 506 200 US**
Page 30 of 33

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

™©, Federal Trademark # 88859594 also known as **TARANI ALIKE JOHNSON** nor against the Collateral Property known as **2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131]** therefore having no past, present or future claims against Claimant; and

2. All [:"RESPONDENTS":] consent to a Zero Balance Judgment against Claimant, Defendant, Plaintiff, and a Zero Balance Claim against the Collateral Property known as **2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131]** therefore having no past, present or future claim against Claimant, leaving :Tarani-Alike: Johnson:, a living woman and Authorized Agent and Sole Beneficiary for TARANI ALIKE JOHNSON, A PRIVATE TRUST unencumbered, resulting in full and complete settlement, past, present and future between all parties.; and

3. ALL [:"RESPONDENTS":] grant Claimant specific Power of Attorney to sign any and all documents deemed necessary to mark the alleged account to a zero balance, remove any outstanding judgments, cancel lien against collateral, re-convey title, and cancel the trust which holds the alleged mortgage, signed by Claimant on behalf of ALL [:"RESPONDENTS":].

4. ALL [:"RESPONDENTS":] grant Administrative Judgment for Theft against All [:"RESPONDENTS":], jointly, severally, corporately and personally, in Claimants' favor; and award Plaintiff and Real Party in Interest compensatory damages in the amount of **One-million DOLLARS and Zero CENTS ($1,000,000.00US)** for the unreturned tender of payment that was issued to [:"RESPONDENTS":] on or about April 12, 2018, and an additional amount of **One-million DOLLARS and Zero CENTS ($1,000,000.00US)** for the unreturned tender of payment that was issued to [:"RESPONDENTS":] on or about April 27, 2018; for a sum total of **Two-million DOLLARS and Zero CENTS ($2,000,000.00US)** in **compensatory damages, plus costs and interest.**

5. An Agreement between ALL [:"RESPONDENTS":] and Claimant will be enforced to grant Administrative Judgment for Fraudulent Misrepresentation and Unjust Enrichment against All [:"RESPONDENTS":], jointly, severally, corporately and personally, in Claimants' favor; and award Claimant treble-damages for antitrust violations in the amount of **Six-million DOLLARS and Zero CENTS ($6,000,000.00US)** in Punitive Damages, plus costs and interest.

6. An Agreement between ALL [:"RESPONDENTS":] and Claimant will be enforced that invokes the Clayton Antitrust Act of 1914 and grants judgment to Plaintiff for the fraudulent conveyance of language and conspiracy to commit fraudulent conveyance of language for Defendant's own profit by unlawfully demanding **Three-hundred Ninety-two Thousand DOLLARS and Zero CENTS ($392,000.00US)** or by taking Plaintiff's collateral property described within; and award Plaintiff treble-damages for antitrust violations in the amount of **One-million Five-hundred Sixty-Eight DOLLARS and Zero CENTS ($1,568,000.00) in punitive damages, plus costs and interest.**

7. ALL "[:"RESPONDENTS":]" consent to a commercial lien against "[:"RESPONDENTS":]" personal assets including but not limited to all real property, all personal property (excluding wedding photos and rings), "[:"RESPONDENTS":]" Errors and Omissions Insurance Policy, "[:"RESPONDENTS":]" Liability Insurance Policy, "[:"RESPONDENTS":]" Public Bond; and

CLAIM [:"AFFIDAVIT:"] OF OBLIGATION COMMERCIAL LIEN
**Private Case Number RE 327 506 200 US**

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

8. ALL "[:"RESPONDENTS":]" consent to garnishments of Wages, Fees, Commissions, Bank Accounts, and Retirement Accounts; and

9. ALL "[:"RESPONDENTS":]" consent to interest charges and adjustments until full balance is paid; and

10. ALL "[:"RESPONDENTS":]" consent to an adjusted balance to be paid to Claimant in the amount totaling
**Nine-million Five-hundred Sixty-Eight Thousand DOLLARS and Zero CENTS ($9,568,000.00).**

## Surety:

The adjusted balance agreed upon between the parties by way of **Private Case Number  RE 327 506 200 US**, that is outstanding, payable on demand, and is to be paid in full to Claimant; :tarani-alike: johnson:, is the sum amount totaling **Nine-million Five-hundred Sixty-Eight Thousand DOLLARS and Zero CENTS ($9,568,000.00),** in Functional Currency of the United States.

The surety/property utilized to guarantee the payment of this commercial lien is the operational/commercial bonds of each of the Lien Debtors; Jointly and Severally, Corporately and Personally, and their Agents, Successors, and/or Assigns.  If the bond(s) of the Lien Debtors is/are insufficient for coverage the payment(s) the assets of the Lien Debtor(s) will be utilized as follows:  all the real and moveable property and bank and savings accounts and of the Lien Debtors except wedding rings, keepsakes, family photographs, diaries, journals, etc., and the property normally exempted in the lien process (includes survival provisions).

## Certification

i, :tarani-alike: johnson:, Real Party of Ownership *[:"Interest":]*; Agent for and Sole Beneficiary Owner of the **TARANI ALIKE JOHNSON TRUST,** a Cestui Qui Trust, also known as **TARANI A. JOHNSON;**
Claimant herein; states that i, having attained the age of majority, and not a child, and who has not been found lost at sea, being competent with firsthand perfected knowledge to the facts herein, certify on my own full commercial liability that I have read the above affidavit and do know the contents to be true, correct and complete, and not misleading, the truth, the whole truth, and nothing but the truth.

Respectfully Executed on November 25, 2020

By: _johnson, tarani -alike, General_
johnson, tarani-alike; Grantor/Attorney-in-Fact/Real Party
*[:"Interest":]*al Party of Interest, General Executrix, Agent/
Beneficiary Owner for **TARANI ALIKE JOHNSON,** a Cestui Qui Trust and
Estate established in The City of New York at the DEPARTMENT OF
HEALTH AND MENTAL HYGIENE; File no.: **156-76-416831,** aka
Tarani Alike Johnson™ ©, Federal Trademark # **88859594**
**All Rights Reserved Without Prejudice, Without Recourse.**
            Amicus Curiae, Sui Juris, No Pro Se, In Propria Persona

CLAIM [:"AFFIDAVIT:"] OF OBLIGATION COMMERCIAL LIEN
**Private Case Number RE 327 506 200 US**

1
USA
DOLLAR

i am who i am, the way, the truth, the life: no man
cometh unto the father save by this man: found to be the baptized man/son/verily-true heir of the posterity of: yhvh, through
david/judah: 'We The People';

*For the grace of the King's Conscience called the Mercy Seat's Equal-Justice (herein: 'Equity') sees the heir as the true owner; tarani-alike:*

as: Sacred/Special/Secret[Private]-Chosen, Set-Apart from Publicans as: Strictly-Confidential:

[heir as: *Beneficiary*] of: TARANI ALIKE JOHNSON  Trust; (hereinafter 'i')
general post office; judicial district: at extra and special ministerial term of equity
in care of: 2285 Bryn Mawr Avenue, on Philadelphia, on Pennsylvania,
non-domestic to the *Public* UNITED STATES; near; [19131] non-res



i am at Peace with all: No flag of war shall allcot upon my divinity:
'Whoever blasphemes against the Father will be forgiven, and whoever
blasphemes against the son will be forgiven, but whoever blasphemes
against the holy spirit will not be forgiven, either on earth or in heaven' –
The Gospel according to Thomas

## Notice; Praecipe; Claim: Estoppel by Acquiescence (for non-response)

with Memorial for Release with: International Treaty-Covenant with Eternal Peace:

Whereas: Notice to Respondeat Inferior is Notice to Respondeat Superior:

Whereas: Notice to Respondeat Superior is Notice to Respondeat Inferior:

Whereas: Respected covenant-treaties of peace: gayanashagowa, the first law of the land and holy sea(see) by the 431ad
treaties of: ecumenical council of: euphesus theotokas, guadalupe hidalzo, [and: peace with Ghent-iles] holding all
authority, rights, power, and dominium taken by deforcaire to reclaim true noble standing; and

For: Notice is Law; ignorance of the law is no excuse; *as it is written; it shall be done*: For i: the man/heir, claim: any
[wo]man whom alter or restyle this; my Case; does so under penalty and compensation to i; and

For this private international communication by: Registered Mail/Case Number: RE 327 506 200 US

Respondant(s): Charles W. Scharf; a man;
c/o CHARLES W. SCHARF under the Office(s) of:
Co-Trustee for: TARANI ALIKE JOHNSON  Trust; and;
also known as: Accuser/Prosecutor/PRESIDENT & CEO for: WELLS FARGO BANK NORTH AMERICA
420 MONTGOMERY STREET, SAN FRANCISCO CALIFORNIA [NEAR 94104]
(See Addendum Attached with the full names of Respondents enjoined to this Estoppel By Acquiescence under the Office(s) of
Co-Trustees for: TARANI ALIKE JOHNSON  Trust)
In Re: TARANI ALIKE JOHNSON      Trust: Whereas: Equity will not allow a trust to fail for want of a trustee:

*For we place our trust in yhvh: with peace to all:*
*'an intent to create a trust itself creates a trust':*

WELLS FARGO BANK N.A. Account Number 0015821642 also known as Account Number 4831607

May Peace be with you: Thank you for sending "TARANI ALIKE JOHNSON   Trust" your letter ["dated" nineteen
october of roman twenty-twenty, hereinafter "Letter"] received, alleging that a "TARANI ALIKE JOHNSON   Trust"
ESTATE [hereinafter "Estate"] has a liability [hereinafter "Claim"] outstanding; and Whereas the heir (as the sole
beneficiary of the Estate) has been informed by the Respondeat Superior to verify["ensure"] that any-and-all true Claims
are settled/discharged upon *faith, just, and righteous* (herein: "good")-faith, without prejudice, without dishonour, upon
*written, verified proof and/or evidence* provided and annexed to such Claims; and whereas no proof and no reason, be it
good reason and/or evidence (or otherwise) such verification failed to accompany your letter; and therefore: kindly
provide *written* response to all points herein, by referencing *your* and *their* character – within seven [7]days – the following
evidence, for: 'one who seeks equity must do equity:'

Whereas: this instrument is a Notice; Praecipe; Claim: Estoppel By Acquiescence for non-response as regards the
following instruments tendered by the claimer (herein: "claimant"):

1) Notice; Praecipe; Claim Offer to Settle the Claim, Notice of General Administrative Services Payment Bond, Bid Bond,
Performance Bond for Setoff, and Statement of Account/Affidavit of Individual Surety for Full Amount with Zero Balance
dated the 19th of Nisan, 5778 [roman year: 2018], 23 leaves;
2) Notice; Praecipe; Claim Offer to Settle the Claim, Notice of Private Registered Offset Discharge Bond/ Affidavit of Zero
Balance dated the 9th of Iyyar, 5778 [roman year: 2018], 3 leaves
3) Notice; Praecipe; Claim: Offer to Settle the Claim, Special Deposit for Tender for Title and Statement of Account / Truth
Affidavit for Full Satisfaction of the Claim dated the 3rd of Tishrei, 5781 [roman year: 2020], 5 leaves;
4) Notice; Praecipe; Claim: Offer to Settle the Claim, Constructive Notice of Conditional Acceptance with Commercial
Affidavit and Fee Schedule dated the 11th of Tishrei, 5781 [roman year: 2020], 42 leaves;
5) Notice; Praecipe; Claim: Offer to Settle the Claim, Notice of Fault in Dishonor Opportunity to Cure dated the 8th of
Cheshvan, 5781 [roman year: 2020], 19 leaves;
6) Notice; Praecipe; Claim: Offer to Settle the Claim, Notice of Default in Dishonor Consent to Judgment dated the 23rd of
Cheshvan, 5781 [roman year: 2020], 20 leaves;
7) Notice; Praecipe; Claim; of Estoppel in Dishonor, Real Property Legal Description (see Exhibit "A") and "Addendum"
enjoining additional Co-Trustees for TARANI ALIKE JOHNSON  Trust, dated 23rd of Cheshvan, 5781 [roman year:
2020], 11 leaves;
hereinafter claim, to the RESPONDENT at the address above; under the face and custody of the Post Office; and

Let it be known by these presents, RESPONDENT's failure to perform under the terms and conditions set forth in
claim, has created a permanent and irrevocable estoppel by acquiescence, forevermore barring RESPONDENT from
bringing any and all claims, legal actions, orders, demands, lawsuits, costs, levies, penalties, damages, interests, liens and
expenses whatsoever, against TARANI ALIKE JOHNSON   Trust; and

Furthermore, RESPONDENT's dishonor of claim is RESPONDENT's agreement to the following terms and conditions:

1) The balance due on alleged Account Number 04831607 also known as 0045821642; Civil Action Case No. 100401188 is Zero and 00/100 dollars ($0.00); and

2) Any and all rights, titles and interests in and on any and all collateral/real property (see Exhibit "A") in the association with or the security for the above-referenced alleged Account Number 04831607 also known as 0045821642; Civil Action Case No. 100401188 is irrevocably conveyed to claimant; and

3) RESPONDENT is with the grant of a specific power-of-attorney to claimant for the acquisition, procurement and/or production of any and all records, documents, and/or communications necessary for the securing of any and all rights, titles, and interests in or pertaining to any and all collateral/real property (see Exhibit "A") associated with or secured by the above-referenced alleged Account Number 04831607 also known as 0045821642; Civil Action Case No. 100401188; and

4) RESPONDENT's waiver of any and all claims, rights, immunities and defenses; and

5) RESPONDENT does not possess the legal right or lawful authority enforce collection of RESPONDENT's claim and will not do so in the future; and

6) RESPONDENT lacks standing in law to adversely affect the credit rating of claimant and that any negative remarks made to any credit reporting agency will be removed posthaste; and

7) RESPONDENT lacks standing in law to assign, transfer, or negotiate the alleged liability, pass it back to its client and/or appoint an agent to act on its behalf in this matter;

Whereas: i: the man/heir; verify: this letter and *Notice; Praecipe; Claim: Propriety; Conusance; Mistake: with Offer for: International Covenant-Treaty with: Eternal Peace*, was prepared by: i: the [wo]man/heir: the [absolute] title-holder with the copy-claim and by my free-will, wish, act, deed, hand and seal; and do hereby establish the facts this [roman: fourth day of: the ninth month of the roman year [wenty-seventeen] with All Dominion, Powers ["Rights" and/or "Interest"] Preserved and Reserved as full-whole-complete-intact under *yhvh: for: special private trust deposit only: From the beginning, with yhvh as my witness, i, am who i am, the way, the truth, and the life, verily-true begotten sonlheir of yhvh, and acknowledge/recognize all that is freely given-by-yhvh; and freely received-from-yhvh, and, i repent all sin/trespass/transgression against yhvh, and waive all Claims without yhvh: by: the [wo]man/daughter/heir [as: mistress, general executrix, beneficiary, and now as trustor]: of house: yhvh: of tribe: judah-levi: tarani-alike: of klan: johnson:*

Dated: November 10th, 2020, A.D.    By': johnson, tarani–alike,    General Executrix...
                                                          Sole Beneficiary...
                                                          Trustor...
                                                          November...



For i: the man/heir, : Robert–Kenji: Laurie :    (bear) witness the [wo]man, known to i, as: tarani-alike, place her mark hereon in acceptance of/with the facts claimed herein; i, have seen no evidence to dispute that said mark belongs to the man known to i, as: tarani-alike, and have true-faith ["believe"] that none exists;

Dated: November 10, 2020, A.D    (seal)    By: laurie, robert –Kenji

For i: the [wo]man/heir, : Joycelyn–Patricia: Johnson-Welch:    (bear) witness the [wo]man, known to i, as: tarani-alike, place her mark hereon in acceptance of/with the facts claimed herein; i, have seen no evidence to dispute that said mark belongs to the [wo]man known to i, as: tarani-alike, and have true-faith ["believe"] that none exists;

Dated: November 10, 2020, A.D    (seal)    By': johnson-welch, joycelyn–patricia

Underwriter/Surety Notice: this instrument is a non-negotiable unrebuttable instant claim by Claimant of lawful lien, seizure, and liquidation (as required) of full penal value of all Respondeat: Superior/Inferior/Respondant's bonds; insurance and other security assets, to be escrowed, by and for the resulting breach of trust by, until; process or final jury; judgment; [Universal Postal Union] Treaty Notice: This non-negotiable instrument is "parcel post" conveyed under conditions recognized by international peace [at Universal Postal Convention, Parcel Post regulations, and relevant UPU Terms/Conditions], for Equity will take jurisdiction to avoid a multiplicity of suits; for Equity delights in equality, justice, and not by halves, but sees that as done what ought to be done…for Equity Follows the Law;



## ATTACHMENT "ADDENDUM":
### Estoppel by Acquiescence (for non-response)

Respondents enjoined to Estoppel By Acquiescence under the Office(s) of Co-Trustees for:
**TARANI ALIKE JOHNSON** Trust:

Harry Burnett Reese, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

Harry B. Reese, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

Jill Manuel-Coughlin, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

Sarah E. Powers, Acting as SARAH E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

William M.E. Powers, III, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

Edward W. Kirn, III, Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

Sarah K. McCaffery, Acting as SARAH K. MCCAFFERY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

Jolanta M. Pekalska, Acting as JOLANTA M. PEKALSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

Matthew James Mcdonnell, Acting as MATTHEW JAMES MCDONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

ALL AGENTS for POWERS KIRN & ASSOCIATES LLC at Feasterville Trevose, Pennsylvania, and/or Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

Harry Burnett Reese, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Harry B. Reese, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Angela C Pattison, Acting as ANGELA C PATTISON ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Edward Kirn, Acting as EDWARD KIRN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Edward W. Kirn, III, Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Frances M Kelly, Acting as FRANCES M KELLY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Jeanette Jacqueline O'Donnell, Acting as JEANETTE JACQUELINE O'DONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Jill Manuel-Coughlin, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Mathew James Forrester, Acting as MATHEW JAMES FORRESTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Sarah Ellis Powers, Acting as SARAH ELLIS POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Sarah Powers, Acting as SARAH POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

William Me Shah, Acting as WILLIAM ME SHAH ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

William M.E. Powers, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

William M.E. Powers, Jr., Acting as WILLIAM M.E. POWERS, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

William M.E. Powers, III, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

William Powers, Acting as WILLIAM POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

ALL AGENTS for POWERS KIRN & ASSOCIATES LLC at Moorestown, New Jersey, and/or Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Prince Altee Thomas, Acting as PRINCE ALTEE THOMAS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Gerald W. Arth, Acting as GERALD E. ARTH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jerald David August, Acting as JERALD DAVID AUGUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Scott M. Badami, Acting as SCOTT M. BADAMI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ahmed Bahgat, Acting as AHMED BAHGAT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Catherine T. Barbieri, Acting as CATHERINE T. BARBIERI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Alexis Barron, Acting as ALEXIS BARRON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael J. Bassett, Acting as MICHAEL J. BASSETT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Herbert Bass, Acting as HERBERT BASS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ryan T. Becker, Acting as RYAN T. BECKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brian A. Berkley, Acting as BRIAN A. BERKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brett A. Berman, Acting as BRETT A. BERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael S. Bookbinder, Acting as MICHAEL S. BOOKBINDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Nathan M. Buchter, Acting as NATHAN M. BUCHTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Peter C. Buckley, Acting as PETER C. BUCKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Maura L. Burke, Acting as MAURA L. BURKE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Kristina Neff Burland, Acting as KRISTINA NEFF BURLAND ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jacqueline M. Carolan, Acting as JACQUELINE M. CAROLAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Frank T. Carroll, Acting as FRANK T. CARROLL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Martha B. Chovanes, Acting as MARTHA B. CHOVANES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Stephen M. Cohen, Acting as STEPHEN M. COHEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David H. Colvin, Acting as DAVID H. COLVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ian M. Comisky, Acting as IAN M. COMISKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Andrew S. Console, Acting as ANDREW S. CONSOLE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Siana Danch, Acting as SIANA DANCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

E. Gerald Donnelly, Jr., Acting as E. GERALD DONNELLY, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David A. Doty, Acting as DAVID A. DOTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jean A. Durling, Acting as JEAN A. DURLING ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Patrick J. Egan, Acting as PATRICK J. EGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael Eidel, Acting as MICHAEL EIDEL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Andrew S. Esler, Acting as ANDREW S. ESLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Tristram R. Fall, III, Acting as TRISTRAM R. FALL, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Craig L. Finger, Acting as CRAIG L. FINGER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Barbara R. Flacker, Acting as BARBARA R. FLACKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Howard R. Flaxman, Acting as HOWARD R. FLAXMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

John Cornell Fuller, Acting as JOHN CORNELL FULLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Eleanor Vaida Gerhards, Acting as ELEANOR VAIDA GERHARDS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David M. Giles, Acting as DAVID M. GILES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Edward Gillespie, Acting as EDWARD GILLESPIE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

John L. Grossman, Acting as JOHN L. GROSSMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Debra L. Gruenstein, Acting as DEBRA L. GRUENSTEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Robert W. Gundlach Jr., Acting as ROBERT W. GUNDLACH JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Johns J. Haggerty, Acting as JOHN J. HAGGERTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jesse M. Harris, Acting as JESSE M. HARRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Dylan T. Hastings, Acting as DYLAN T. HASTINGS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Gerald M. Hatfield, Acting as GERALD M. HATFIELD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Edward J. Hayes, Acting as EDWARD J. HAYES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Gary A. Hecht, Acting as GARY A. HECHT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Gabriel B. Herman, Acting as GABRIEL B. HERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Philip L. Hinerman, Acting as PHILIP L. HINERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Kelley B. Hodge, Acting as KELLEY B. HODGE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Joshua Horn, Acting as JOSHUA HORN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Nathan Huddel, Acting as NATHAN HUDDELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Theodore H. Jobes, Acting as THEODORE H. JOBES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Edward J. Kabala, Acting as EDWARD J. KABALA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Odia Kagan, Acting as ODIA KAGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Stephen H. Kalis, Acting as STEPHEN H. KALIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jessica Labella Kitain, Acting as JESSICA LABELLA KITAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Gregory J. Kleiber, Acting as GREGORY J. KLEIBER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael J. Kornacki, Acting as MICHAEL J. KORNACKI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Lisa B. Lane, Acting as LISA B. LANE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Mathew D. Lee, Acting as MATTHEW D. LEE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Holly Lentz Kleeman, Acting as HOLLY LENTZ KLEEMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael J. Leonard, Acting as MICHAEL J. LEONARD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Olufunke O. Leroy, Acting as OLUFUNKE O. LEROY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and
Jane E. Lessner, Acting as JANE E. LESSNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brian J. Levin, Acting as BRIAN J. LEVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Matthew A. Levitsky, Acting as MATTHEW A. LEVITSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Sidney S. Liebesman, Acting as SIDNEY S. LIEBESMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Steven K. Ludwig, Acting as STEVEN K. LUDWIG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Andrew M. Macdonald, Acting as ANDREW M. MACDONALD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jason C. Manfrey, Acting as JASON C. MANFREY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Robin B. Matlin, Acting as ROBIN B. MATLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

James A. Matthews III, Acting as JAMES A. MATTHEWS III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Mark G. McCreary, Acting as MARK G. MCCREARY, CIPP/US ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brian McGinnis, Acting as BRIAN MCGINNIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Lauren P. McKenna, Acting as LAUREN P. MCKENNA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ian D. Meklinsky, Acting as IAN D. MEKLINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael G. Menkowitz, Acting as MICHAEL G. MENKOWITZ ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ryan North Miller, Acting as RYAN NORTH MILLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Sarah K. Minteer, Acting as SARAH K. MINTEER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Catherine M. Monte, Acting as CATHERINE M. MONTE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Mark L. Morris, Acting as MARK L. MORRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Sanford K. Mozes, Acting as SANFORD K. MOZES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Carrie B. Nase-Poust, Acting as CARRIE B. NASE-POUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Marc E. Needles, Acting as MARC E. NEEDLES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ramon R. Obod, Acting as RAMON R. OBOD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jay G. Ochroch, Acting as JAY G. OCHROCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Christopher D. Olszyk, Jr., Acting as CHRISTOPHER D. OLSZYK, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brian J. O'Neill, Acting as BRIAN J. O'NEILL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Thomas D. Paradise, Acting as THOMAS D. PARADISE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Joseph F. Posillico, Acting as JOSEPH F. POSILLICO ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David S. Rasner, Acting as DAVID S. RASNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Eric E. Reed, Acting as ERIC E. REED ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Abraham C. Reich, Acting as ABRAHAM C. REICH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Dan Reiter, Acting as DAN REITER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Stephanie Resnick, Acting as STEPHANIE RESNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Kristen Poetzel Ricci, Acting as KRISTEN POETZEL RICCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael Rinehart, Acting as MICHAEL RINEHART ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Bradley S. Rodos, Acting as BRADLEY S. RODOS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michelle S. Rosenberg, Acting as MICHELLE S. ROSENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Barnett Satinsky, Acting as BARNETT SATINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Magdalena Schardt, Acting as MAGDALENA SCHARDT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Kevin B. Scott, Acting as KEVIN B. SCOTT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jacqueline G. Segal, Acting as JACQUELINE G. SEGAL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ronald J. Shaffer, Acting as RONALD J. SHAFFER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Mark L. Silow, Acting as MARK L. SILOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Nevena Simidjiuska, Acting as NEVENA SIMIDJIUSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David B. Snyder, Acting as DAVID B. SNYDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David S. Sokolow, Acting as DAVID S. SOKOLOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Shelly A. Solomon, Acting as SHELLY A. SOLOMON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

William H. Stassen, Acting as WILLIAM H. STASSEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Trisha B. Stein, Acting as TRISHA B. STEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Paul Straub, Acting as PAUL STRAUB ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

John J. Stubbs, Acting as JOHN J. STUBBS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Julia Swain, Acting as JULIA SWAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael L. Temin, Acting as MICHAEL L. TEMIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Robert S. Tintner, Acting as ROBERT S. TINTNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Craig R. Tractenberg, Acting as CRAIG R. TRACTENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Peter J. Tucci, Acting as PETER J. TUCCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael K. Twersky, Acting as MICHAEL K. TWERSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Scott L. Vernick, Acting as SCOTT L. VERNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael J. Viscount, Jr., Acting as MICHAEL J. VISCOUNT, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Marvin L. Weinberg, Acting as MARVIN L. WEINBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Beth L. Weisser, Acting as BETH L. WEISSER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Stephen P. Weiss, Acting as STEPHEN P. WEISS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Gregory B. Williams, Acting as GREGORY B. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ronald L. Williams, Acting as RONALD L. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Adam R. Young, Acting as ADAM R. YOUNG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 999 Peachtree Street NE, Suite 1500, Atlanta Georgia [30309]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 1301 Atlantic Avente Midtown Building, Suite 400, Atlantic City, New Jersey [08401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 10 Sentry Parkway, Suite 200, Post Office Box 3001, Blue Bell, Pennsylvania [19422]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of YS AT LAW, and/or Assigns, In care of 101 N. Tryon Street, Suite 1300, Charlotte, North Carolina [28246]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 321 North Clark Street, Suite 1600, Chicago, Illinois [60654]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2501 North Harwood Street, Suite 1800, Dallas, Texas [75201]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1225 17th Street, Suite 2200, Denver, Colorado [80202]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 747 Constitution Drive, Suite 100, Post Office Box 673, Exton, Pennsylvania [19341]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 230 North Elm Street, Suite 1200, Greensboro, North Carolina [27401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2 West Washington Street, Suite 110, Greenville, South Carolina [29601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Summerlin Office Building, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada [89135]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 10250 Constellation Boulevard, Suite 900, Los Angeles, California [ 90067]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Biscayne Tower, 2 South Biscayne Boulevard, Suite 2750, Miami, Florida [33131]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Campbell Mithun Tower, 222 South Ninth Street, Suite 2000, Minneapolis Minnesota [55402]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 49 Market Street, Morristown, New Jersey [07960]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 101 Park Avenue, 17th Floor, New York, New York [10178]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of BNY Mellon Center, 500 Grant Street, Suite 2500, Pittsburgh Pennsylvania [15219]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Princeton Pike Corporate Center 997 Lenox Drive, Lawrenceville, New Jersey [08648]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 434 Fayetteville Street, Suite 2800, Raleigh, North Carolina [27601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1001 Fourth Avenue, Suite 4500, Seattle Washington, [98154]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 8300 Greensboro Drive, Suite 1000, Tysons Virginia, [22102]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2700 Kelly Road, Suite 300, Warrington, Pennsylvania [18976]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1030 15th Street North West, Suite 380 East, Washington, District of Columbia [20005]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 777 South 1700 West Tower, West Palm Beach, Florida [33401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 919 North Market Street, Suite 300, Post Office Box 2323, Wilmington, Delaware [19899]; and

Charles W. Scharf, Acting as CHARLES W. SCHARF, CHIEF EXECUTIVE OFFICER, PRESIDENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Scott E. Powell, Acting as SCOTT E. POWELL, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF OPERATING OFFICE, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

John R. Shrewsberry, Acting as JOHN R. SHREWSBERRY, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Muneera S. Carr, Acting as MUNEERA S. CARR, EVP, CHIEF ACCOUNTING OFFICER, CONTROLLER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

William M. Daley, Acting as WILLIAM M. DALEY, VICE CHAIRMAN OF PUBLIC AFFAIRS, and Agent for WELLS FARGO BANK, NnA., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Derek A. Flowers, Acting as DEREK A. FLOWERS, SENIOR EVP, HEAD OF STRATEGIC EXECUTION and OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

David C. Gallorees, Acting as DAVID C. GALLOREES, SENIOR EVP, HEAD OF HUMAN RESOURCES, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Mary T. Mack, Acting as MARY T. MACK, SENIOR EVP, CEO OF CONSUMER & SMALL BUSINESS BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Amanda G. Norton, Acting as AMANDA G. NORTON, SENIOR EVP, CHIEF RISK OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Lester J. Owens, Acting as LESTER J. OWENS, SENIOR EVP, HEAD OF OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104];and

Ellen R. Patterson, Acting as ELLEN R. PATTERSON, SENIOR EVP, GENERAL COUNSEL, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Perry G. Pelos, Acting as PERRY G. PELOS, SENIOR EVP, CEO OF COMMERCIAL BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Scott E. Powell, Acting as SCOTT E. POWELL, SENIOR EVP, CHIEF OPERATING OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Julie L. Scammahorn, Acting as JULIE L. SCAMMAHORN, ACTING AS JULIE L. SCAMMAHORN, SENIOR EVP, CHIEF AUDITOR, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Barry Sommers, Acting as BARRY SOMMERS, SENIOR EVP, CEO OF WEALTH & INVESTMENT MANAGEMENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Saul Van Beurden, Acting as SAUL VAN BEURDEN, SENIOR EVP, HEAD OF TECHNOLOGY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Michael S. Weinbach, Acting as MICHAEL S. WEINBACH, SENIOR EVP, CEO OF CONSUMER LENDING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Jonathan G. Weiss, Acting as JONATHAN G. WEISS, SENIOR EVP, CEO OF CORPORATE & INVESTMENT BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

ALL AGENTS for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

EQUIFAX CORPORATION; AND

EXPERIAN CORPORATION; AND

TRANSUNION CORPORATION; AND

JOHN OR JANE DOES 1-50;

JOINTLY AND SEVERALLY, CORPORATELY AND PERSONALLY;

## LEGAL DESCRIPTION

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE in the 52nd (formerly part of the 34th) Ward of the City of Philadelphia and described according to a survey and plan thereof made by George W. Hyde, Esq., Surveyor and Regulator of the 11th Survey District of the City of Philadelphia on the 16th day of April, A.D. 1922, as follows, to wit:

BEGINNING at a point on the Northeast side of Bryn Mawr Avenue at the distance of three hundred and sixty-six and eight hundred and sixty-eight one-thousandths feet Southeastward from the Southeast side of Woodbine Avenue; thence extending Northeastward on a line at right angles to the said Bryn Mawr Avenue one hundred and seventy-five feet to a point; thence extending Southeastward on a line parallel with the said Bryn Mawr Avenue forty-five feet to a point; thence extending Northeastward on a line at right angles to the said Bryn Mawr Avenue fifty-two and four hundred and fifty-eight one-thousandths feet to a point on the Westerly side of Heckamore Road (40 feet wide); thence extending South fifty-four minutes, forty-nine and ninety-one one hundredths seconds West, along the said Westerly side of Heckamore Road, one hundred and eighty-four and one hundred and six one-thousandths feet to a point; thence extending South seventy-seven degrees, four minutes, fifty-eight and twenty-one one hundredths seconds West, one hundred and forty and fifty-five one-thousandths feet to a point on the said Northeast side of Bryn Mawr Avenue; thence extending North twenty-nine degrees, thirty minutes, forty-five and one-tenth seconds West along the said Northeast side of Bryn Mawr Avenue one hundred and sixty-three and six hundred and fifty-one one-thousandths feet to the first mentioned point and place of beginning.

BEING known as No. 2285 Bryn Mawr Avenue.

ST. CODE/HOUSE NO.:  19560-02285

CITY REGISTRY:  71 N 17 - 13

EXHIBIT **A**



Invoice No. WFB2285-1



# INVOICE

| Customer | | Date | 11/14/2020 |
|---|---|---|---|
| Name | *WELLS FARGO BANK, N.A. et al* | Order No. | |
| Address | In care of: 420 Montgomery Street | Rep | Tarani-Alike |
| City | San Francisco      State CA    ZIP 94104 | | |
| Phone | 1-800-274-7025     *Sent via Fax 1-866-278-1179* | | |

| Description | TOTAL |
|---|---|
| **Demand for Payment ~ Abstract of Judgment** | |

Demand Amount, good through December 13, 2020 - $9,568,000.00US
Nine-million Five-hundred Sixty-eight Thousand DOLLARS and Zero CENTS***

Reference: CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with
COMMERCIAL AFFIDAVIT and FEE SCHEDULE dated September 29, 2020
Executed by Tarani-Alike: Johnson and dated September 29, 2020, filed into the public in
Court of Common Pleas of Philadelphia County; Civil Case No. 200901446

*surety for payment pursuant to agreement includes: Charles W. Scharf, John R.
Shrewsberry; WELLS FARGO BANK, NA., and/or its Agents/Successors/Assigns, Jointly
and Severely; AND Harry Burnett Reese and POWERS KIRN and ASSOCIATES, LLC,
and/or its Agents/Successors/Assigns, Jointly and Severely., AND
Martha B. Chovanes, Prince Altee Thomas and FOX ROTHSCHILD, LLP
and/or its Agents/Successors/Assigns, Jointly and Severely*
Proceeds to be paid in certified funds to the order of:
Tarani-Alike Johnson, in care of: 2285 Bryn Mawr Avenue, Philadelphia Pennsylvania
[19131] ALL FEES PAYABLE UPON DEMAND

| | | SubTotal | $9,568,000.00 |
|---|---|---|---|

**Payment Details**
- ● Cash
- ○ Check
- ○ Credit Card

| | TOTAL | $9,568,000.00 |
|---|---|---|

Office Use Only

Receipted this date _____ by _____

## AFFIDAVIT OF NOTARY PRESENTMENT BY WITNESS OF MAILING
## CERTIFICATE OF MAILING

Republic of Pennsylvania State      }
Subscribed and Affirmed             }
County of Delaware                  }

I, _Sherry A. Fraser_, the undersigned mailer/server witness, being of sound mind and under no duress, do hereby certify, attest, and affirm that the following facts are true and correct, to wit:

1. That, on the 30th day to September, 2020, that on behalf of Claimants: :Tarani-Alike: Johnson:, a living woman, **TARANI A. JOHNSON** (also known as **TARANI ALIKE JOHNSON, A PRIVATE TRUST**) and **Tarani Alike Jonson Estate Living Trust (eTAJ3156US)**, an Inter Vivos Trust, I personally witnessed :Tarani-Alike: Johnson:, deposit the following documents (listed below) into the envelopes that were mailed to parties; respondents for **POWERS KIRN & ASSOCIATES LLC** located at 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania, 19053; respondents for **FOX ROTHSCHILD, LLP** located at 2000 Market Street, 20th Floor, Philadelphia Pennsylvania 19103; and respondents for **WELLS FARGO BANK, N.A.** located at 420 Montgomery Street, San Francisco, California via **USPS Certified Mail Number (s):**

   **7017 3380 0000 9203 2296, 7017 3380 0000 9203 2302, and 7017 3380 0000 9203 2319** on September 30, 2020, respectively:

   ### Document Title/Description

   a) *CONSTRUCTIVE NOTICE OF CONDITONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE*

   b) *VERIFICATION*

2. That these documents were individually placed in their respective envelopes, sealed, and mailed to their individually respective addresses as sited above;

3. That I am at least 18 years of age;

4. That I am not related to any of the Claimant parties by blood, marriage, adoption, or employment, but serve as a "disinterested third party" (herein "Mailer/Server Witness").

5. That I am in no way connected to, or involved in or with, the person and/or matter at issue in this instant action.

I now affix my hand, signature, and official seal to these affirmations.

WITNESS my hand and official seal.

_____                    9/30/2020
NOTARY PUBLIC: Sherry A. Fraser                 DATE

My commission expires: April 21, 2022

Commonwealth of Pennsylvania - Notary Seal
SHERRY A. FRASER, Notary Public
Delaware County
My Commission Expires April 21, 2022
Commission Number 1053349

 Gmail

Tarani <taranij@gmail.com>

## FedEx Shipment 398401054737 Delivered

**TrackingUpdates@fedex.com** <TrackingUpdates@fedex.com>      Mon, Nov 2, 2020 at 11:32 AM
Reply-To: trackingmail@fedex.com
To: taranij@gmail.com

This tracking update has been requested by:

Name:         johnson, tarani-allke
E-mail:       taranij@gmail.com

Our records indicate that the following shipment has been delivered:

Door Tag number:        DT105694339470
Ship date:              Oct 30, 2020
Signed for by:          S.GONZALES
Delivery location:      Feasterville Trevose, PA
Delivered to:           Receptionist/Front Desk
Delivery date:          Mon, 11/2/2020 11:28 am
Service type:           FedEx Priority Overnight®
Packaging type:         Your Packaging
Number of pieces:       1
Weight:                 2.00 lb.
Special handling/Services     Deliver Weekday
No Signature Required
Standard transit:       11/2/2020 by 10:30 am

Tracking number:        398401054737

Shipper Information        Recipient Information
PHILADELPHIA               Feasterville Trevose
PA                      PA
US                      US

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated
at approximately 10:32 AM CST on 11/02/2020.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not
determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx

## AFFIDAVIT OF NOTARY PRESENTMENT BY WITNESS OF MAILING
## CERTIFICATE OF MAILING

Republic of Pennsylvania State     }
Subscribed and Affirmed       }
County of Delaware           }

I, *Sherry A. Fraser*, the undersigned mailer/server witness, being of sound mind and under no duress, do hereby certify, attest, and affirm that the following facts are true and correct, to wit:

1. That, on the 30ᵗʰ day to October, 2020, that on behalf of Claimants: :Tarani-Alike: Johnson:, a living woman, **TARANI A. JOHNSON** (also known as **TARANI ALIKE JOHNSON, A PRIVATE TRUST**) and **Tarani Alike Jonson Estate Living Trust (eTAJ3156US)**, an Inter Vivos Trust, I personally witnessed :Tarani-Alike: Johnson:, deposit the following documents (listed below) into the envelopes that were mailed to parties; respondents for **POWERS KIRN & ASSOCIATES LLC** located at 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania, 19053; respondents for **FOX ROTHSCHILD, LLP** located at 2000 Market Street, 20ᵗʰ Floor, Philadelphia Pennsylvania 19103; and respondents for **WELLS FARGO BANK, N.A.** located at 420 Montgomery Street, San Francisco, California via **FEDEX PRIORITY OVERNIGHT** delivery No.(s) 3984000946049, 398401054737, and 398401207120, respectively; and USPS Certified Mail Number(s): **7020 1290 0000 6327 2568, 720 1290 0000 6327,** and **7020 1290 0000 6327 2575** on October 30, 2020, respectively:

    <u>Document Title/Description</u>

       a) *NOTICE OF FAULT and OPPORTUNITY TO CURE*
       b) *AFFIDAVIT OF NON-RESPONSE and AFFIDAVIT OF NON-PERFORMANCE*
       c) *CONSTRUCTIVE NOTICE OF CONDITONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE*
       d) *True and Correct Copy of FOX ROTHSCHILD LLP's INSUFFICIENT RESPONSE*

2. That these documents were individually placed in their respective envelopes, sealed, and mailed to their individually respective addresses as sited above;

3. That I am at least 18 years of age;

4. That I am not related to any of the Claimant parties by blood, marriage, adoption, or employment, but serve as a "disinterested third party" (herein "Mailer/Server Witness").

5. That I am in no way connected to, or involved in or with, the person and/or matter at issue in this instant action.

I now affix my hand, signature, and official seal to these affirmations.

WITNESS my hand and official seal.

_____       10/30/2020
NOTARY PUBLIC: Sherry A. Fraser       DATE

My commission expires: *April 21, 2022*

Commonwealth of Pennsylvania - Notary Seal
SHERRY A. FRASER, Notary Public
Delaware County
My Commission Expires April 21, 2022
Commission Number 1313145

Gmail - FedEx Shipment 398401054737 Delivered

3/13/23, 7:29 AM

 Gmail

Tarani <taranij@gmail.com>

## FedEx Shipment 398401054737 Delivered

TrackingUpdates@fedex.com <TrackingUpdates@fedex.com>
Reply-To: trackingmail@fedex.com
To: taranij@gmail.com

Mon, Nov 2, 2020 at 11:32 AM

This tracking update has been requested by:

Name:        Johnson, tarani-alike
E-mail:      taranij@gmail.com

Our records indicate that the following shipment has been delivered:

Door Tag number:           DT105694339470
Ship date:                 Oct 30, 2020
Signed for by:             S.GONZALES
Delivery location:         Feasterville Trevose, PA
Delivered to:              Receptionist/Front Desk
Delivery date:             Mon, 11/2/2020 11:28 am
Service type:              FedEx Priority Overnight®
Packaging type:            Your Packaging
Number of pieces:          1
Weight:                    2.00 lb.
Special handling/Services  Deliver Weekday
                           No Signature Required
Standard transit:          11/2/2020 by 10:30 am

Tracking number:           398401054737

Shipper Information          Recipient Information
PHILADELPHIA                Feasterville Trevose
PA               PA
US               US

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated
at approximately 10:32 AM CST on 11/02/2020.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not
determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx

Gmail - FedEx Shipment 398400946049 Delivered                                                    3/13/23, 7:29 AM

 Gmail                                                    Tarani <taranij@gmail.com>

## FedEx Shipment 398400946049 Delivered

TrackingUpdates@fedex.com <TrackingUpdates@fedex.com>                    Mon, Nov 2, 2020 at 11:47 AM
Reply-To: trackingmail@fedex.com
To: taranij@gmail.com

This tracking update has been requested by:

Name:          johnson, tarani-alike
E-mail:        taranij@gmail.com

Our records indicate that the following  shipment has been delivered:

Ship date:                 Oct 30,  2020
Signed for by:             T.WILSON
Delivery location:         San Francisco,  CA
Delivered to:              Shipping/Receiving
Delivery date:             Mon,  11/2/2020 8:44 am
Service type:              FedEx  Priority Overnight®
Packaging type:            Your  Packaging
Number of pieces:          1
Weight:                    2.00  lb.
Special handling/Services          Deliver  Weekday
                           No Signature  Required
Standard transit:          11/2/2020  by 10:30 am

Tracking number:           398400946049

Shipper Information          Recipient Information
PHILADELPHIA                 San Francisco
PA                      CA
US                      US

Please do not respond to this message. This email was sent from an unattended  mailbox. This report was generated
at approximately 10:47 AM CST  on 11/02/2020.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery  displayed above. FedEx does not
determine money-back guarantee or  delay  claim requests based on the scheduled delivery. Please see the FedEx
Service Guide for terms  and

Gmail - FedEx Shipment 398401207120 Delivered

3/13/23, 7:29 AM

 Gmail

Tarani <taranij@gmail.com>

## FedEx Shipment 398401207120 Delivered

TrackingUpdates@fedex.com <TrackingUpdates@fedex.com>
Reply-To: trackingmail@fedex.com
To: taranij@gmail.com

Mon, Nov 2, 2020 at 9:36 AM

This tracking update has been requested by:

Name:          Johnson, tarani-allke
E-mail:         taranij@gmail.com

Our records indicate that the following shipment has been delivered:

Ship date:                    Oct 30, 2020
Signed for by:                A.ROSARIO
Delivery location:            Philadelphia, PA
Delivered to:                 Mailroom
Delivery date:                Mon, 11/2/2020 9:34 am
Service type:                 FedEx Priority Overnight®
Packaging type:               Your Packaging
Number of pieces:             1
Weight:                       2.00 lb.
Special handling/Services     Deliver Weekday
                              No Signature Required
Standard transit:             11/2/2020 by 10:30 am

Tracking number:              398401207120

Shipper Information           Recipient Information
PHILADELPHIA                  Philadelphia
PA                       PA
US                       US

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated
at approximately 8:36 AM CST on 11/02/2020.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not
determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx
Service Guide for terms and

## AFFIDAVIT OF NOTARY PRESENTMENT BY WITNESS OF MAILING
### CERTIFICATE OF MAILING

Republic of Pennsylvania State  }
Subscribed and Affirmed   }
County of Delaware     }

I, _Sherry A. Fraser_, the undersigned mailer/server witness, being of sound mind and under no duress, do hereby certify, attest, and affirm that the following facts are true and correct, to wit:

1. That, on the 16th day to November, 2020, that on behalf of Claimants: :Tarani-Alike: Johnson:, a living woman, TARANI A. JOHNSON (also known as TARANI ALIKE JOHNSON, A PRIVATE TRUST) and Tarani Alike Jonson Estate Living Trust (eTAJ3156US), an Inter Vivos Trust, I personally witnessed :Tarani-Alike: Johnson:, deposit the following documents (listed below) into the envelopes that were mailed to parties; respondents for POWERS KIRN & ASSOCIATES LLC located at 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania, 19053; respondents for FOX ROTHSCHILD, LLP located at 2000 Market Street, 20th Floor, Philadelphia Pennsylvania 19103; and respondents for WELLS FARGO BANK, N.A. located at 420 Montgomery Street, San Francisco, California via FEDEX PRIORITY OVERNIGHT delivery No.(s) 399007290388, 3990007148543, and 399007088544, respectively; and USPS Certified Mail Number(s): 7019 0700 6633 7874, 7019 0700 0000 6633 7881, and 7019 0700 00663 7898 on November 16, 2020, respectively:

  <u>Document Title/Description</u>
  a) *NOTICE OF DEFAULT and CONSENT TO JUDGMENT* ~With Attached~
  b) *ESTOPPEL BY ACQUIESCENCE* ~- Affidavit of Non-Response~
   ~- Affidavit of Non-Performance~
  c) *INVOICE NO. WFB2285-1* in the Amount of \$9,568,000.00.

2. That these documents were individually placed in their respective envelopes, sealed, and mailed to their individually respective addresses as sited above;

3. That I am at least 18 years of age;

4. That I am not related to any of the Claimant parties by blood, marriage, adoption, or employment, but serve as a "disinterested third party" (herein "Mailer/Server Witness").

5. That I am in no way connected to, or involved in or with, the person and/or matter at issue in this instant action.

I now affix my hand, signature, and official seal to these affirmations.

WITNESS my hand and official seal.

_Sherry A. Fraser_    11/16/2020
NOTARY PUBLIC: Sherry A. Fraser  DATE

My commission expires: _April 21, 2022_



Commonwealth of Pennsylvania - Notary Seal
SHERRY A. FRASER, Notary Public
Delaware County
My Commission Expires April 21, 2022
Commission Number 1083345

Gmail – FedEx Shipment 399007290388 Delivered                                                3/13/23, 7:30 AM

 Gmail                                                    Tarani <taranij@gmail.com>

## FedEx Shipment 399007290388 Delivered

**TrackingUpdates@fedex.com** <TrackingUpdates@fedex.com>          Tue, Nov 17, 2020 at 10:24 AM
Reply-To: trackingmail@fedex.com
To: taranij@gmail.com

This tracking update has been requested by:

Name:          Johnson, tarani-alike
E-mail:        taranij@gmail.com

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Ship date: | Nov 16, 2020 |
| Signed for by: | S.GONZALES |
| Delivery location: | FEASTERVILLE TREVOSE, PA |
| Delivered to: | Receptionist/Front Desk |
| Delivery date: | Tue, 11/17/2020 10:23 am |
| Service type: | FedEx Priority Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 3.00 lb. |
| Special handling/Services | Deliver Weekday |
| | Direct Signature Required |
| Standard transit: | 11/17/2020 by 10:30 am |
| Tracking number: | 399007290388 |

| Shipper Information | Recipient Information |
|---|---|
| PHILADELPHIA | FEASTERVILLE TREVOSE |
| PA | PA |
| US | US |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:24 AM CST on 11/17/2020.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and

https://mail.google.com/mail/u/1/?ik=65bc463ba1&view=pt&search=...=msg-f%3A1683621794154812974&simpl=msg-f%3A1683621794154812974          Page 1 of 2

3/13/23, 7:30 AM

 Gmail

Tarani <taranij@gmail.com>

## FedEx Shipment 399007148543 Delivered

**TrackingUpdates@fedex.com** <TrackingUpdates@fedex.com>
Reply-To: trackingmail@fedex.com
To: taranij@gmail.com

Tue, Nov 17, 2020 at 10:16 AM

This tracking update has been requested by:

Name:          Johnson, tarani-alike
E-mail:        taranij@gmail.com

Our records indicate that the following shipment has been delivered:

Ship date:                Nov 16, 2020
Signed for by:            T.HARTMAN
Delivery location:        PHILADELPHIA, PA
Delivered to:             Mailroom
Delivery date:            Tue, 11/17/2020 10:14 am
Service type:             FedEx Priority Overnight®
Packaging type:           FedEx® Envelope
Number of pieces:         1
Weight:                   3.00 lb.
Special handling/Services    Deliver Weekday
                          Direct Signature Required
Standard transit:            11/17/2020 by 10:30 am

Tracking number:          399007148543

Shipper Information          Recipient Information
PHILADELPHIA                 PHILADELPHIA
PA               PA
US               US

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:16 AM CST on 11/17/2020.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and

Gmail - FedEx Shipment 399007088544 Delivered                                                                    3/13/23, 7:31 AM

 Gmail                                                              Tarani <taranij@gmail.com>

## FedEx Shipment 399007088544 Delivered

**TrackingUpdates@fedex.com** <TrackingUpdates@fedex.com>                   Tue, Nov 17, 2020 at 11:43 AM
Reply-To: trackingmail@fedex.com
To: taranij@gmail.com

This tracking update has been requested by:

Name:          johnson, tarani-alike
E-mail:        taranij@gmail.com

Our records indicate that the following shipment has been delivered:

Ship date:                  Nov 16,  2020
Signed for by:              T.WILSON
Delivery location:           San Francisco, CA
Delivered to:               Shipping/Receiving
Delivery date:              Tue, 11/17/2020 8:38 am
Service type:               FedEx  Standard Overnight®
Packaging type:             FedEx® Pak
Number of pieces:           1
Weight:                     3.00  lb.
Special handling/Services        Deliver  Weekday
                            Direct Signature Required
Standard transit:           11/17/2020  by 4:30 pm

Tracking number:            399007088544

Shipper Information         Recipient Information
PHILADELPHIA                San Francisco
PA               CA
US               US

Please do not respond to this message. This email was sent from an unattended  mailbox. This report was generated
at approximately 10:43 AM  CST  on 11/17/2020.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery  displayed above. FedEx does not
determine money-back guarantee or  delay  claim requests based on the scheduled delivery. Please see the FedEx
Service Guide for terms  and

## AFFIDAVIT OF NOTARY PRESENTMENT BY WITNESS OF MAILING
## CERTIFICATE OF MAILING

Republic of Pennsylvania State    }
Subscribed and Affirmed    }
County of Delaware    }

I, Sherry A. Fraser, the undersigned mailer/server witness, being of sound mind and under no duress, do hereby certify, attest, and affirm that the following facts are true and correct, to wit:

1. That, on the 25th day to November, 2020, that on behalf of Claimants: :Tarani-Alike: Johnson:, a living woman, TARANI A. JOHNSON (also known as TARANI ALIKE JOHNSON, A PRIVATE TRUST) and Tarani Alike Jonson Estate Living Trust (eTAJ3156US), an Inter Vivos Trust, I personally witnessed :Tarani-Alike: Johnson:, deposit the following documents (listed below) into the envelopes that were mailed to parties; respondents for POWERS KIRN & ASSOCIATES LLC located at 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania, 19053; respondents for FOX ROTHSCHILD, LLP located at 2000 Market Street, 20th Floor, Philadelphia Pennsylvania 19103; and respondents for WELLS FARGO BANK, N.A. located at 420 Montgomery Street, San Francisco, California via USPS Certified Mail Number(s): 7019 0700 6633 7966, 7019 0700 0000 6633 7973, and 7019 0700 00663 7980 on November 25, 2020, respectively:

   ### Document Title/Description
      a) NOTICE OF DEFAULT and CONSENT TO JUDGMENT Amended - Corrected

2. That these documents were individually placed in their respective envelopes, sealed, and mailed to their individually respective addresses as sited above;

3. That I am at least 18 years of age;

4. That I am not related to any of the Claimant parties by blood, marriage, adoption, or employment, but serve as a "disinterested third party" (herein "Mailer/Server Witness").

5. That I am in no way connected to, or involved in or with, the person and/or matter at issue in this instant action.

I now affix my hand, signature, and official seal to these affirmations.

WITNESS my hand and official seal.

_____   . 11/25/2020
NOTARY PUBLIC: Sherry A. Fraser      DATE

My commission expires: April 21, 2022



Commonwealth of Pennsylvania - Notary Seal
SHERRY A. FRASER, Notary Public
Delaware County
My Commission Expires April 21, 2022
Commission Number 1032349





November 25, 2020

**Claimant**
:Tarani-Alike: Johnson:, a living woman; American Freewoman
Private Civilian of the United States of America; American National
*but not a Citizen of the United States*
In care: 2285 Bryn Mawr Avenue
Philadelphia [19131] Pennsylvania

[:"Respondents":]
Harry Burnett Reese, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

All Agents for POWERS KIRN & ASSOCIATES LLC at Feasterville Trevose, Pennsylvania, and/or Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

Martha B. Chovanes, Acting as MARTHA B. CHOVANES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

All Agents for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Charles W. Scharf, Acting as CHARLES W. SCHARF, CHIEF EXECUTIVE OFFICER, PRESIDENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

All Agents for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

RE:    Private Case Number: RE 327 506 200 US

## CLAIM [:"AFFIDAVIT":] OF TRUTH

I, a woman commonly known as :Tarani-Alike: Johnson:, Claimant, certify that I have read the following and do know that the facts contained are true, correct and complete, not misleading, the truth, the whole truth and nothing but the truth.

This Claim [:"Affidavit":] of Truth pertains to an Agreement met between the parties for the consent to judgment against [:"Respondents":] and the settlement, closure, and dismissal of All Matters, including but not limited to outstanding past claims, present claims, and future claims against me, Claimant :Tarani-Alike: Johnson:, in regards to Any and All accounts relating to, but not limited to:

WORLD SAVINGS BANK, FSB, Mortgage Number 0045821642, also known as WORLD SAVINGS REMIC 33, also known as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), also known as WACHOVIA BANK, N.A., also known as WACHOVIA MORTGAGE, also known as WACHOVIA MORTGAGE CORPORATION, Mortgage Number 4831607, also known as WELLS FARGO BANK, N.A., also known as WELLS FARGO MORTGAGE, also known as Civil Action Case No. 100401188 [2010] COURT OF COMMON PLEAS PHILADELPHIA COUNTY COMMONWEALTH OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 12-20451-MDC [2012] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 7 BANKRUPTCY Case No. 12-20451-MDC [2013] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Chapter 13 BANKRUPTCY Case No. 18-17342-MDC [2018] UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA, also known as Appeal Case No. 19 CV 3620 UNITED STATES DISTRICT COURT FOR THE EASTERN OF PENNSYLVANIA in the amount of Eight Hundred Sixteen Thousand Eight Hundred Ninety-Seven DOLLARS and Eighty Six CENTS (816,897.86). Original Amount of Three Hundred Ninety-Two Thousand DOLLARS and Zero CENTS (392,000.00US).

1.    On or about October 15, 2020 at 5:10 p.m., [:"Respondents":] of POWERS KIRN & ASSOCIATES LLC received a true and correct copy of **Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule; Private**

Case Number: RE 327 506 200 US dated September 29, 2020, by USPS Certified Mail No. 7017 3380 0000 9203 2296 from the Claimant for [:"Respondents":] attention; AND

2.    On or about October 6, 2020 at 1:04 p.m., [:"Respondents":] of FOX ROTHSCHILD, LLP received a true and correct copy of **Constructive Notice of Commercial Acceptance with Commercial Affidavit and Fee Schedule**; Private Case Number: RE 327 506 200 US dated September 29, 2020, by USPS Certified Mail No. 7017 3380 0000 9203 2302 from the Claimant for [:"Respondents":] attention; AND

3.    [:"Respondents":] of FOX ROTHSCHILD, LLP has agreed to accept notice for and respond on behalf of [:"Respondents":] WELLS FARGO BANK, N. A. by way of written expressed notice as a response dated October 19, 2020 that "[:"Respondents":]" of FOX ROTHSCHILD, LLP is representing "[:"Respondents":]" of WELLS FARGO BANK, N.A.; AND

4.    As of the 26th day of October, 2020, [:"Respondents":] have not sufficiently responded to the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE**; Private Case Number: RE 327 506 200 US dated September 29, 2020; AND

5.    On or about November 2, 2020 at 11:28 a.m., [:"Respondents":] of POWERS KIRN & ASSOCIATES LLC received via FEDEX PRIORITY OVERNIGHT NO. 398401054737; signed for by "S. Gonzales" at the "Receptionist/Front Desk", and via Certified Mail U.S. Postal Service NO. 7020 1290 0000 6327 2568 on or about November 2, 2020 at 11:16 a.m., a true and correct copy of the Notice of Fault Opportunity to Cure; Re: Private Case Number: RE 327 506 200 US along with the following additional Enclosures were sent as a reminder and second chance to sufficiently respond and/or sufficiently perform to cure their dishonor :
a) Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule; Private Case Number: RE 327 506 200 US dated September 29, 2020 (original sent by USPS Certified Mail No. 7017 3380 0000 9203 2296), b) Proof of Delivery for the above stated document from U.S. Postal Service, c) Affidavit of Non-Performance, d) Affidavit of Non- Response; and e) Fox Rothschild LLP Insufficient Response from the Claimant for [:"Respondents":] attention; AND

6.    On or about November 2, 2020 at 8:44 a.m., [:"Respondents":] of WELLS FARGO BANK N.A. received via FEDEX PRIORITY OVERNIGHT NO. 398400946049; signed for by "T. Wilson" of the "Shipping/Receiving" department, and via Certified Mail U.S. Postal Service NO. 7020 1290 0000 6327 2582 on or about November 2, 2020 at 9:47 a.m., a true and correct copy of the Notice of Fault Opportunity to Cure; Re: Private Case Number: RE 327 506 200 US along with the following additional Enclosures:
a) Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule; Private Case Number: RE 327 506 200 US dated September 29, 2020 (original sent by USPS Certified Mail No. 7017 3380 0000 9203 2302), b) Proof of Delivery for the Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule from U.S. Postal Service, c) Affidavit of Non-Performance, d) Affidavit of Non- Response; and, e) Fox Rothschild LLP Insufficient Response from the Claimant for [:"Respondents":] attention; AND

7.    On or about November 2, 2020 at 9:34 a.m., [:"Respondents":] of FOX ROTHSCHILD LLP. received via FEDEX PRIORITY OVERNIGHT NO. 398401207120; signed for by "A. Rosario" of the "Mailroom", and via Certified Mail U.S. Postal Service NO. 7020 1290 0000 6327 2582 on or about November 2, 2020 at 2:19 p.m., a true and correct copy of the Notice of Fault Opportunity to Cure; Re: Private Case Number: RE 327 506 200 US along with the following additional Enclosures: a) Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule; Private Case Number: RE 327 506 200 US dated September 29, 2020 (original sent by USPS Certified Mail No. 7017 3380 0000 9203 2302), b) Proof of Delivery for the Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule from U.S. Postal Service, c) Affidavit of Non-Performance, d) Affidavit of Non- Response; and e) Fox Rothschild LLP Insufficient Response from the Claimant for [:"Respondents":] attention; AND

8.    As of today's date, the 25th day of November, 2020, A.D., ALL [:"Respondents":] have failed to sufficiently respond to the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE**; Private Case Number: RE 327 506 200 US dated September 29, 2020, and the **NOTICE OF FAULT AND OPPORTUNITY TO CURE** dated October 26, 2020; AND

9.    ALL [:"Respondents":], Agents, Successors, and/or Agents, Successors, and/or Assigns, Jointly, Severely, Corporately, and Personally are at Fault in this matter; AND

10.    As an operation of law, [:"Respondents":] by dishonor of the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE**; Private Case Number: RE 327 506 200 US dated September 29, 2020, the **NOTICE OF FAULT AND OPPORTUNITY TO CURE** dated October 26, 2020, have

created a FAULT and have been hereby notified by written via the **NOTICE OF [:"DE":]FAULT and CONSENT TO JUDGMENT** dated November 25th, 2020.

11. As an Operation of Law, All [:"Respondents":]are bound and subject to the Agreement between the parties through acceptance of and tacit procurement of the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE, NOTICE OF DEFAULT and OPPORTUNITY TO CURE, AFFIDAVIT OF NON-RESPONSE and AFFIDAVIT OF NON-PERFORMANCE** documents both dated October 26, 2020 and November 10, 2020, and **NOTICE OF [:"DE":]FAULT and CONSENT TO JUDGMENT**, referenced herein as **Private Case Number RE 327 506 200 US.**

12. All [:"Respondents":] maintain an outstanding judgment of Obligation for Payment, payable to me, Claimant, :Tarani-Alike: Johnson: in accordance with **Private Case Number RE 327 506 200 US** in the judgment amount of **Nine-million Five-hundred Sixty-Eight Thousand DOLLARS and Zero CENTS ($9,568,000.00).**

13. All [:"Respondents":]have failed to pay the above agreed upon outstanding judgment amount due and owing to me, Claimant despite repeated demands for payment

14. All [:"Respondents":] have agreed that they **do not have a valid claim** against me, Claimant, :Tarani-Alike: Johnson:, a living woman; American Freewoman, Private Civilian of the United States of America; American National, *but not a Citizen of the United States*, Authorized Agent, and Sole Beneficiary of the trust known as TARANI A. JOHNSON also known as Tarani Alike Johnson ™ ©, Federal Trademark # 88859594 also known as TARANI ALIKE JOHNSON nor against the Collateral Property known as 2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131] therefore having no past, present or future claims against me, Claimant; and

15. All [:"Respondents":] have consented to a **Zero Balance Judgment** against Claimant and a **Zero Balance Claim** against the Collateral Property known as 2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131] therefore having no past, present or future claim against me, the Claimant, leaving me, :Tarani-Alike: Johnson:, a living woman and Authorized Agent and Sole Beneficiary for TARANI ALIKE JOHNSON, A PRIVATE TRUST unencumbered, resulting in full and complete settlement, past, present and future between All parties.; and

16. All [:"Respondents":] have granted me, Claimant specific Power of Attorney to sign any and All documents deemed necessary to mark the Alleged account to a zero balance, remove any outstanding judgments, cancel lien against collateral, re-convey title, and cancel the trust which holds the Alleged mortgage, **signed by me, Claimant on behalf of All [:"Respondents":].**

17. All [:"Respondents":]have granted **Judgment for Theft** against ALL [:"Respondents":], jointly, severally, corporately and personally, in my favor; Claimant's favor; and have awarded me, Claimant [:"Plaintiff":] and Real Party in Interest compensatory damages in the amount of One-million DOLLARS and Zero CENTS ($1,000,000.00US) for the unreturned tender of payment that was issued to [:"Respondents":] on or about April 12, 2018, and an additional amount of One-million DOLLARS and Zero CENTS ($1,000,000.00US) for the unreturned tender of payment that was issued to [:"Respondents":] on or about April 27, 2018; for a sum total of Two-million DOLLARS and Zero CENTS ($2,000,000.00US) in compensatory damages, plus costs and interest.

18. An Agreement between All [:"Respondents":] and I, Claimant were reached, granting **Judgment for Fraudulent Misrepresentation and Unjust Enrichment** against ALL [:"Respondents":], jointly, severally, corporately and personally, in my favor; Claimant's favor; and award me; Claimant, treble-damages for antitrust violations in the amount of Six-million DOLLARS and Zero CENTS ($6,000,000.00US) in Punitive Damages, plus costs and interest.

19. An Agreement between All [:"Respondents":] and I, the Claimant were reached to enforce the Clayton Antitrust Act of 1914 and to grant judgment to me, Claimant [:"Plaintiff":] for the fraudulent conveyance of language and conspiracy to commit fraudulent conveyance of language for Defendant's own profit by unlawfully demanding Three-hundred Ninety-two Thousand DOLLARS and Zero CENTS ($392,000.00US) or by taking Claimant's collateral property described within; and award me, Claimant treble-damages for antitrust violations in the amount of One-million Five-hundred Sixty-Eight DOLLARS and Zero CENTS ($1,568,000.00) in punitive damages, plus costs and interest.

20. All [:"Respondents":] consented to a commercial lien against All [:"Respondents":] personal assets including but not limited to All real property, All personal property (excluding wedding photos and rings), All [:"Respondent's":] Errors and Omissions Insurance Policy, All [:"Respondent's":] Liability Insurance Policy, All [:"Respondents":] Public Bond; and

21. All [:"Respondents":] have consented to garnishments of Wages, Fees, Commissions, Bank Accounts, and Retirement Accounts; and

22.  All [:"Respondents":] have consented to interest charges and adjustments until full balance is paid; and

23.  All [:"Respondents":] have consented to an adjusted balance to be paid to me, Claimant in the amount totaling Nine-million Five-hundred Sixty-Eight Thousand DOLLARS and Zero CENTS ($9,568,000.00).

24.  Pursuant to the agreement between the parties, and the consent to judgment granted to me, Claimant by and for All [:"Respondents":] and the authority vested in me, the Claimant, as appointed Power-of-Attorney by and for All [:"Respondents":] as outlined in the Private Case Number RE 327 506 200 US, I hereby exercise my authority to consent to judgment against All [:"Respondents":].

25.  This failure to respond, and now [:"De":]fault, is as an operation of law, [:"Respondent's":] Final admission and agreement to All statements and claims made by Claimant through *tacit procuration* pertaining to the CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE; Private Case Number: RE 327 506 200 US dated September 29, 2020, and the NOTICE OF FAULT AND OPPORTUNITY TO CURE dated October 26, 2020 executed by :Tarani-Alike: Johnson, the entire whole matter is *res judicata* and *stare decisis* and [:"Respondents":] are hereby estopped from proceeding in any actions, matters, court cases, and collections against Claimant or Claimants property due to [:"Respondents":] failure to respond.

In Witness Whereof, I hereunto set my hand and seal on this 25th day of November, 2020 and hereby certify All the statements made above are true, correct and complete.

By: _____

:Tarani-Alike: Johnson:, American Freewoman
Private Civilian of the United States of America; American National
but not a Citizen of the United States
Private Civilian of the Commonwealth of Pennsylvania
Special and Private Inhabitant, domiciled in Philadelphia County
All Rights Reserved Without Prejudice

November 25, 2020

---

**Verification and Acknowledgement**

United States of America          )
Commonwealth of Pennsylvania      )     s. n.
Philadelphia County               )

Subscribed and sworn (or affirmed) before me on this 25th day of November, 2020.

By :   :Tarani-Alike: Johnson:

Personally known to me.

Witness 1
_____
_____
_____
(name and address of witness)

Witness 2
_____
_____
_____
(name and address of witness)

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Commonwealth of Pennsylvania
County of Delaware

Subscribed and sworn to (or affirmed) before me on this 25th day of November, 2020 by
:Tarani-Alike: Johnson:_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS my hand and official seal.

_Sherry A Fraser_
Notary Public for the Commonwealth of Pennsylvania

My commission expires: April 21, 2022

Commonwealth of Pennsylvania - Notary Seal
SHERRY A. FRASER, Notary Public
Delaware County
My Commission Expires April 21, 2022
Commission Number 1093345



REC'D OCT 2 6 2023

# EVIDENCE

## ATTACHMENT

## A

 

## NOTICE OF FAULT and OPPORTUNITY TO CURE

**Notice to Agent is Notice to Principal**
**Notice to Principal is Notice to Agent**

**Claimant**
**:Tarani-Alike: Johnson:,** a living woman; American Freewoman
Private Citizen of the United States of America; American National
Authorized Agent, and Sole Beneficiary of the trust known as
**TARANI A. JOHNSON** also known as
**Tarani Alike Johnson ™ ©, Federal Trademark # 88859594**
also known as    **TARANI ALIKE JOHNSON, A PRIVATE TRUST**
and **Tarani Alike Johnson Estate Living Trust (eTAJ156US)**
in care of:   :Tarani-Alike: Johnson:
2285 Bryn Mawr Avenue
Philadelphia [19131] Pennsylvania

RE:    Private Case Number: RE 327 506 200 US
Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule dated
September 29, 2020, executed by :Tarani-Alike: Johnson:, sent to RESPONDENTS on September 30, 2020
via USPS Certified Mail Receipt No.(s) 7017 3380 0000 9203 2296, 7017 3380 0000 9203 2302, and
**7017 3380 0000 9203 2319**

October 26, 2020

**Respondents:**

**Harry Burnett Reese,** Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO
BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville
Trevose, Pennsylvania [19053]; and

**Harry B. Reese,** Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or
Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania
[19053]; and

**Jill Manuel-Coughlin,** Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO
BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville
Trevose, Pennsylvania [19053]; and

**Sarah E. Powers,** Acting as SARAH E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A.,
and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose,
Pennsylvania [19053]; and

**William M.E. Powers, III,** Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO
BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville
Trevose, Pennsylvania [19053]; and

Edward W. Kirn, III, Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

Sarah K. McCaffery, Acting as SARAH K. MCCAFFERY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

Jolanta M. Pekalska, Acting as JOLANTA M. PEKALSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

Matthew James Mcdonnell, Acting as MATTHEW JAMES MCDONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

ALL AGENTS for POWERS KIRN & ASSOCIATES LLC at Feasterville Trevose, Pennsylvania, and/or Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

Harry Burnett Reese, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Harry B. Reese, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Angela C Pattison, Acting as ANGELA C PATTISON ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Edward Kirn, Acting as EDWARD KIRN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Edward W. Kirn, III, Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Frances M Kelly, Acting as FRANCES M KELLY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Jeanette Jacqueline O'Donnell, Acting as JEANETTE JACQUELINE O'DONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Jill Manuel-Coughlin, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Mathew James Forrester, Acting as MATHEW JAMES FORRESTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Sarah Ellis Powers, Acting as SARAH ELLIS POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Sarah Powers, Acting as SARAH POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

William Me Shah, Acting as WILLIAM ME SHAH ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

William M.E. Powers, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

William M.E. Powers, Jr., Acting as WILLIAM M.E. POWERS, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

William M.E. Powers, III, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

William Powers, Acting as WILLIAM POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

ALL AGENTS for POWERS KIRN & ASSOCIATES LLC at Moorestown, New Jersey, and/or Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

Prince Altee Thomas, Acting as PRINCE ALTEE THOMAS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Gerald W. Arth, Acting as GERALD E. ARTH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jerald David August, Acting as JERALD DAVID AUGUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Scott M. Badami, Acting as SCOTT M. BADAMI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ahmed Bahgat, Acting as AHMED BAHGAT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Catherine T. Barbieri, Acting as CATHERINE T. BARBIERI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Alexis Barron, Acting as ALEXIS BARRON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael J. Bassett, Acting as MICHAEL J. BASSETT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Notice of Fault and Opportunity to Cure
Private Case Number: RE 327 506 200 US

Herbert Bass, Acting as HERBERT BASS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ryant T. Becker, Acting as RYAN T. BECKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brian A. Berkley, Acting as BRIAN A. BERKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brett A. Berman, Acting as BRETT A. BERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael S. Bookbinder, Acting as MICHAEL S. BOOKBINDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Nathan M. Buchter, Acting as NATHAN M. BUCHTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Peter C. Buckley, Acting as PETER C. BUCKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Maura L. Burke, Acting as MAURA L. BURKE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Kristina Neff Burland, Acting as KRISTINA NEFF BURLAND ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jacqueline M. Carolan, Acting as JACQUELINE M. CAROLAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Frank T. Carroll, Acting as FRANK T. CARROLL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Martha B. Chovanes, Acting as MARTHA B. CHOVANES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Stephen M. Cohen, Acting as STEPHEN M. COHEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David H. Colvin, Acting as DAVID H. COLVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ian M. Comisky**, Acting as IAN M. COMISKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew S. Console**, Acting as ANDREW S. CONSOLE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Siana Danch**, Acting as SIANA DANCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**E. Gerald Donnelly, Jr.**, Acting as E. GERALD DONNELLY, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David A. Doty**, Acting as DAVID A. DOTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jean A. Durling**, Acting as JEAN A. DURLING ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Patrick J. Egan**, Acting as PATRICK J. EGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael Eidel**, Acting as MICHAEL EIDEL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew S. Esler**, Acting as ANDREW S. ESLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Tristram R. Fall, III**, Acting as TRISTRAM R. FALL, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Craig L. Finger**, Acting as CRAIG L. FINGER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Barbara R. Flacker**, Acting as BARBARA R. FLACKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Howard R. Flaxman**, Acting as HOWARD R. FLAXMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John Cornell Fuller**, Acting as JOHN CORNELL FULLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Eleanor Vaida Gerhards**, Acting as ELEANOR VAIDA GERHARDS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David M. Giles**, Acting as DAVID M. GILES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward Gillespie**, Acting as EDWARD GILLESPIE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John L. Grossman**, Acting as JOHN L. GROSSMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Debra L. Gruenstein**, Acting as DEBRA L. GRUENSTEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robert W. Gundlach Jr.**, Acting as ROBERT W. GUNDLACH JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Johns J. Haggerty**, Acting as JOHN J. HAGGERTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jesse M. Harris**, Acting as JESSE M. HARRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Dylan T. Hastings**, Acting as DYLAN T. HASTINGS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gerald M. Hatfield**, Acting as GERALD M. HATFIELD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward J. Hayes**, Acting as EDWARD J. HAYES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gary A. Hecht**, Acting as GARY A. HECHT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gabriel B. Herman**, Acting as GABRIEL B. HERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Philip L. Hinerman**, Acting as PHILIP L. HINERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kelley B. Hodge,** Acting as KELLEY B. HODGE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Joshua Horn,** Acting as JOSHUA HORN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Nathan Huddel,** Acting as NATHAN HUDDELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Theodore H. Jobes,** Acting as THEODORE H. JOBES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward J. Kabala,** Acting as EDWARD J. KABALA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Odia Kagan,** Acting as ODIA KAGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen H. Kalis,** Acting as STEPHEN H. KALIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jessica Labella Kitain,** Acting as JESSICA LABELLA KITAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gregory J. Kleiber,** Acting as GREGORY J. KLEIBER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Kornacki,** Acting as MICHAEL J. KORNACKI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Lisa B. Lane,** Acting as LISA B. LANE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mathew D. Lee,** Acting as MATTHEW D. LEE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Holly Lentz Kleeman,** Acting as HOLLY LENTZ KLEEMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Leonard,** Acting as MICHAEL J. LEONARD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Olufunke O. Leroy,** Acting as OLUFUNKE O. LEROY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jane E. Lessner,** Acting as JANE E. LESSNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian J. Levin,** Acting as BRIAN J. LEVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Matthew A. Levitsky,** Acting as MATTHEW A. LEVITSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sidney S. Liebesman,** Acting as SIDNEY S. LIEBESMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Steven K. Ludwig,** Acting as STEVEN K. LUDWIG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew M. Macdonald,** Acting as ANDREW M. MACDONALD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jason C. Manfrey,** Acting as JASON C. MANFREY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robin B. Matlin,** Acting as ROBIN B. MATLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**James A. Matthews III,** Acting as JAMES A. MATTHEWS III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark G. McCreary,** Acting as MARK G. MCCREARY, CIPP/US ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian McGinnis,** Acting as BRIAN MCGINNIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Lauren P. McKenna,** Acting as LAUREN P. MCKENNA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ian D. Meklinsky,** Acting as IAN D. MEKLINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael G. Menkowitz**, Acting as MICHAEL G. MENKOWITZ ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ryan North Miller**, Acting as RYAN NORTH MILLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sarah K. Minteer**, Acting as SARAH K. MINTEER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Catherine M. Monte**, Acting as CATHERINE M. MONTE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark L. Morris**, Acting as MARK L. MORRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sanford K. Mozes**, Acting as SANFORD K. MOZES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Carrie B. Nase-Poust**, Acting as CARRIE B. NASE-POUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Marc E. Needles**, Acting as MARC E. NEEDLES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ramon R. Obod**, Acting as RAMON R. OBOD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jay G. Ochroch**, Acting as JAY G. OCHROCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Christopher D. Olszyk, Jr.**, Acting as CHRISTOPHER D. OLSZYK, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian J. O'Neill**, Acting as BRIAN J. O'NEILL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Thomas D. Paradise**, Acting as THOMAS D. PARADISE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Joseph F. Posillico**, Acting as JOSEPH F. POSILLICO ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David S. Rasner, Acting as DAVID S. RASNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Eric E. Reed, Acting as ERIC E. REED ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Abraham C. Reich, Acting as ABRAHAM C. REICH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Dan Reiter, Acting as DAN REITER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Stephanie Resnick, Acting as STEPHANIE RESNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Kristen Poetzel Ricci, Acting as KRISTEN POETZEL RICCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael Rinehart, Acting as MICHAEL RINEHART ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Bradley S. Rodos, Acting as BRADLEY S. RODOS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michelle S. Rosenberg, Acting as MICHELLE S. ROSENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Barnett Satinsky, Acting as BARNETT SATINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Magdalena Schardt, Acting as MAGDALENA SCHARDT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Kevin B. Scott, Acting as KEVIN B. SCOTT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jacqueline G. Segal, Acting as JACQUELINE G. SEGAL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ronald J. Shaffer, Acting as RONALD J. SHAFFER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark L. Silow,** Acting as MARK L. SILOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Nevena Simidjiuska,** Acting as NEVENA SIMIDJIUSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David B. Snyder,** Acting as DAVID B. SNYDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David S. Sokolow,** Acting as DAVID S. SOKOLOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Shelly A. Solomon,** Acting as SHELLY A. SOLOMON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**William H. Stassen,** Acting as WILLIAM H. STASSEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Trisha B. Stein,** Acting as TRISHA B. STEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Paul Straub,** Acting as PAUL STRAUB ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John J. Stubbs,** Acting as JOHN J. STUBBS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Julia Swain,** Acting as JULIA SWAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael L. Temin,** Acting as MICHAEL L. TEMIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robert S. Tintner,** Acting as ROBERT S. TINTNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Craig R. Tractenberg,** Acting as CRAIG R. TRACTENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Peter J. Tucci,** Acting as PETER J. TUCCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael K. Twersky**, Acting as MICHAEL K. TWERSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Scott L. Vernick**, Acting as SCOTT L. VERNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Viscount, Jr.**, Acting as MICHAEL J. VISCOUNT, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Marvin L. Weinberg**, Acting as MARVIN L. WEINBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Beth L. Weisser**, Acting as BETH L. WEISSER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen P. Weiss**, Acting as STEPHEN P. WEISS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gregory B. Williams**, Acting as GREGORY B. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ronald L. Williams**, Acting as RONALD L. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Adam R. Young**, Acting as ADAM R. YOUNG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 999 Peachtree Street NE, Suite 1500, Atlanta Georgia [30309]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 1301 Atlantic Avenue Midtown Building, Suite 400, Atlantic City, New Jersey [08401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 10 Sentry Parkway, Suite 200, Post Office Box 3001, Blue Bell, Pennsylvania [19422]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of YS AT LAW, and/or Assigns, In care of 101 N. Tryon Street, Suite 1300, Charlotte, North Carolina [28246]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 321 North Clark Street, Suite 1600, Chicago, Illinois [60654]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2501 North Harwood Street, Suite 1800, Dallas, Texas [75201]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1225 17th Street, Suite 2200, Denver, Colorado [80202]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 747 Constitution Drive, Suite 100, Post Office Box 673, Exton, Pennsylvania [19341]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 230 North Elm Street, Suite 1200, Greensboro, North Carolina [27401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2 West Washington Street, Suite 110, Greenville, South Carolina [29601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Summerlin Office Building, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada [89135]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 10250 Constellation Boulevard, Suite 900, Los Angeles, California [ 90067]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Biscayne Tower, 2 South Biscayne Boulevard, Suite 2750, Miami, Florida [33131]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Campbell Mithun Tower, 222 South Ninth Street, Suite 2000, Minneapolis Minnesota [55402]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 49 Market Street, Morristown, New Jersey [07960]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 101 Park Avenue, 17th Floor, New York, New York [10178]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of BNY Mellon Center, 500 Grant Street, Suite 2500, Pittsburgh Pennsylvania [15219]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Princeton Pike Corporate Center 997 Lenox Drive, Lawrenceville, New Jersey [08648]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 434 Fayetteville Street, Suite 2800, Raleigh, North Carolina [27601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1001 Fourth Avenue, Suite 4500, Seattle Washington, [98154]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 8300 Greensboro Drive, Suite 1000, Tysons Virginia, [22102]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2700 Kelly Road, Suite 300, Warrington, Pennsylvania [18976]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1030 15th Street North West, Suite 380 East, Washington, District of Columbia [20005]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 777 South 1700 West Tower, West Palm Beach, Florida [33401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 919 North Market Street, Suite 300, Post Office Box 2323, Wilmington, Delaware [19899]; and

**Charles W. Scharf**, Acting as CHARLES W. SCHARF, CHIEF EXECUTIVE OFFICER, PRESIDENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Scott E. Powell**, Acting as SCOTT E. POWELL, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF OPERATING OFFICE, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**John R. Shrewsberry**, Acting as JOHN R. SHREWSBERRY, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Muneera S. Carr**, Acting as MUNEERA S. CARR, EVP, CHIEF ACCOUNTING OFFICER, CONTROLLER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**William M. Daley**, Acting as WILLIAM M. DALEY, VICE CHAIRMAN OF PUBLIC AFFAIRS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Derek A. Flowers**, Acting as DEREK A. FLOWERS, SENIOR EVP, HEAD OF STRATEGIC EXECUTION and OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]: and

**David C. Gallorees**, Acting as DAVID C. GALLOREES, SENIOR EVP, HEAD OF HUMAN RESOURCES, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Mary T. Mack**, Acting as MARY T. MACK, SENIOR EVP, CEO OF CONSUMER & SMALL BUSINESS BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Amanda G. Norton**, Acting as AMANDA G. NORTON, SENIOR EVP, CHIEF RISK OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Lester J. Owens**, Acting as LESTER J. OWENS, SENIOR EVP, HEAD OF OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104];and

**Ellen R. Patterson**, Acting as ELLEN R. PATTERSON, SENIOR EVP, GENERAL COUNSEL, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Perry G. Pelos**, Acting as PERRY G. PELOS, SENIOR EVP, CEO OF COMMERCIAL BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Scott E. Powell**, Acting as SCOTT E. POWELL, SENIOR EVP, CHIEF OPERATING OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Julie L. Scammahorn**, Acting as JULIE L. SCAMMAHORN, ACTING AS JULIE L. SCAMMAHORN, SENIOR EVP, CHIEF AUDITOR, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Barry Sommers**, Acting as BARRY SOMMERS, SENIOR EVP, CEO OF WEALTH & INVESTMENT MANAGEMENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Saul Van Beurden**, Acting as SAUL VAN BEURDEN, SENIOR EVP, HEAD OF TECHNOLOGY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Michael S. Weinbach**, Acting as MICHAEL S. WEINBACH, SENIOR EVP, CEO OF CONSUMER LENDING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Jonathan G. Weiss**, Acting as JONATHAN G. WEISS, SENIOR EVP, CEO OF CORPORATE & INVESTMENT BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

ALL AGENTS for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

EQUIFAX CORPORATION; AND

EXPERIAN CORPORATION; AND

TRANSUNION CORPORATION; AND

JOHN OR JANE DOES 1-50;

JOINTLY AND SEVERALLY, CORPORATELY AND PERSONALLY;

In care of:
**Harry Burnett Reese**, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053] – Sent via USPS Certified Mail Receipt No. 7020 1290 0000 6327 2568

**Martha B. Chovanes**, Acting as MARTHA B. CHOVANES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103] – Sent via USPS Certified Mail Receipt No. 7020 1290 0000 6327 2575

**John R. Shrewsberry**, Acting as JOHN R. SHREWSBERRY, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104] Sent via USPS Certified Mail Receipt No. 7020 1290 0000 6327 2582

Claimant Hereby Gives The Following Trust Directive Regarding The Delivery Of This Said Notice:

Harry Burnett Reese, and/or Agents, Assigns, and/or Successors, are charged with delivering a true copy to ALL RESPONDENTs of POWERS KIRN & ASSOCIATES LLC; and

Martha B. Chovanes, and/or Agents, Assigns, and/or Successors are charged with delivering a true copy to ALL RESPONDENTS FOX ROTHCHILD, LLP ATTORNEYS AT LAW, and a true copy to ALL RESPONDENTS of WELLS FARGO BANK, N.A.
(as so requested by notice of expressed representation in response dated October 19th 2020)

# STATEMENT OF FACTS

1. On or about October 15, 2020 at 5:10 p.m., "RESPONDENTS" of POWERS KIRN & ASSOCIATES LLC received a true and correct copy of **Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule**; Private Case Number: RE 327 506 200 US dated September 29, 2020, by USPS Certified Mail No. **7017 3380 0000 9203 2296** from the Claimant for RESPONDENTS attention; AND

2. On or about October 6, 2020 at 1:04 p.m., "RESPONDENTS" of FOX ROTHSCHILD, LLP received a true and correct copy of **Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule**; Private Case Number: RE 327 506 200 US dated September 29, 2020, by USPS Certified Mail No. **7017 3380 0000 9203 2302** from the Claimant for RESPONDENTS attention; AND

3. "RESPONDENTS" of FOX ROTHSCHILD, LLP has agreed to accept notice for and respond on behalf of "RESPONDENTS" WELLS FARGO BANK, N. A. by way of written expressed notice as a response dated October 19, 2020 that "RESPONDENTS" of FOX ROTHSCHILD, LLP is representing "RESPONDENTS" of WELLS FARGO BANK, N.A.; AND

4. As of the 26th day of October, 2020, "RESPONDENTS" have **not** sufficiently responded to the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE**; Private Case Number: RE 327 506 200 US dated September 29, 2020, AND

5. ALL "RESPONDENTS", Agents, Successors, and/or Agents, Successors, and/or Assigns, Jointly, Severely, Corporately, and Personally are at **Fault** in this matter, AND

6. As an operation of law, "RESPONDENTS" by dishonor of **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE**; Private Case Number: RE 327 506 200 US.

# OPPORTUNITY TO CURE

In the event that "RESPONDENTS" failure to respond sufficiently to the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE**; Private Case Number: RE 327 506 200 US dated September 29, 2020 was an oversight, mistake or otherwise unintentional, :Tarani-Alike: Johnson:, Agent for TARANI A. JOHNSON also known as TARANI ALIKE JOHNSON, (Claimant), grants "RESPONDENTS" seven (7) days, exclusive of the day of receipt, to cure the fault. Failure to cure will constitute, as an operation of law, "RESPONDENTS" final admission and agreement to all statements and claims made by affiant through *tacit procuration* pertaining to **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE**; Private Case Number: RE 327 506 200 US and the whole matter shall be deemed *res judicata and stare decisis*. Response by "RESPONDENTS" must be served on Claimant exactly as provided below/overleaf and using registered or certified and traceable mail service:

**:Tarani-Alike: Johnson:**
In care of: 2285 Bryn Mawr Avenue
Philadelphia, Pennsylvania
Near Zip Code 19131
non-domestic, Within the United States of America

CLAIMANT awaits "RESPONDENTS" timely response.

## SILENCE IS ACQUIESCENCE - SPEAK NOW OR FOREVER HOLD YOUR PEACE

Failure to respond or responding with other than the demanded verified proof and full, whole and complete accounting, via sworn affidavit, under RESPONDENTS' full and complete commercial liability, signing under penalty of perjury, will be documented and memorialized with an Affidavit of Non-Response and an Affidavit of Non-Performance and constitutes an agreement between ALL "RESPONDENTS", Jointly and Severally, Corporately and Personally, and their Agents, Successors, and/or Assigns, and The Claimant that:

1. ALL Respondent do NOT have a valid claim against Claimant, Defendant, Plaintiff, nor against the Collateral Property known as **2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131]** therefore having no past, present or future claim against Claimant; and

2. All Respondent consent to a Zero Balance Judgment against Claimant, Defendant, Plaintiff, and a Zero Balance Claim against the Collateral Property known as **2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131]** therefore having no past, present or future claim against Claimant, leaving :Tarani-Alike: Johnson:, a living woman and Authorized Agent and Sole Beneficiary for TARANI ALIKE JOHNSON, A PRIVATE TRUST unencumbered, resulting in full and complete settlement, past, present and future between all parties.; and

3. ALL RESPONDENTS grant Claimant specific power of attorney to sign any and all documents deemed necessary to mark the alleged account to a zero balance, cancel lien against collateral, re-convey title, and cancel the trust which holds the alleged mortgage, signed by Claimant on behalf of ALL RESPONDENTS.

4. ALL RESPONDENTS grant judgment for Theft against All RESPONDENTS, jointly, severally, corporately and personally, in Claimants' favor; and award Plaintiff and Real Party in Interest compensatory damages in the amount of **$1,000,000.00** for the unreturned tender of payment that was issued to RESPONDENTS on or about April 12, 2018, and an additional amount of **$1,000,000.00** for the unreturned tender of payment that was issued to RESPONDENTS on or about April 27, 2018; for a sum total of **Two Million DOLLARS and Zero CENTS ($2,000,000.00) in compensatory damages, plus costs and interest.**

5. An Agreement between ALL RESPONDENTS and Claimant will be enforced that invokes the Clayton Antitrust Act of 1914 and grants judgment for Fraudulent Misrepresentation and Unjust Enrichment against All RESPONDENTS, jointly, severally, corporately and personally, in Claimants' favor; and award Claimant treble-damages for antitrust violations in the amount of **Six Million DOLLARS and Zero CENTS ($6,000,000.00) in punitive damages, plus costs and interest.**

6. An Agreement between ALL RESPONDENTS and Claimant will be enforced that invokes the Clayton Antitrust Act of 1914 and grants judgment to Plaintiff for the fraudulent conveyance of language and conspiracy to commit fraudulent conveyance of language for Defendant's own profit by unlawfully demanding Three Hundred Ninety-Two Thousand DOLLARS and Zero CENTS ($392,000.00US) or by taking Plaintiff's collateral property described within; and award Plaintiff treble-damages for antitrust violations in the amount of        **One Million Five Hundred Sixty-Eight DOLLARS and Zero CENTS ($1,568,000.00) in punitive damages,        plus costs and interest.**

7. ALL "RESPONDENTS" consent to a commercial lien against "RESPONDENTS" personal assets including but not limited to all real property, all personal property (excluding wedding photos and rings), "RESPONDENTS" Errors and Omissions Insurance Policy, "RESPONDENTS" Liability Insurance Policy, "RESPONDENTS" Public Bond; and

8. ALL "RESPONDENTS" consent to garnishments of Wages, Fees, Commissions, Bank Accounts, and Retirement Accounts; and

9. ALL "RESPONDENTS" consent to interest charges and adjustments until full balance is paid; and

ALL "RESPONDENTS" are hereby **NOTICED** that "RESPONDENTS" are in **Dishonor** and the full and total forgiveness can be achieved with a reimbursement of expenses for "RESPONDENTS" **Dishonor** in the amount of Two Million DOLLARS and Zero CENTS (**$2,000,000.00US**) in Compensatory Damages, payable to Claimant in Certified Funds, within Seven(7) Days of receipt of this Notice of Fault Opportunity to Cure, proof of delivery of which will be certified by www.usps.com (third party witness and delivery agent).

**To ALL Third Party Intervenors:** be it known that any interference with the Claimants rights and privileges to seek restitution from the "Respondents" constitutes agreement to enjoin that Third Party Intervenor as an additional Respondent and Surety in this **Notice of Fault Opportunity to Cure** and referenced **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE;** Private Case Number: RE 327 506 200 US.

"i, a woman commonly known as :Tarani-Alike: Johnson:, (Claimant), on my own unlimited commercial liability, certify that I have read the above and do know that the facts contained are true, correct and complete, not misleading, the truth, the whole truth and nothing but the truth."

**WARNING:**

Respondent are doing business as a lawyer, law firm, collection agency, and banks in the United States, Respondent' ignorance of the LAW is not an excuse. Respondent are required to rebut the statements in this affidavit with a 'Real Party' signing in an affidavit format, swearing under penalty of perjury, with full and unlimited commercial liability, on a point by point basis certified by Affiant's signature.

This **Notice of Fault Opportunity to Cure** constitutes constructive notice to the RESPONDENTS.

Govern Yourselves Accordingly,

Please direct responses to:
:Tarani-Alike: Johnson:, Sole Beneficiary and Authorized Agent for
TARANI ALIKE JOHNSON Trust

In care of
**:Tarani-Alike: Johnson:** 2285 Bryn Mawr Avenue, Philadelphia Pennsylvania [near 19131]

Copies to:

The Honorable Governor, Tom Wolf, in care of 225 Main Capitol Building Harrisburg, Pennsylvania 17120, and

The Honorable Attorney General of Pennsylvania, Josh Shapiro, in care of Strawberry Square, Harrisburg Pennsylvania 17120; and

The Honorable Governor, Andrew M. Cuomo in care of New York State, State Capitol Building, Albany, New York 12224; and

The Honorable Attorney General of New York, Letitia James, in care of The Capitol, Albany, New York 12224; and

The Honorable Governor of California, Gavin Newsom, in care of 1303 10th Street, Suite 1173, Sacramento, California, 95814, Harrisburg Pennsylvania 17120; and

The Honorable Attorney General of California, Xavier Becerra, in care of 1300 "I" Street, Sacramento California 95814.

<div align="center">Notice to Agent is notice to Principal. Notice to Principal is notice to Agent.</div>

Enclosures:
1. True Certified Copy of **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE** with **COMMERCIAL AFFIDAVIT and FEE SCHEDULE**
2. Copy of Proof of Delivery USPS Certified Mail 7017 3380 0000 9203 2296 and USPS Certified Mail 7017 3380 0000 9203 2302
3. Copy of Affidavit of Non-Performance; AND Copy of Affidavit of No-Response

IN WITNESS WHEREOF i hereunto set my hand and seal on this 26th day of October, 2020 and hereby certify all the statements made above are true, correct and complete.

By: Johnson tarani-alike, Sovereign

C:Tarani-Alike: Johnson:, American National
Private Civilian of the United States of America: American National
Private Civilian of the Commonwealth of Pennsylvania
Special and Private Inhabitant, domiciled in Philadelphia County
All Rights Reserved Without Prejudice

<div align="center">Verification and Acknowledgement</div>

| United States of America | ) | |
|---|---|---|
| Commonwealth of Pennsylvania | ) | s. a. |
| Philadelphia County | ) | |

Subscribed and sworn (or affirmed) before me on this 26th day of October, 2020.

By : :Tarani-Alike: Johnson:

Personally known to me.

Witness 1                                    Witness 2

By: laurie, robert-karii              By: john-Walah Jayche
in care at 1 2255 Bryn Mawr Avenue    % 2402 Ocean Crest Blvd
Philadelphia, Pennsylvania [19131]    Far Rockaway, New York [11691]
(name and address of witness)         (name and address of witness)



# EVIDENCE

## ATTACHMENT

## B





October 26, 2020

# AFFIDAVIT OF NON-RESPONSE

**Notice to Agent is Notice to Principal**
**Notice to Principal is Notice to Agent**

Private Case Number: RE 327 506 200 US

SENT VIA FED EX

SENT VIA USPS CERTIFIED MAIL RECEIPT

On this 26nd day of October 2020, for the purpose of verification, i, :Tarani-Alike: Johnson:, do certify that I am of legal age, of sound mind, will testify to the veracity of my statements, and have NOT received a RESPONSE from **Harry Burnett Reese**, Acting as **HARRY BURNETT REESE ATTORNEY,** and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; **AND Harry B. Reese**, Acting as **HARRY B. REESE ATTORNEY**, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, **AND Prince Altee Thomas**, Acting as **PRINCE ALTEE THOMAS ATTORNEY**, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; **AND Martha B. Chovanes**, Acting as **MARTHA B. CHOVANES ATTORNEY**, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; **AND**

**ALL Agents for POWERS KIRN & ASSOCIATES LLC,** and/or Successors, and/or Assigns; **AND**

**ALL Agents for WELLS FARGO BANK, N.A.,** and/or Successors, and/or Assigns; **AND**

**ALL Agents for FOX ROTHCHILD, LLP ATTORNEYS AT LAW,** and/or Successors, and/or Assigns;

regarding the rebuttal of the Constructive Notice of Conditional Acceptance and attached Commercial Affidavit by a real party of Respondents; labeled herein as **Private Case No. RE 327 506 200 US;** on a point-by-point basis, via sworn affidavit, under Respondent's full and unlimited commercial liability,

signing under penalty of perjury, that the facts contained therein are true, correct, complete and not misleading, OR refund of tender in full in the adjusted amount of on one million and zero cents ($1,000,000,000US) sent via Registered Mail RE 327463 756 US on or about April 12, 2018; and refund of tender in full in the adjusted amount of on one million and zero cents ($1,000,000,000US) sent via Registered Mail RE 475 578 147 US on or about

April 27, 2018; and refund of tender in full in the adjusted amount of on one million and zero cents ($1,000,000,000US) sent via Registered Mail RE 327 506 160 US on September 21, 2020, OR conveyance of title.

Such document described above referenced by Private Case Number: RE 327 506 200 US was sent by USPS Certified Mail Number(s) 7017 3380 0000 9203 2296, and 7017 3380 0000 9203 2302, 7017 3380 0000 9203 2319 on September 30, 2020 to:

**Harry Burnett Reese**, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Harry B. Reese**, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Jill Manuel-Coughlin**, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Sarah E. Powers**, Acting as SARAH E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**William M.E. Powers, III**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Edward W. Kirn, III**, Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Sarah K. McCaffery**, Acting as SARAH K. MCCAFFERY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Jolanta M. Pekalska**, Acting as JOLANTA M. PEKALSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Matthew James Mcdonnell**, Acting as MATTHEW JAMES MCDONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Feasterville Trevose, Pennsylvania, and/or Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Harry Burnett Reese**, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Harry B. Reese**, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Angela C Pattison**, Acting as ANGELA C PATTISON ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Edward Kirn**, Acting as EDWARD KIRN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Edward W. Kirn, III**, Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Frances M Kelly**, Acting as FRANCES M KELLY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Jeanette Jacqueline O'Donnell**, Acting as JEANETTE JACQUELINE O'DONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Jill Manuel-Coughlin**, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Mathew James Forrester**, Acting as MATHEW JAMES FORRESTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Sarah Ellis Powers**, Acting as SARAH ELLIS POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Sarah Powers**, Acting as SARAH POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William Me Shah**, Acting as WILLIAM ME SHAH ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers, Jr.**, Acting as WILLIAM M.E. POWERS, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers, III**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William Powers**, Acting as WILLIAM POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Moorestown, New Jersey, and/or Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Prince Altee Thomas**, Acting as PRINCE ALTEE THOMAS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gerald W. Arth**, Acting as GERALD E. ARTH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jerald David August**, Acting as JERALD DAVID AUGUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Scott M. Badami**, Acting as SCOTT M. BADAMI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ahmed Bahgat, Acting as AHMED BAHGAT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Catherine T. Barbieri, Acting as CATHERINE T. BARBIERI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Alexis Barron, Acting as ALEXIS BARRON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael J. Bassett, Acting as MICHAEL J. BASSETT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Herbert Bass, Acting as HERBERT BASS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ryant T. Becker, Acting as RYAN T. BECKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brian A. Berkley, Acting as BRIAN A. BERKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brett A. Berman, Acting as BRETT A. BERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael S. Bookbinder, Acting as MICHAEL S. BOOKBINDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Nathan M. Buchter, Acting as NATHAN M. BUCHTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Peter C. Buckley, Acting as PETER C. BUCKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Maura L. Burke,** Acting as MAURA L. BURKE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kristina Neff Burland,** Acting as KRISTINA NEFF BURLAND ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jacqueline M. Carolan,** Acting as JACQUELINE M. CAROLAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Frank T. Carroll,** Acting as FRANK T. CARROLL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Martha B. Chovanes,** Acting as MARTHA B. CHOVANES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen M. Cohen,** Acting as STEPHEN M. COHEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David H. Colvin,** Acting as DAVID H. COLVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ian M. Comisky,** Acting as IAN M. COMISKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew S. Console,** Acting as ANDREW S. CONSOLE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Siana Danch,** Acting as SIANA DANCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**E. Gerald Donnelly, Jr.,** Acting as E. GERALD DONNELLY, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David A. Doty,** Acting as DAVID A. DOTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jean A. Durling,** Acting as JEAN A. DURLING ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Patrick J. Egan,** Acting as PATRICK J. EGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael Eidel,** Acting as MICHAEL EIDEL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew S. Esler,** Acting as ANDREW S. ESLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Tristram R. Fall, III,** Acting as TRISTRAM R. FALL, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Craig L. Finger,** Acting as CRAIG L. FINGER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Barbara R. Flacker,** Acting as BARBARA R. FLACKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Howard R. Flaxman,** Acting as HOWARD R. FLAXMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John Cornell Fuller,** Acting as JOHN CORNELL FULLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Eleanor Vaida Gerhards,** Acting as ELEANOR VAIDA GERHARDS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David M. Giles,** Acting as DAVID M. GILES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward Gillespie,** Acting as EDWARD GILLESPIE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John L. Grossman,** Acting as JOHN L. GROSSMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Debra L. Gruenstein,** Acting as DEBRA L. GRUENSTEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robert W. Gundlach Jr.,** Acting as ROBERT W. GUNDLACH JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Johns J. Haggerty,** Acting as JOHN J. HAGGERTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jesse M. Harris,** Acting as JESSE M. HARRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Dylan T. Hastings,** Acting as DYLAN T. HASTINGS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gerald M. Hatfield,** Acting as GERALD M. HATFIELD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward J. Hayes,** Acting as EDWARD J. HAYES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gary A. Hecht,** Acting as GARY A. HECHT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gabriel B. Herman,** Acting as GABRIEL B. HERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Philip L. Hinerman,** Acting as PHILIP L. HINERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kelley B. Hodge,** Acting as KELLEY B. HODGE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Joshua Horn,** Acting as JOSHUA HORN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Nathan Huddel,** Acting as NATHAN HUDDELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Theodore H. Jobes,** Acting as THEODORE H. JOBES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward J. Kabala,** Acting as EDWARD J. KABALA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Odia Kagan,** Acting as ODIA KAGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen H. Kalis,** Acting as STEPHEN H. KALIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jessica Labella Kitain,** Acting as JESSICA LABELLA KITAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gregory J. Kleiber,** Acting as GREGORY J. KLEIBER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Kornacki,** Acting as MICHAEL J. KORNACKI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Lisa B. Lane,** Acting as LISA B. LANE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mathew D. Lee,** Acting as MATTHEW D. LEE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Holly Lentz Kleeman,** Acting as HOLLY LENTZ KLEEMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Leonard,** Acting as MICHAEL J. LEONARD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Olufunke O. Leroy,** Acting as OLUFUNKE O. LEROY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jane E. Lessner,** Acting as JANE E. LESSNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian J. Levin,** Acting as BRIAN J. LEVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Matthew A. Levitsky,** Acting as MATTHEW A. LEVITSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sidney S. Liebesman,** Acting as SIDNEY S. LIEBESMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Steven K. Ludwig,** Acting as STEVEN K. LUDWIG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew M. Macdonald,** Acting as ANDREW M. MACDONALD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jason C. Manfrey,** Acting as JASON C. MANFREY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robin B. Matlin,** Acting as ROBIN B. MATLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**James A. Matthews III,** Acting as JAMES A. MATTHEWS III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark G. McCreary,** Acting as MARK G. MCCREARY, CIPP/US ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian McGinnis,** Acting as BRIAN MCGINNIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Lauren P. McKenna,** Acting as LAUREN P. MCKENNA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ian D. Meklinsky,** Acting as IAN D. MEKLINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael G. Menkowitz,** Acting as MICHAEL G. MENKOWITZ ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ryan North Miller,** Acting as RYAN NORTH MILLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sarah K. Minteer,** Acting as SARAH K. MINTEER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Catherine M. Monte**, Acting as CATHERINE M. MONTE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark L. Morris**, Acting as MARK L. MORRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sanford K. Mozes**, Acting as SANFORD K. MOZES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Carrie B. Nase-Poust**, Acting as CARRIE B. NASE-POUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Marc E. Needles**, Acting as MARC E. NEEDLES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ramon R. Obod**, Acting as RAMON R. OBOD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jay G. Ochroch**, Acting as JAY G. OCHROCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Christopher D. Olszyk, Jr.**, Acting as CHRISTOPHER D. OLSZYK, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian J. O'Neill**, Acting as BRIAN J. O'NEILL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Thomas D. Paradise**, Acting as THOMAS D. PARADISE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Joseph F. Posillico**, Acting as JOSEPH F. POSILLICO ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David S. Rasner,** Acting as DAVID S. RASNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Eric E. Reed,** Acting as ERIC E. REED ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Abraham C. Reich,** Acting as ABRAHAM C. REICH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Dan Reitter,** Acting as DAN REITER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephanie Resnick,** Acting as STEPHANIE RESNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kristen Poetzel Ricci,** Acting as KRISTEN POETZEL RICCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael Rinehart,** Acting as MICHAEL RINEHART ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Bradley S. Rodos,** Acting as BRADLEY S. RODOS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michelle S. Rosenberg,** Acting as MICHELLE S. ROSENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Barnett Satinsky,** Acting as BARNETT SATINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Magdalena Schardt,** Acting as MAGDALENA SCHARDT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kevin B. Scott,** Acting as KEVIN B. SCOTT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jacqueline G. Segal,** Acting as JACQUELINE G. SEGAL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ronald J. Shaffer,** Acting as RONALD J. SHAFFER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark L. Silow,** Acting as MARK L. SILOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Nevena Simidjiuska,** Acting as NEVENA SIMIDJIUSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David B. Snyder,** Acting as DAVID B. SNYDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David S. Sokolow,** Acting as DAVID S. SOKOLOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Shelly A. Solomon,** Acting as SHELLY A. SOLOMON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**William H. Stassen,** Acting as WILLIAM H. STASSEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Trisha B. Stein,** Acting as TRISHA B. STEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Paul Straub,** Acting as PAUL STRAUB ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John J. Stubbs,** Acting as JOHN J. STUBBS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Julia Swain,** Acting as JULIA SWAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael L. Temin,** Acting as MICHAEL L. TEMIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robert S. Tintner,** Acting as ROBERT S. TINTNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Craig R. Tractenberg,** Acting as CRAIG R. TRACTENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Peter J. Tucci,** Acting as PETER J. TUCCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael K. Twersky,** Acting as MICHAEL K. TWERSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Scott L. Vernick,** Acting as SCOTT L. VERNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Viscount, Jr.,** Acting as MICHAEL J. VISCOUNT, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Marvin L. Weinberg,** Acting as MARVIN L. WEINBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Beth L. Weisser,** Acting as BETH L. WEISSER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen P. Weiss,** Acting as STEPHEN P. WEISS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gregory B. Williams,** Acting as GREGORY B. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ronald L. Williams,** Acting as RONALD L. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Adam R. Young,** Acting as ADAM R. YOUNG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 999 Peachtree Street NE, Suite 1500, Atlanta Georgia [30309]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 1301 Atlantic Avenue Midtown Building, Suite 400, Atlantic City, New Jersey [08401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 10 Sentry Parkway, Suite 200, Post Office Box 3001, Blue Bell, Pennsylvania [19422]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of YS AT LAW, and/or Assigns, In care of 101 N. Tryon Street, Suite 1300, Charlotte, North Carolina [28246]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 321 North Clark Street, Suite 1600, Chicago, Illinois [60654]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2501 North Harwood Street, Suite 1800, Dallas, Texas [75201]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1225 17th Street, Suite 2200, Denver, Colorado [80202]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 747 Constitution Drive, Suite 100, Post Office Box 673, Exton, Pennsylvania [19341]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 230 North Elm Street, Suite 1200, Greensboro, North Carolina [27401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2 West Washington Street, Suite 110, Greenville, South Carolina [29601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Summerlin Office Building, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada [89135]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 10250 Constellation Boulevard, Suite 900, Los Angeles, California [ 90067]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Biscayne Tower, 2 South Biscayne Boulevard, Suite 2750, Miami, Florida [33131]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Campbell Mithun Tower, 222 South Ninth Street, Suite 2000, Minneapolis Minnesota [55402]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 49 Market Street, Morristown, New Jersey [07960]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 101 Park Avenue, 17th Floor, New York, New York [10178]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of BNY Mellon Center, 500 Grant Street, Suite 2500, Pittsburgh Pennsylvania [15219]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Princeton Pike Corporate Center 997 Lenox Drive, Lawrenceville, New Jersey [08648]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 434 Fayetteville Street, Suite 2800, Raleigh, North Carolina [27601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1001 Fourth Avenue, Suite 4500, Seattle Washington, [98154]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 8300 Greensboro Drive, Suite 1000, Tysons Virginia, [22102]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2700 Kelly Road, Suite 300, Warrington, Pennsylvania [18976]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1030 15th Street North West, Suite 380 East, Washington, District of Columbia [20005]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 777 South 1700 West Tower, West Palm Beach, Florida [33401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 919 North Market Street, Suite 300, Post Office Box 2323, Wilmington, Delaware [19899]; and

**Charles W. Scharf**, Acting as CHARLES W. SCHARF, CHIEF EXECUTIVE OFFICER, PRESIDENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Scott E. Powell**, Acting as SCOTT E. POWELL, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF OPERATING OFFICE, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**John R. Shrewsberry**, Acting as JOHN R. SHREWSBERRY, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Muneera S. Carr**, Acting as MUNEERA S. CARR, EVP, CHIEF ACCOUNTING OFFICER, CONTROLLER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**William M. Daley**, Acting as WILLIAM M. DALEY, VICE CHAIRMAN OF PUBLIC AFFAIRS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Derek A. Flowers**, Acting as DEREK A. FLOWERS, SENIOR EVP, HEAD OF STRATEGIC EXECUTION and OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]: and

**David C. Gallorees**, Acting as DAVID C. GALLOREES, SENIOR EVP, HEAD OF HUMAN RESOURCES, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Mary T. Mack**, Acting as MARY T. MACK, SENIOR EVP, CEO OF CONSUMER & SMALL BUSINESS BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Amanda G. Norton**, Acting as AMANDA G. NORTON, SENIOR EVP, CHIEF RISK OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Lester J. Owens**, Acting as LESTER J. OWENS, SENIOR EVP, HEAD OF OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104];and

**Ellen R. Patterson**, Acting as ELLEN R. PATTERSON, SENIOR EVP, GENERAL COUNSEL, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Perry G. Pelos,** Acting as PERRY G. PELOS, SENIOR EVP, CEO OF COMMERCIAL BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Scott E. Powell,** Acting as SCOTT E. POWELL, SENIOR EVP, CHIEF OPERATING OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Julie L. Scammahorn,** Acting as JULIE L. SCAMMAHORN, ACTING AS JULIE L. SCAMMAHORN, SENIOR EVP, CHIEF AUDITOR, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Barry Sommers,** Acting as BARRY SOMMERS, SENIOR EVP, CEO OF WEALTH & INVESTMENT MANAGEMENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Saul Van Beurden,** Acting as SAUL VAN BEURDEN, SENIOR EVP, HEAD OF TECHNOLOGY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Michael S. Weinbach,** Acting as MICHAEL S. WEINBACH, SENIOR EVP, CEO OF CONSUMER LENDING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Jonathan G. Weiss,** Acting as JONATHAN G. WEISS, SENIOR EVP, CEO OF CORPORATE & INVESTMENT BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**ALL AGENTS** for **WELLS FARGO BANK, N.A.,** and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

EQUIFAX CORPORATION; and

EXPERIAN CORPORATION; and

TRANSUNION CORPORATION; and

JOHN OR JANE DOES 1-50;

JOINTLY AND SEVERALLY, CORPORATELY AND PERSONALLY;

In care of:

2285 Bryn Mawr Avenue, Philadelphia Pennsylvania [19131]

**Sent via FEDEX**
**Sent via USPS Certified Mail Number**

_October 26th, 2020_
Date

By: johnson tarani-alike, Executrix
Tarani-Alike: Johnson, a Living Woman and
Agent for **TARANI ALIKE JOHNSON**

---

### Verification and Acknowledgement

| United States of America | ) | |
| Commonwealth of Pennsylvania | ) | s. a. |
| Philadelphia County | ) | |

Subscribed and sworn (or affirmed) before me on this 26th day of October, 2020.

By : :Tarani-Alike: Johnson:

Personally known to me.

**Witness 1**

By: laurie, robert-kayi
in care of : 2285 Bryn Mawr Ave
Philadelphia, Pennsylvania [19131]
(name and address of witness)

**Witness 2**

By: Gilma Jetalos, Jeysna
% 2402 Ocean Crest Blvd.
Far Rockaway, New York [11691]
(name and address of witness)

JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Commonwealth of Pennsylvania
County of Delaware

Subscribed and sworn to (or affirmed) before me on this 26 th day of October , 2020 by
:Tarani-Alike: Johnson: , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS my hand and official seal.

Notary Public for the Commonwealth of Pennsylvania

My commission expires: April 21, 2028



Commonwealth of Pennsylvania - Notary Seal
SHERRY A. FRASER, Notary Public
Delaware County
My Commission Expires April 21, 2022
Commission Number 1093349



# EVIDENCE

## ATTACHMENT

## C





# AFFIDAVIT OF NON-PERFORMANCE

**Notice to Agent is Notice to Principal**
**Notice to Principal is Notice to Agent**

Private Case Number: RE 327 506 200 US

SENT VIA FED EX

SENT VIA USPS CERTIFIED MAIL RECEIPT

On this 26nd day of October 2020, for the purpose of verification, i, :Tarani-Alike: Johnson:, do certify that I am of legal age, of sound mind, will testify to the veracity of my statements, and have NOT received PERFORMANCE from **Harry Burnett Reese**, Acting as **HARRY BURNETT REESE ATTORNEY**, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; **AND  Harry B. Reese**, Acting as **HARRY B. REESE ATTORNEY**, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, **AND Prince Altee Thomas**, Acting as **PRINCE ALTEE THOMAS ATTORNEY**, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; **AND Martha B. Chovanes**, Acting as **MARTHA B. CHOVANES ATTORNEY**, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; **AND**

**ALL Agents for POWERS KIRN & ASSOCIATES LLC,** and/or Successors, and/or Assigns; **AND**

**ALL Agents for WELLS FARGO BANK, N.A.,** and/or Successors, and/or Assigns; **AND**

**ALL Agents for FOX ROTHCHILD, LLP ATTORNEYS AT LAW,** and/or Successors, and/or Assigns;

regarding the rebuttal of the Constructive Notice of Conditional Acceptance and attached Commercial Affidavit by a real party of Respondents; labeled herein as **Private Case No. RE 327 506 200 US;** on a point-by-point basis, via sworn affidavit, under Respondent's full and unlimited commercial liability,

signing under penalty of perjury, that the facts contained therein are true, correct, complete and not misleading, OR refund of tender in full in the adjusted amount of on One-million and zero cents ($1,000,000,000US) sent via Registered Mail RE 327463 756 US on or about April 12, 2018; and refund of tender in full in the adjusted amount of on one million and zero cents ($1,000,000,000US) sent via Registered Mail RE 475 578 147 US on or about

April 27, 2018; and refund of tender in full in the adjusted amount of on One-million and zero cents ($1,000,000,000US) sent via Registered Mail RE 327 506 160 US on September 21, 2020, OR conveyance of title.

Such document described above referenced by Private Case Number: **RE 327 506 200 US** was sent by USPS Certified Mail Number(s) 7017 3380 0000 9203 2296, and 7017 3380 0000 9203 2302, 7017 3380 0000 9203 2319 on September 30, 2020 to:

**Harry Burnett Reese**, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Harry B. Reese**, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Jill Manuel-Coughlin**, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Sarah E. Powers**, Acting as SARAH E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**William M.E. Powers, III**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Edward W. Kirn, III**, Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Sarah K. McCaffery**, Acting as SARAH K. MCCAFFERY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Jolanta M. Pekalska**, Acting as JOLANTA M. PEKALSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Matthew James Mcdonnell**, Acting as MATTHEW JAMES MCDONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Feasterville Trevose, Pennsylvania, and/or Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Harry Burnett Reese**, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Harry B. Reese**, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Angela C Pattison**, Acting as ANGELA C PATTISON ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Edward Kirn**, Acting as EDWARD KIRN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Edward W. Kirn, III**, Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Frances M Kelly**, Acting as FRANCES M KELLY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Jeanette Jacqueline O'Donnell**, Acting as JEANETTE JACQUELINE O'DONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Jill Manuel-Coughlin**, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Mathew James Forrester**, Acting as MATHEW JAMES FORRESTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Sarah Ellis Powers,** Acting as SARAH ELLIS POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Sarah Powers,** Acting as SARAH POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William Me Shah,** Acting as WILLIAM ME SHAH ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers,** Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers, Jr.,** Acting as WILLIAM M.E. POWERS, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers, III,** Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William Powers,** Acting as WILLIAM POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Moorestown, New Jersey, and/or Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Prince Altee Thomas,** Acting as PRINCE ALTEE THOMAS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gerald W. Arth,** Acting as GERALD E. ARTH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jerald David August,** Acting as JERALD DAVID AUGUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Scott M. Badami,** Acting as SCOTT M. BADAMI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ahmed Bahgat, Acting as AHMED BAHGAT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Catherine T. Barbieri, Acting as CATHERINE T. BARBIERI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Alexis Barron, Acting as ALEXIS BARRON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael J. Bassett, Acting as MICHAEL J. BASSETT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Herbert Bass, Acting as HERBERT BASS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ryant T. Becker, Acting as RYAN T. BECKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brian A. Berkley, Acting as BRIAN A. BERKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brett A. Berman, Acting as BRETT A. BERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael S. Bookbinder, Acting as MICHAEL S. BOOKBINDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Nathan M. Buchter, Acting as NATHAN M. BUCHTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Peter C. Buckley, Acting as PETER C. BUCKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Maura L. Burke,** Acting as MAURA L. BURKE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kristina Neff Burland,** Acting as KRISTINA NEFF BURLAND ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jacqueline M. Carolan,** Acting as JACQUELINE M. CAROLAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Frank T. Carroll,** Acting as FRANK T. CARROLL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Martha B. Chovanes,** Acting as MARTHA B. CHOVANES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen M. Cohen,** Acting as STEPHEN M. COHEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David H. Colvin,** Acting as DAVID H. COLVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ian M. Comisky,** Acting as IAN M. COMISKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew S. Console,** Acting as ANDREW S. CONSOLE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Siana Danch,** Acting as SIANA DANCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**E. Gerald Donnelly, Jr.,** Acting as E. GERALD DONNELLY, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David A. Doty,** Acting as DAVID A. DOTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jean A. Durling,** Acting as JEAN A. DURLING ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Patrick J. Egan,** Acting as PATRICK J. EGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael Eidel,** Acting as MICHAEL EIDEL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew S. Esler,** Acting as ANDREW S. ESLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Tristram R. Fall, III,** Acting as TRISTRAM R. FALL, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Craig L. Finger,** Acting as CRAIG L. FINGER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Barbara R. Flacker,** Acting as BARBARA R. FLACKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Howard R. Flaxman,** Acting as HOWARD R. FLAXMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John Cornell Fuller,** Acting as JOHN CORNELL FULLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Eleanor Vaida Gerhards,** Acting as ELEANOR VAIDA GERHARDS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David M. Giles,** Acting as DAVID M. GILES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward Gillespie,** Acting as EDWARD GILLESPIE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John L. Grossman,** Acting as JOHN L. GROSSMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Debra L. Gruenstein,** Acting as DEBRA L. GRUENSTEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robert W. Gundlach Jr.,** Acting as ROBERT W. GUNDLACH JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Johns J. Haggerty,** Acting as JOHN J. HAGGERTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jesse M. Harris,** Acting as JESSE M. HARRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Dylan T. Hastings,** Acting as DYLAN T. HASTINGS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gerald M. Hatfield,** Acting as GERALD M. HATFIELD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward J. Hayes,** Acting as EDWARD J. HAYES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gary A. Hecht,** Acting as GARY A. HECHT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gabriel B. Herman,** Acting as GABRIEL B. HERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Philip L. Hinerman,** Acting as PHILIP L. HINERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kelley B. Hodge,** Acting as KELLEY B. HODGE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Joshua Horn,** Acting as JOSHUA HORN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Nathan Huddel,** Acting as NATHAN HUDDELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Theodore H. Jobes,** Acting as THEODORE H. JOBES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward J. Kabala,** Acting as EDWARD J. KABALA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Odia Kagan,** Acting as ODIA KAGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen H. Kalis,** Acting as STEPHEN H. KALIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jessica Labella Kitain,** Acting as JESSICA LABELLA KITAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gregory J. Kleiber,** Acting as GREGORY J. KLEIBER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael J. Kornacki, Acting as MICHAEL J. KORNACKI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Lisa B. Lane, Acting as LISA B. LANE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Mathew D. Lee, Acting as MATTHEW D. LEE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Holly Lentz Kleeman, Acting as HOLLY LENTZ KLEEMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael J. Leonard, Acting as MICHAEL J. LEONARD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Olufunke O. Leroy, Acting as OLUFUNKE O. LEROY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jane E. Lessner, Acting as JANE E. LESSNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brian J. Levin, Acting as BRIAN J. LEVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Matthew A. Levitsky, Acting as MATTHEW A. LEVITSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Sidney S. Liebesman, Acting as SIDNEY S. LIEBESMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Steven K. Ludwig, Acting as STEVEN K. LUDWIG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew M. Macdonald,** Acting as ANDREW M. MACDONALD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jason C. Manfrey,** Acting as JASON C. MANFREY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robin B. Matlin,** Acting as ROBIN B. MATLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**James A. Matthews III,** Acting as JAMES A. MATTHEWS III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark G. McCreary,** Acting as MARK G. MCCREARY, CIPP/US ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian McGinnis,** Acting as BRIAN MCGINNIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Lauren P. McKenna,** Acting as LAUREN P. MCKENNA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ian D. Meklinsky,** Acting as IAN D. MEKLINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael G. Menkowitz,** Acting as MICHAEL G. MENKOWITZ ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ryan North Miller,** Acting as RYAN NORTH MILLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sarah K. Minteer,** Acting as SARAH K. MINTEER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Catherine M. Monte,** Acting as CATHERINE M. MONTE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark L. Morris,** Acting as MARK L. MORRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sanford K. Mozes,** Acting as SANFORD K. MOZES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Carrie B. Nase-Poust,** Acting as CARRIE B. NASE-POUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Marc E. Needles,** Acting as MARC E. NEEDLES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ramon R. Obod,** Acting as RAMON R. OBOD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jay G. Ochroch,** Acting as JAY G. OCHROCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Christopher D. Olszyk, Jr.,** Acting as CHRISTOPHER D. OLSZYK, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian J. O'Neill,** Acting as BRIAN J. O'NEILL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Thomas D. Paradise,** Acting as THOMAS D. PARADISE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Joseph F. Posillico,** Acting as JOSEPH F. POSILLICO ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David S. Rasner,** Acting as DAVID S. RASNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Eric E. Reed,** Acting as ERIC E. REED ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Abraham C. Reich,** Acting as ABRAHAM C. REICH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Dan Reitter,** Acting as DAN REITER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephanie Resnick,** Acting as STEPHANIE RESNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kristen Poetzel Ricci,** Acting as KRISTEN POETZEL RICCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael Rinehart,** Acting as MICHAEL RINEHART ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Bradley S. Rodos,** Acting as BRADLEY S. RODOS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michelle S. Rosenberg,** Acting as MICHELLE S. ROSENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Barnett Satinsky,** Acting as BARNETT SATINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Magdalena Schardt,** Acting as MAGDALENA SCHARDT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kevin B. Scott,** Acting as KEVIN B. SCOTT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jacqueline G. Segal,** Acting as JACQUELINE G. SEGAL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ronald J. Shaffer,** Acting as RONALD J. SHAFFER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark L. Silow,** Acting as MARK L. SILOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Nevena Simidjiuska,** Acting as NEVENA SIMIDJIUSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David B. Snyder,** Acting as DAVID B. SNYDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and .

**David S. Sokolow,** Acting as DAVID S. SOKOLOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Shelly A. Solomon,** Acting as SHELLY A. SOLOMON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**William H. Stassen,** Acting as WILLIAM H. STASSEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Trisha B. Stein,** Acting as TRISHA B. STEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Paul Straub,** Acting as PAUL STRAUB ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John J. Stubbs,** Acting as JOHN J. STUBBS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Julia Swain,** Acting as JULIA SWAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael L. Temin,** Acting as MICHAEL L. TEMIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robert S. Tintner,** Acting as ROBERT S. TINTNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Craig R. Tractenberg,** Acting as CRAIG R. TRACTENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Peter J. Tucci,** Acting as PETER J. TUCCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael K. Twersky,** Acting as MICHAEL K. TWERSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Scott L. Vernick,** Acting as SCOTT L. VERNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Viscount, Jr.,** Acting as MICHAEL J. VISCOUNT, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Marvin L. Weinberg,** Acting as MARVIN L. WEINBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Beth L. Weisser,** Acting as BETH L. WEISSER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen P. Weiss,** Acting as STEPHEN P. WEISS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

**Gregory B. Williams,** Acting as GREGORY B. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

**Ronald L. Williams,** Acting as RONALD L. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

**Adam R. Young,** Acting as ADAM R. YOUNG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 999 Peachtree Street NE, Suite 1500, Atlanta Georgia [30309]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 1301 Atlantic Avenue Midtown Building, Suite 400, Atlantic City, New Jersey [08401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 10 Sentry Parkway, Suite 200, Post Office Box 3001, Blue Bell, Pennsylvania [19422]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of YS AT LAW, and/or Assigns, In care of 101 N. Tryon Street, Suite 1300, Charlotte, North Carolina [28246]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 321 North Clark Street, Suite 1600, Chicago, Illinois [60654]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2501 North Harwood Street, Suite 1800, Dallas, Texas [75201]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1225 17ᵗʰ Street, Suite 2200, Denver, Colorado [80202]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 747 Constitution Drive, Suite 100, Post Office Box 673, Exton, Pennsylvania [19341]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 230 North Elm Street, Suite 1200, Greensboro, North Carolina [27401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2 West Washington Street, Suite 110, Greenville, South Carolina [29601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Summerlin Office Building, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada [89135]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 10250 Constellation Boulevard, Suite 900, Los Angeles, California [ 90067]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Biscayne Tower, 2 South Biscayne Boulevard, Suite 2750, Miami, Florida [33131]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Campbell Mithun Tower, 222 South Ninth Street, Suite 2000, Minneapolis Minnesota [55402]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 49 Market Street, Morristown, New Jersey [07960]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 101 Park Avenue, 17th Floor, New York, New York [10178]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of BNY Mellon Center, 500 Grant Street, Suite 2500, Pittsburgh Pennsylvania [15219]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Princeton Pike Corporate Center 997 Lenox Drive, Lawrenceville, New Jersey [08648]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 434 Fayetteville Street, Suite 2800, Raleigh, North Carolina [27601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1001 Fourth Avenue, Suite 4500, Seattle Washington, [98154]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 8300 Greensboro Drive, Suite 1000, Tysons Virginia, [22102]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2700 Kelly Road, Suite 300, Warrington, Pennsylvania [18976]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1030 15th Street North West, Suite 380 East, Washington, District of Columbia [20005]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 777 South 1700 West Tower, West Palm Beach, Florida [33401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 919 North Market Street, Suite 300, Post Office Box 2323, Wilmington, Delaware [19899]; and

**Charles W. Scharf,** Acting as CHARLES W. SCHARF, CHIEF EXECUTIVE OFFICER, PRESIDENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Scott E. Powell,** Acting as SCOTT E. POWELL, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF OPERATING OFFICE, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**John R. Shrewsberry,** Acting as JOHN R. SHREWSBERRY, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Muneera S. Carr,** Acting as MUNEERA S. CARR, EVP, CHIEF ACCOUNTING OFFICER, CONTROLLER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**William M. Daley,** Acting as WILLIAM M. DALEY, VICE CHAIRMAN OF PUBLIC AFFAIRS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Derek A. Flowers,** Acting as DEREK A. FLOWERS, SENIOR EVP, HEAD OF STRATEGIC EXECUTION and OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]: and

**David C. Gallorees,** Acting as DAVID C. GALLOREES, SENIOR EVP, HEAD OF HUMAN RESOURCES, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Mary T. Mack,** Acting as MARY T. MACK, SENIOR EVP, CEO OF CONSUMER & SMALL BUSINESS BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Amanda G. Norton,** Acting as AMANDA G. NORTON, SENIOR EVP, CHIEF RISK OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Lester J. Owens,** Acting as LESTER J. OWENS, SENIOR EVP, HEAD OF OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104];and

**Ellen R. Patterson,** Acting as ELLEN R. PATTERSON, SENIOR EVP, GENERAL COUNSEL, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Perry G. Pelos,** Acting as PERRY G. PELOS, SENIOR EVP, CEO OF COMMERCIAL BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Scott E. Powell,** Acting as SCOTT E. POWELL, SENIOR EVP, CHIEF OPERATING OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Julie L. Scammahorn,** Acting as JULIE L. SCAMMAHORN, ACTING AS JULIE L. SCAMMAHORN, SENIOR EVP, CHIEF AUDITOR, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Barry Sommers,** Acting as BARRY SOMMERS, SENIOR EVP, CEO OF WEALTH & INVESTMENT MANAGEMENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Saul Van Beurden,** Acting as SAUL VAN BEURDEN, SENIOR EVP, HEAD OF TECHNOLOGY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Michael S. Weinbach,** Acting as MICHAEL S. WEINBACH, SENIOR EVP, CEO OF CONSUMER LENDING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Jonathan G. Weiss,** Acting as JONATHAN G. WEISS, SENIOR EVP, CEO OF CORPORATE & INVESTMENT BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**ALL AGENTS** for **WELLS FARGO BANK, N.A.,** and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

EQUIFAX CORPORATION; and

EXPERIAN CORPORATION; and

TRANSUNION CORPORATION; and

JOHN OR JANE DOES 1-50;

JOINTLY AND SEVERALLY, CORPORATELY AND PERSONALLY;

In care of:

2285 Bryn Mawr Avenue, Philadelphia Pennsylvania [19131]

**Sent via FEDEX**
**Sent via USPS Certified Mail Number**

_October 26th, 2020_
**Date**

By: _johnson, tarani - alike_
Tarani-Alike: Johnson, a Living Woman
and Agent for TARANI ALIKE
**JOHNSON**

October 26, 2020

---

| Verification and Acknowledgement |
| --- |

**United States of America**  )
**Commonwealth of Pennsylvania**  )    s. a.
**Philadelphia County**  )

Subscribed and sworn (or affirmed) before me on this 26th day of October, 2020.

By : :Tarani-Alike: Johnson:

Personally known to me.

**Witness 1**                                    **Witness 2**

By: lauria, robert - Kanji
10 anna of 22855 Bryn Mawr Ave
Philadelphia, Pennsylvania [19131]
**(name and address of witness)**

By: tank - Abdul, Jose
c/o 2402 Ocean West Blud
For Rockaway New York
**(name and address of witness)** 11691

JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Commonwealth of Pennsylvania
County of Delaware

Subscribed and sworn to (or affirmed) before me on this 26th day of October, 2020 by
_____:Tarani-Alike: Johnson:_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS my hand and official seal.

_Sherry A. Fraser_
Notary Public for the Commonwealth of Pennsylvania

My commission expires: April 21, 2022

Commonwealth of Pennsylvania - Notary Seal
SHERRY A. FRASER, Notary Public
Delaware County
My Commission Expires April 21, 2022
Commission Number 1093349



# EVIDENCE

## ATTACHMENT

## D



## NOTICE OF DEFAULT and CONSENT TO JUDGMENT

Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent

**Claimant**
:Tarani-Alike: Johnson:, a living woman; American Freewoman
Private Citizen of the United States of America; American National
Authorized Agent, and Sole Beneficiary of the trust known as
**TARANI A. JOHNSON** also known as
**Tarani Alike Johnson ™ ©**, Federal Trademark # 88859594
also known as **TARANI ALIKE JOHNSON, A PRIVATE TRUST**
and **Tarani Alike Johnson Estate Living Trust (eTAJ156US)**
in care of: Tarani-Alike: Johnson:
2285 Bryn Mawr Avenue
Philadelphia [19131] Pennsylvania

RE:    Private Case Number: RE 327 506 200 US
Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule dated
September 29, 2020, executed by :Tarani-Alike: Johnson:, sent to RESPONDENTS on September 30, 2020
via USPS Certified Mail Receipt No.(s) 7017 3380 0000 9203 2296, 7017 3380 0000 9203 2302, and
**7017 3380 0000 9203 2319**

**SENT VIA REGISTERED MAIL;** RE 327 506 227 US; RE 327 506 235 US; and RE 327 506 244 US

**SENT VIA FED EX**

**SENT VIA USPS CERTIFIED MAIL RECEIPT**

November 10, 2020

**Respondents:**

**Harry Burnett Reese**, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO
BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville
Trevose, Pennsylvania [19053]; and

**Harry B. Reese**, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or
Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania
[19053]; and

**Jill Manuel-Coughlin**, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO
BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville
Trevose, Pennsylvania [19053]; and

**Sarah E. Powers**, Acting as SARAH E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A.,
and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose,
Pennsylvania [19053]; and

**William M.E. Powers, III,** Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Edward W. Kirn, III,** Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Sarah K. McCaffery,** Acting as SARAH K. MCCAFFERY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Jolanta M. Pekalska,** Acting as JOLANTA M. PEKALSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Matthew James Mcdonnell,** Acting as MATTHEW JAMES MCDONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Feasterville Trevose, Pennsylvania, and/or Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Harry Burnett Reese,** Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Harry B. Reese,** Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Angela C Pattison,** Acting as ANGELA C PATTISON ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Edward Kirn,** Acting as EDWARD KIRN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Edward W. Kirn, III,** Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Frances M Kelly,** Acting as FRANCES M KELLY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Jeanette Jacqueline O'Donnell,** Acting as JEANETTE JACQUELINE O'DONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Jill Manuel-Coughlin,** Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Mathew James Forrester,** Acting as MATHEW JAMES FORRESTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Sarah Ellis Powers**, Acting as SARAH ELLIS POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Sarah Powers**, Acting as SARAH POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William Me Shah**, Acting as WILLIAM ME SHAH ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers, Jr.**, Acting as WILLIAM M.E. POWERS, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers, III**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William Powers**, Acting as WILLIAM POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Moorestown, New Jersey, and/or Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Prince Altee Thomas**, Acting as PRINCE ALTEE THOMAS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gerald W. Arth**, Acting as GERALD E. ARTH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jerald David August**, Acting as JERALD DAVID AUGUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Scott M. Badami**, Acting as SCOTT M. BADAMI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ahmed Bahgat**, Acting as AHMED BAHGAT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Catherine T. Barbieri**, Acting as CATHERINE T. BARBIERI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Alexis Barron**, Acting as ALEXIS BARRON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Bassett**, Acting as MICHAEL J. BASSETT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Herbert Bass,** Acting as HERBERT BASS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ryant T. Becker,** Acting as RYAN T. BECKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian A. Berkley,** Acting as BRIAN A. BERKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brett A. Berman,** Acting as BRETT A. BERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael S. Bookbinder,** Acting as MICHAEL S. BOOKBINDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Nathan M. Buchter,** Acting as NATHAN M. BUCHTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Peter C. Buckley,** Acting as PETER C. BUCKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Maura L. Burke,** Acting as MAURA L. BURKE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kristina Neff Burland,** Acting as KRISTINA NEFF BURLAND ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jacqueline M. Carolan,** Acting as JACQUELINE M. CAROLAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Frank T. Carroll,** Acting as FRANK T. CARROLL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Martha B. Chovanes,** Acting as MARTHA B. CHOVANES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen M. Cohen,** Acting as STEPHEN M. COHEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David H. Colvin,** Acting as DAVID H. COLVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ian M. Comisky, Acting as IAN M. COMISKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Andrew S. Console, Acting as ANDREW S. CONSOLE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Siana Danch, Acting as SIANA DANCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

E. Gerald Donnelly, Jr., Acting as E. GERALD DONNELLY, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David A. Doty, Acting as DAVID A. DOTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jean A. Durling, Acting as JEAN A. DURLING ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Patrick J. Egan, Acting as PATRICK J. EGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael Eidel, Acting as MICHAEL EIDEL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Andrew S. Esler, Acting as ANDREW S. ESLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Tristram R. Fall, III, Acting as TRISTRAM R. FALL, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Craig L. Finger, Acting as CRAIG L. FINGER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Barbara R. Flacker, Acting as BARBARA R. FLACKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Howard R. Flaxman, Acting as HOWARD R. FLAXMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

John Cornell Fuller, Acting as JOHN CORNELL FULLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Eleanor Vaida Gerhards**, Acting as ELEANOR VAIDA GERHARDS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David M. Giles**, Acting as DAVID M. GILES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward Gillespie**, Acting as EDWARD GILLESPIE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John L. Grossman**, Acting as JOHN L. GROSSMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Debra L. Gruenstein**, Acting as DEBRA L. GRUENSTEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robert W. Gundlach Jr.**, Acting as ROBERT W. GUNDLACH JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Johns J. Haggerty**, Acting as JOHN J. HAGGERTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jesse M. Harris**, Acting as JESSE M. HARRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Dylan T. Hastings**, Acting as DYLAN T. HASTINGS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gerald M. Hatfield**, Acting as GERALD M. HATFIELD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward J. Hayes**, Acting as EDWARD J. HAYES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gary A. Hecht**, Acting as GARY A. HECHT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gabriel B. Herman**, Acting as GABRIEL B. HERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Philip L. Hinerman**, Acting as PHILIP L. HINERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kelley B. Hodge**, Acting as KELLEY B. HODGE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Joshua Horn**, Acting as JOSHUA HORN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Nathan Huddel**, Acting as NATHAN HUDDELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Theodore H. Jobes**, Acting as THEODORE H. JOBES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward J. Kabala**, Acting as EDWARD J. KABALA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Odia Kagan**, Acting as ODIA KAGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen H. Kalis**, Acting as STEPHEN H. KALIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jessica Labella Kitain**, Acting as JESSICA LABELLA KITAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gregory J. Kleiber**, Acting as GREGORY J. KLEIBER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Kornacki**, Acting as MICHAEL J. KORNACKI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Lisa B. Lane**, Acting as LISA B. LANE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mathew D. Lee**, Acting as MATTHEW D. LEE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Holly Lentz Kleeman**, Acting as HOLLY LENTZ KLEEMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Leonard**, Acting as MICHAEL J. LEONARD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Olufunke O. Leroy**, Acting as OLUFUNKE O. LEROY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jane E. Lessner,** Acting as JANE E. LESSNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

**Brian J. Levin,** Acting as BRIAN J. LEVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

**Matthew A. Levitsky,** Acting as MATTHEW A. LEVITSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

**Sidney S. Liebesman,** Acting as SIDNEY S. LIEBESMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

**Steven K. Ludwig,** Acting as STEVEN K. LUDWIG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew M. Macdonald,** Acting as ANDREW M. MACDONALD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

**Jason C. Manfrey,** Acting as JASON C. MANFREY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

**Robin B. Matlin,** Acting as ROBIN B. MATLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

**James A. Matthews III,** Acting as JAMES A. MATTHEWS III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

**Mark G. McCreary,** Acting as MARK G. MCCREARY, CIPP/US ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

**Brian McGinnis,** Acting as BRIAN MCGINNIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

**Lauren P. McKenna,** Acting as LAUREN P. MCKENNA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

**Ian D. Meklinsky,** Acting as IAN D. MEKLINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

**Michael G. Menkowitz,** Acting as MICHAEL G. MENKOWITZ ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20ᵗʰ Floor, Philadelphia, Pennsylvania [19103]; and

**Ryan North Miller**, Acting as RYAN NORTH MILLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sarah K. Minteer**, Acting as SARAH K. MINTEER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Catherine M. Monte**, Acting as CATHERINE M. MONTE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark L. Morris**, Acting as MARK L. MORRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sanford K. Mozes**, Acting as SANFORD K. MOZES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Carrie B. Nase-Poust**, Acting as CARRIE B. NASE-POUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Marc E. Needles**, Acting as MARC E. NEEDLES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ramon R. Obod**, Acting as RAMON R. OBOD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jay G. Ochroch**, Acting as JAY G. OCHROCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Christopher D. Olszyk, Jr.**, Acting as CHRISTOPHER D. OLSZYK, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian J. O'Neill**, Acting as BRIAN J. O'NEILL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Thomas D. Paradise**, Acting as THOMAS D. PARADISE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Joseph F. Posillico**, Acting as JOSEPH F. POSILLICO ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David S. Rasner**, Acting as DAVID S. RASNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Eric E. Reed**, Acting as ERIC E. REED ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

NOTICE OF DEFAULT and CONSENT TO JUDGMENT
Private Case Number: RE 327 506 200 US

**Abraham C. Reich,** Acting as ABRAHAM C. REICH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Dan Reiter,** Acting as DAN REITER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephanie Resnick,** Acting as STEPHANIE RESNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kristen Poetzel Ricci,** Acting as KRISTEN POETZEL RICCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael Rinehart,** Acting as MICHAEL RINEHART ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Bradley S. Rodos,** Acting as BRADLEY S. RODOS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michelle S. Rosenberg,** Acting as MICHELLE S. ROSENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Barnett Satinsky,** Acting as BARNETT SATINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Magdalena Schardt,** Acting as MAGDALENA SCHARDT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kevin B. Scott,** Acting as KEVIN B. SCOTT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jacqueline G. Segal,** Acting as JACQUELINE G. SEGAL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ronald J. Shaffer,** Acting as RONALD J. SHAFFER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark L. Silow,** Acting as MARK L. SILOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Nevena Simidjiuska,** Acting as NEVENA SIMIDJIUSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David B. Snyder,** Acting as DAVID B. SNYDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David S. Sokolow,** Acting as DAVID S. SOKOLOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Shelly A. Solomon,** Acting as SHELLY A. SOLOMON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**William H. Stassen,** Acting as WILLIAM H. STASSEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Trisha B. Stein,** Acting as TRISHA B. STEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Paul Straub,** Acting as PAUL STRAUB ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John J. Stubbs,** Acting as JOHN J. STUBBS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Julia Swain,** Acting as JULIA SWAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael L. Temin,** Acting as MICHAEL L. TEMIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robert S. Tintner,** Acting as ROBERT S. TINTNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Craig R. Tractenberg,** Acting as CRAIG R. TRACTENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Peter J. Tucci,** Acting as PETER J. TUCCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael K. Twersky,** Acting as MICHAEL K. TWERSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Scott L. Vernick,** Acting as SCOTT L. VERNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Viscount, Jr.,** Acting as MICHAEL J. VISCOUNT, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Marvin L. Weinberg,** Acting as MARVIN L. WEINBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Beth L. Weisser,** Acting as BETH L. WEISSER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen P. Weiss,** Acting as STEPHEN P. WEISS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gregory B. Williams,** Acting as GREGORY B. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ronald L. Williams,** Acting as RONALD L. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Adam R. Young,** Acting as ADAM R. YOUNG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 999 Peachtree Street NE, Suite 1500, Atlanta Georgia [30309]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 1301 Atlantic Avenue Midtown Building, Suite 400, Atlantic City, New Jersey [08401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 10 Sentry Parkway, Suite 200, Post Office Box 3001, Blue Bell, Pennsylvania [19422]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of YS AT LAW, and/or Assigns, In care of 101 N. Tryon Street, Suite 1300, Charlotte, North Carolina [28246]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 321 North Clark Street, Suite 1600, Chicago, Illinois [60654]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2501 North Harwood Street, Suite 1800, Dallas, Texas [75201]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1225 17th Street, Suite 2200, Denver, Colorado [80202]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 747 Constitution Drive, Suite 100, Post Office Box 673, Exton, Pennsylvania [19341]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 230 North Elm Street, Suite 1200, Greensboro, North Carolina [27401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2 West Washington Street, Suite 110, Greenville, South Carolina [29601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Summerlin Office Building, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada [89135]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 10250 Constellation Boulevard, Suite 900, Los Angeles, California [ 90067]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Biscayne Tower, 2 South Biscayne Boulevard, Suite 2750, Miami, Florida [33131]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Campbell Mithun Tower, 222 South Ninth Street, Suite 2000, Minneapolis Minnesota [55402]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 49 Market Street, Morristown, New Jersey [07960]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 101 Park Avenue, 17th Floor, New York, New York [10178]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of BNY Mellon Center, 500 Grant Street, Suite 2500, Pittsburgh Pennsylvania [15219]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Princeton Pike Corporate Center 997 Lenox Drive, Lawrenceville, New Jersey [08648]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 434 Fayetteville Street, Suite 2800, Raleigh, North Carolina [27601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1001 Fourth Avenue, Suite 4500, Seattle Washington, [98154]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 8300 Greensboro Drive, Suite 1000, Tysons Virginia, [22102]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2700 Kelly Road, Suite 300, Warrington, Pennsylvania [18976]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1030 15th Street North West, Suite 380 East, Washington, District of Columbia [20005]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 777 South 1700 West Tower, West Palm Beach, Florida [33401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 919 North Market Street, Suite 300, Post Office Box 2323, Wilmington, Delaware [19899]; and

Charles W. Scharf, Acting as CHARLES W. SCHARF, CHIEF EXECUTIVE OFFICER, PRESIDENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

Scott E. Powell, Acting as SCOTT E. POWELL, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF . OPERATING OFFICE, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

John R. Shrewsberry, Acting as JOHN R. SHREWSBERRY, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Muneera S. Carr,** Acting as MUNEERA S. CARR, EVP, CHIEF ACCOUNTING OFFICER, CONTROLLER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**William M. Daley,** Acting as WILLIAM M. DALEY, VICE CHAIRMAN OF PUBLIC AFFAIRS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Derek A. Flowers,** Acting as DEREK A. FLOWERS, SENIOR EVP, HEAD OF STRATEGIC EXECUTION and OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]: and

**David C. Gallorees,** Acting as DAVID C. GALLOREES, SENIOR EVP, HEAD OF HUMAN RESOURCES, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Mary T. Mack,** Acting as MARY T. MACK, SENIOR EVP, CEO OF CONSUMER & SMALL BUSINESS BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Amanda G. Norton,** Acting as AMANDA G. NORTON, SENIOR EVP, CHIEF RISK OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Lester J. Owens,** Acting as LESTER J. OWENS, SENIOR EVP, HEAD OF OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104];and

**Ellen R. Patterson,** Acting as ELLEN R. PATTERSON, SENIOR EVP, GENERAL COUNSEL, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Perry G. Pelos,** Acting as PERRY G. PELOS, SENIOR EVP, CEO OF COMMERCIAL BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Scott E. Powell,** Acting as SCOTT E. POWELL, SENIOR EVP, CHIEF OPERATING OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Julie L. Scammahorn,** Acting as JULIE L. SCAMMAHORN, ACTING AS JULIE L. SCAMMAHORN, SENIOR EVP, CHIEF AUDITOR, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Barry Sommers,** Acting as BARRY SOMMERS, SENIOR EVP, CEO OF WEALTH & INVESTMENT MANAGEMENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Saul Van Beurden,** Acting as SAUL VAN BEURDEN, SENIOR EVP, HEAD OF TECHNOLOGY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Michael S. Weinbach,** Acting as MICHAEL S. WEINBACH, SENIOR EVP, CEO OF CONSUMER LENDING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Jonathan G. Weiss**, Acting as JONATHAN G. WEISS, SENIOR EVP, CEO OF CORPORATE & INVESTMENT BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

ALL AGENTS for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

EQUIFAX CORPORATION; AND

EXPERIAN CORPORATION; AND

TRANSUNION CORPORATION; AND

JOHN OR JANE DOES 1-50;

JOINTLY AND SEVERALLY, CORPORATELY AND PERSONALLY;


In care of:
**Harry Burnett Reese**, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053] -- Sent via FEDEX and USPS Certified Mail Receipt No. **7019 0700 0000 6633 7874**

**Martha B. Chovanes**, Acting as MARTHA B. CHOVANES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103] -- Sent via FEDEX and USPS Certified Mail Receipt No. **7019 0700 0000 6633 7881**

**John R. Shrewsberry**, Acting as JOHN R. SHREWSBERRY, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104] Sent via FEDEX and USPS Certified Mail Receipt No. **7019 0700 0000 6633 7898**

**Claimant Hereby Gives The Following Trust Directive Regarding The Delivery Of This Said Notice:**

Harry Burnett Reese, and/or Agents, Assigns, and/or Successors, are charged with delivering a true copy to ALL RESPONDENTs of **POWERS KIRN & ASSOCIATES LLC**; and

Martha B. Chovanes, and/or Agents, Assigns, and/or Successors are charged with delivering a true copy to ALL RESPONDENTS **FOX ROTHCHILD, LLP ATTORNEYS AT LAW**, and a true copy to ALL RESPONDENTS of **WELLS FARGO BANK, N.A.**
(as so requested by notice of expressed representation in response dated October 19th 2020)

## STATEMENT OF FACTS

1. On or about October 15, 2020 at 5:10 p.m., "RESPONDENTS" of POWERS KIRN & ASSOCIATES LLC received a true and correct copy of **Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule**; Private Case Number: RE 327 506 200 US dated September 29, 2020, by USPS Certified Mail No. **7017 3380 0000 9203 2296** from the Claimant for RESPONDENTS attention; AND

2. On or about October 6, 2020 at 1:04 p.m., "RESPONDENTS" of FOX ROTHSCHILD, LLP received a true and correct copy of **Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule**; Private Case Number: RE 327 506 200 US dated September 29, 2020, by USPS Certified Mail No. **7017 3380 0000 9203 2302** from the Claimant for RESPONDENTS attention; AND

3. "RESPONDENTS" of FOX ROTHSCHILD, LLP has agreed to accept notice for and respond on behalf of "RESPONDENTS" WELLS FARGO BANK, N. A. by way of written expressed notice as a response dated October 19, 2020 that "RESPONDENTS" of FOX ROTHSCHILD, LLP is representing "RESPONDENTS" of WELLS FARGO BANK, N.A.;

AND

4.    As of the 26th day of October, 2020, "RESPONDENTS" have **not** sufficiently responded to the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE**; Private Case Number: RE 327 506 200 US dated September 29, 2020,
       AND

5.    On or about November 2, 2020 at 11:28 a.m., "RESPONDENTS" of POWERS KIRN & ASSOCIATES LLC received via FEDEX PRIORITY OVERNIGHT NO. 398401054737; signed for by "S. Gonzales" at the "Receptionist/Front Desk", and via Certified Mail U.S. Postal Service NO. 7020 1290 0000 6327 2568 on or about November 2, 2020 at 11:16 a.m., a true and correct copy of the **Notice of Fault Opportunity to Cure**; Re: Private Case Number: RE 327 506 200 US along with the following additional Enclosures were sent as a reminder and second chance to sufficiently respond and/or sufficiently perform to cure their dishonor :
       a) **Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule**; Private Case Number: RE 327 506 200 US dated September 29, 2020 (original sent by USPS Certified Mail No. 7017 3380 0000 9203 2296),
       b) **Proof of Delivery for the above stated document from U.S. Postal Service**
       c) **Affidavit of Non-Performance**
       d) **Affidavit of Non- Response; and**
       e) **Fox Rothschild LLP Insufficient Response** from the Claimant for RESPONDENTS attention;
       AND

6.    On or about November 2, 2020 at 8:44 a.m., "RESPONDENTS" of WELLS FARGO BANK N.A. received via FEDEX PRIORITY OVERNIGHT NO. 398400946049; signed for by "T. Wilson" of the "Shipping/Receiving" department, and via Certified Mail U.S. Postal Service NO. 7020 1290 0000 6327 2582 on or about November 2, 2020 at 9:47 a.m., a true and correct copy of the **Notice of Fault Opportunity to Cure**; Re: Private Case Number: RE 327 506 200 US along with the following additional Enclosures:
       a) **Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule**; Private Case Number: RE 327 506 200 US dated September 29, 2020 (original sent by USPS Certified Mail No. 7017 3380 0000 9203 2302),
       b) **Proof of Delivery for the Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule from U.S. Postal Service**
       c) **Affidavit of Non-Performance**
       d) **Affidavit of Non- Response; and**
       e) **Fox Rothschild LLP Insufficient Response** from the Claimant for RESPONDENTS attention;
       AND

7.    On or about November 2, 2020 at 9:34 a.m., "RESPONDENTS" of FOX ROTHSCHILD LLP. received via FEDEX PRIORITY OVERNIGHT NO. 398401207120; signed for by "A. Rosario" of the "Mailroom", and via Certified Mail U.S. Postal Service NO. 7020 1290 0000 6327 2582 on or about November 2, 2020 at 2:19 p.m., a true and correct copy of the **Notice of Fault Opportunity to Cure**; Re: Private Case Number: RE 327 506 200 US along with the following additional Enclosures:
       a) **Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule**; Private Case Number: RE 327 506 200 US dated September 29, 2020 (original sent by USPS Certified Mail No. 7017 3380 0000 9203 2302),
       b) **Proof of Delivery for the Constructive Notice of Conditional Acceptance with Commercial Affidavit and Fee Schedule from U.S. Postal Service**
       c) **Affidavit of Non-Performance**
       d) **Affidavit of Non- Response; and**
       e) **Fox Rothschild LLP Insufficient Response** from the Claimant for RESPONDENTS attention;
       AND

8.    As of today's day, the 10th day of November, 2020, ALL "RESPONDENTS" have failed to sufficiently respond to the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE**; Private Case Number: RE 327 506 200 US dated September 29, 2020, and the **NOTICE OF FAULT AND OPPORTUNITY TO CURE** dated October 26, 2020.
       AND

9.    ALL "RESPONDENTS", Agents, Successors, and/or Agents, Successors, and/or Assigns, Jointly, Severely, Corporately, and Personally are at Fault in this matter,

AND

10. As an operation of law, "RESPONDENTS" by dishonor of the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE**; Private Case Number: RE 327 506 200 US dated September 29, 2020, and the **NOTICE OF FAULT AND OPPORTUNITY TO CURE** dated October 26, 2020, have created a FAULT.

This failure to respond, and now DEFAULT, is as an operation of law, Respondent's **FINAL** admission and agreement to all statements and claims made by Claimant through *tacit procuration* pertaining to the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE**; Private Case Number: RE 327 506 200 US dated September 29, 2020 and the **NOTICE OF FAULT AND OPPORTUNITY TO CURE** dated October 26, 2020 executed by :Tarani-Alike: Johnson, the entire whole matter is *res judicata* and *stare decisis* and Respondents are in estoppel by Respondents' failure to respond.

## SILENCE IS ACQUIESCENCE - SPEAK NOW OR FOREVER HOLD YOUR PEACE

Failure to respond or responding with other than the demanded verified proof and full, whole and complete accounting, via sworn affidavit, under RESPONDENTS' full and complete commercial liability, signing under penalty of perjury, will be documented and memorialized with an Affidavit of Non-Response and an Affidavit of Non-Performance and constitutes an agreement between ALL "RESPONDENTS", Jointly and Severally, Corporately and Personally, and their Agents, Successors, and/or Assigns, and The Claimant that:

1. ALL Respondents **DO NOT** have a valid claim against Claimant, :Tarani-Alike: Johnson:, a living woman; American Freewoman, Private Citizen of the United States of America; American National, Authorized Agent, and Sole Beneficiary of the trust known as **TARANI A. JOHNSON** also known as **Tarani Alike Johnson ™ ©**, Federal Trademark # **88859594** also known as **TARANI ALIKE JOHNSON** nor against the Collateral Property known as **2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131]** therefore having no past, present or future claims against Claimant; and

2. All Respondents consent to a Zero Balance Judgment against Claimant, Defendant, Plaintiff, and a Zero Balance Claim against the Collateral Property known as **2285 Bryn Mawr Avenue Philadelphia, Pennsylvania [near 19131]** therefore having no past, present or future claim against Claimant, leaving :Tarani-Alike: Johnson:, a living woman and Authorized Agent and Sole Beneficiary for TARANI ALIKE JOHNSON, A PRIVATE TRUST unencumbered, resulting in full and complete settlement, past, present and future between all parties.; and

3. ALL RESPONDENTS grant Claimant specific Power of Attorney to sign any and all documents deemed necessary to mark the alleged account to a zero balance, remove any outstanding judgments, cancel lien against collateral, re-convey title, and cancel the trust which holds the alleged mortgage, signed by Claimant on behalf of ALL RESPONDENTS.

4. ALL RESPONDENTS grant Administrative Judgment for Theft against All RESPONDENTS, jointly, severally, corporately and personally, in Claimants' favor; and award Plaintiff and Real Party in Interest compensatory damages in the amount of **One-million DOLLARS and Zero CENTS ($1,000,000.00US)** for the unreturned tender of payment that was issued to RESPONDENTS on or about April 12, 2018, and an additional amount of **One-million DOLLARS and Zero CENTS ($1,000,000.00US)** for the unreturned

tender of payment that was issued to RESPONDENTS on or about April 27, 2018; for a sum total of **Two-million DOLLARS and Zero CENTS ($2,000,000.00US)** in compensatory damages, plus costs and interest.

5. An Agreement between ALL RESPONDENTS and Claimant will be enforced to grant Administrative Judgment for Fraudulent Misrepresentation and Unjust Enrichment against All RESPONDENTS, jointly, severally, corporately and personally, in Claimants' favor; and award Claimant treble-damages for antitrust violations in the amount of **Six-million DOLLARS and Zero CENTS ($6,000,000.00US)** in Punitive Damages, plus costs and interest.

6. An Agreement between ALL RESPONDENTS and Claimant will be enforced that invokes the Clayton Antitrust Act of 1914 and grants judgment to Plaintiff for the fraudulent conveyance of language and conspiracy to commit fraudulent conveyance of language for Defendant's own profit by unlawfully demanding **Three-hundred Ninety-two Thousand DOLLARS and Zero CENTS ($392,000.00US)** or by taking Plaintiff's collateral property described within; and award Plaintiff treble-damages for antitrust violations in the amount of **One-million Five-hundred Sixty-Eight DOLLARS and Zero CENTS ($1,568,000.00)** in punitive damages, plus costs and interest.

7. ALL "RESPONDENTS" consent to a commercial lien against "RESPONDENTS" personal assets including but not limited to all real property, all personal property (excluding wedding photos and rings), "RESPONDENTS" Errors and Omissions Insurance Policy, "RESPONDENTS" Liability Insurance Policy, "RESPONDENTS" Public Bond; and

8. ALL "RESPONDENTS" consent to garnishments of Wages, Fees, Commissions, Bank Accounts, and Retirement Accounts; and

9. ALL "RESPONDENTS" consent to interest charges and adjustments until full balance is paid; and

10. ALL "RESPONDENTS" consent to an adjusted balance to be paid to Claimant in the amount totaling **Nine-million Five-hundred Sixty-Eight Thousand DOLLARS and Zero CENTS ($9,568,000.00).**

"i, a woman commonly known as :Tarani-Alike: Johnson:, (Claimant), on my own unlimited commercial liability, certify that I have read the above and do know that the facts contained are true, correct and complete, not misleading, the truth, the whole truth and nothing but the truth."

Govern Yourselves Accordingly,

IN WITNESS WHEREOF i hereunto set my hand and seal on this ____ 10ᵗʰ ____ day of November, 2020 and hereby certify all the statements made above are true, correct and complete.

By: _johnson, tarani-alike   General Executrix_

:Tarani-Alike: Johnson:, American Freewomah
Private Civilian of the United States of America: American National
Private Civilian of the Commonwealth of Pennsylvania
Special and Private Inhabitant, domiciled in Philadelphia County
All Rights Reserved Without Prejudice

Enclosures:

1. True Certified Copy of **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE** dated September 29th, 2020; AND

2. Copy of Proof of Delivery of **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE WITH COMMERCIAL AFFIDAVIT and FEE SCHEDULE** via USPS Certified Mail **7017 3380 0000 9203 2296** and USPS Certified Mail **7017 3380 0000 9203 2302;** AND

3. True Certified Copies of **AFFIDAVIT OF NON-PERFORMANCE** and **AFFIDAVIT OF NON- RESPONSE** dated October 26th, 2020; AND

4. Copy of **FOX ROTHSCHILD LLP INSUFFICIENT RESPONSE** dated October 19th, 2020 (2 Original Insufficient Responses from FOX ROTHSCHILD LLP returned directly back to sender); AND

5. True Certified Copy of **NOTICE OF FAULT and OPPORTUNITY TO CURE** dated October 26th, 2020; AND

6. Copies of Proof of Delivery of true certified copies of **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE WITH COMMERCIAL AFFIDAVIT and FEE SCHEDULE, NOTICE OF FAULT and OPPORTUNITY TO CURE, AFFIDAVITS OF NON-PREFORMANCE and NON-RESPONSE** dated October 26th 2020, and **FOX ROTHSCHILD LLP INSUFFICIENT RESPONSE** dated October 19th, 2020 via USPS Certified Mail **7020 1290 0000 6327 2568, 7020 1290 0000 6327 2582,** and **7020 1290 0000 6327 2575;** AND

7. Copies of Proof of Delivery of the true certified copies of **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE WITH COMMERCIAL AFFIDAVIT and FEE SCHEDULE, NOTICE OF FAULT and OPPORTUNITY TO CURE, AFFIDAVITS OF NON-PREFORMANCE and NON-RESPONSE** dated October 26th 2020, and **FOX ROTHSCHILD LLP INSUFFICIENT RESPONSE** dated October 19th, 2020 via FEDEX PRIORITY OVERNIGHT personal delivery No. 398400946049, No. 398401054737, and No. 398401207120; AND

8. True Certified Copies of **AFFIDAVIT OF NON-PERFORMANCE** and **AFFIDAVIT OF NON-RESPONSE** dated November 10th, 2020

9. Invoice for Financial Injury due and payable by WELLS FARGO BANK, N.A., POWERS KIRN & ASSOCIATES LLC, and FOX ROTHSCHILD LLP et al to Tarani-Alike Johnson; Invoice No. WFB2285-1

10. True Certified Copy of **ESTOPPEL BY ACQUIESCENCE**

Copies to:

The Honorable Governor, Tom Wolf, in care of 225 Main Capitol Building Harrisburg, Pennsylvania 17120, and

The Honorable Attorney General of Pennsylvania, Josh Shapiro, in care of Strawberry Square, Harrisburg Pennsylvania 17120; and

The Honorable Governor, Andrew M. Cuomo in care of New York State, State Capitol Building, Albany, New York 12224; and

The Honorable Attorney General of New York, Letitia James, in care of The Capitol, Albany, New York 12224; and

The Honorable Governor of California, Gavin Newsom, in care of 1303 10th Street, Suite 1173, Sacramento, California, 95814, Harrisburg Pennsylvania 17120; and

The Honorable Attorney General of California, Xavier Becerra, in care of 1300 "I" Street, Sacramento California 95814.

---

Verification and Acknowledgement

United States of America                )
Commonwealth of Pennsylvania            )        s. a.
Philadelphia County                     )

Subscribed and sworn (or affirmed) before me on this _10th_ day of November, 2020.

By :  :Tarani-Alike: Johnson:

Personally known to me.

Witness 1                                         Witness 2

_laurie  robert-Konji_                            _John Jymes Pike_
in care d : 2285 Bryn Mawr-Avenue                 in care of : 2400 Ocean Crest Blvd
_Philadelphia, Pennsylvania_                      _Far Rockaway, New York_ [11691]
(name and address of witness) [19131]             (name and address of witness)

---



# EVIDENCE

## ATTACHMENT

## E





# AFFIDAVIT OF NON-RESPONSE

**Notice to Agent is Notice to Principal**
**Notice to Principal is Notice to Agent**

Private Case Number: **RE 327 506 200 US**

**SENT VIA REGISTERED MAIL;** RE 327 506 227 US; RE 327 506 235 US; and RE 327 506 244 US

**SENT VIA FED EX**

**SENT VIA USPS CERTIFIED MAIL RECEIPT**

On this 10th day of November 2020, for the purpose of verification, i, :Tarani-Alike: Johnson:, do certify that I am of legal age, of sound mind, will testify to the veracity of my statements, and have NOT received a RESPONSE from **Harry Burnett Reese**, Acting as **HARRY BURNETT REESE ATTORNEY**, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; **AND  Harry B. Reese**, Acting as **HARRY B. REESE ATTORNEY**, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, **AND Prince Altee Thomas**, Acting as **PRINCE ALTEE THOMAS ATTORNEY**, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; **AND Martha B. Chovanes**, Acting as **MARTHA B. CHOVANES ATTORNEY**, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; **AND**

**ALL Agents for POWERS KIRN & ASSOCIATES LLC,** and/or Successors, and/or Assigns; **AND**

**ALL Agents for WELLS FARGO BANK, N.A.,** and/or Successors, and/or Assigns; **AND**

**ALL Agents for FOX ROTHCHILD, LLP ATTORNEYS AT LAW,** and/or Successors, and/or Assigns;

regarding the rebuttal of the Constructive Notice of Conditional Acceptance and attached Commercial Affidavit by a real party of Respondents; labeled herein as **Private Case No. RE 327 506 200 US**; on a point-by-point basis, via sworn affidavit, under Respondent's full and unlimited commercial liability, signing under penalty of perjury, that the facts contained therein are true, correct, complete and not misleading, OR refund of tender in full in the adjusted amount of on one million and zero cents ($1,000,000,000US) sent via Registered Mail **RE 327463 756 US** on or about April 12, 2018; and refund of tender in full in the adjusted amount of on one million and zero cents ($1,000,000,000US) sent via Registered Mail **RE 475 578 147 US** on or about

April 27, 2018; and refund of tender in full in the adjusted amount of on one million and zero cents ($1,000,000,000US) sent via Registered Mail **RE 327 506 160 US** on September 21, 2020, OR conveyance of title.

Such document described above referenced by Private Case Number: **RE 327 506 200 US** was sent along with a true certified copy of **NOTICE OF FAULT and OPPORTUNITY TO CURE** dated October 26, 2020; true certified copy of **AFFIDAVIT OF NON-PERFORMANCE** dated October 26, 2020; true certified copy of **AFFIDAVIT OF NON-RESPONSE** dated October 26, 2020, Copy of Proof of the **CONSTRUCTIVE NOTICE OF CONDITONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE**; and true certified copy of **FOX ROTHSCHILD LLP 's INSUFFICIENT RESPONSE** dated October 19, 2020 via FEDEX PRIORITY OVERNIGHT delivery No. 398400946049, 398401054737, and 398401207120; and USPS Certified Mail Number(s) 7020 1290 0000 6327 2568, and 7020 1290 0000 6327 2582, 7020 1290 0000 6327 2575 on October 30, 2020 to:

**Harry Burnett Reese**, Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Harry B. Reese**, Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Jill Manuel-Coughlin**, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Sarah E. Powers,** Acting as SARAH E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**William M.E. Powers, III,** Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Edward W. Kirn, III,** Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Sarah K. McCaffery,** Acting as SARAH K. MCCAFFERY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Jolanta M. Pekalska,** Acting as JOLANTA M. PEKALSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Matthew James Mcdonnell,** Acting as MATTHEW JAMES MCDONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Feasterville Trevose, Pennsylvania, and/or Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Harry Burnett Reese,** Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Harry B. Reese,** Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Angela C Pattison,** Acting as ANGELA C PATTISON ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Edward Kirn,** Acting as EDWARD KIRN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Edward W. Kirn, III,** Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Frances M Kelly**, Acting as FRANCES M KELLY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Jeanette Jacqueline O'Donnell**, Acting as JEANETTE JACQUELINE O'DONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Jill Manuel-Coughlin**, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Mathew James Forrester**, Acting as MATHEW JAMES FORRESTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Sarah Ellis Powers**, Acting as SARAH ELLIS POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Sarah Powers**, Acting as SARAH POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William Me Shah**, Acting as WILLIAM ME SHAH ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers, Jr.,** Acting as WILLIAM M.E. POWERS, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers, III**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William Powers**, Acting as WILLIAM POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Moorestown, New Jersey, and/or Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Prince Altee Thomas,** Acting as PRINCE ALTEE THOMAS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gerald W. Arth,** Acting as GERALD E. ARTH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jerald David August,** Acting as JERALD DAVID AUGUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Scott M. Badami,** Acting as SCOTT M. BADAMI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ahmed Bahgat,** Acting as AHMED BAHGAT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Catherine T. Barbieri,** Acting as CATHERINE T. BARBIERI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Alexis Barron,** Acting as ALEXIS BARRON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Bassett,** Acting as MICHAEL J. BASSETT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Herbert Bass,** Acting as HERBERT BASS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ryant T. Becker,** Acting as RYAN T. BECKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian A. Berkley,** Acting as BRIAN A. BERKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brett A. Berman, Acting as BRETT A. BERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael S. Bookbinder, Acting as MICHAEL S. BOOKBINDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Nathan M. Buchter, Acting as NATHAN M. BUCHTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Peter C. Buckley, Acting as PETER C. BUCKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Maura L. Burke, Acting as MAURA L. BURKE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Kristina Neff Burland, Acting as KRISTINA NEFF BURLAND ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jacqueline M. Carolan, Acting as JACQUELINE M. CAROLAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Frank T. Carroll, Acting as FRANK T. CARROLL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Martha B. Chovanes, Acting as MARTHA B. CHOVANES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Stephen M. Cohen, Acting as STEPHEN M. COHEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David H. Colvin, Acting as DAVID H. COLVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ian M. Comisky,** Acting as IAN M. COMISKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew S. Console,** Acting as ANDREW S. CONSOLE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Siana Danch,** Acting as SIANA DANCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**E. Gerald Donnelly, Jr.,** Acting as E. GERALD DONNELLY, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David A. Doty,** Acting as DAVID A. DOTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jean A. Durling,** Acting as JEAN A. DURLING ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and .

**Patrick J. Egan,** Acting as PATRICK J. EGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael Eidel,** Acting as MICHAEL EIDEL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew S. Esler,** Acting as ANDREW S. ESLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Tristram R. Fall, III,** Acting as TRISTRAM R. FALL, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Craig L. Finger,** Acting as CRAIG L. FINGER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Barbara R. Flacker,** Acting as BARBARA R. FLACKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Howard R. Flaxman,** Acting as HOWARD R. FLAXMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John Cornell Fuller,** Acting as JOHN CORNELL FULLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Eleanor Vaida Gerhards,** Acting as ELEANOR VAIDA GERHARDS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David M. Giles,** Acting as DAVID M. GILES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward Gillespie,** Acting as EDWARD GILLESPIE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John L. Grossman,** Acting as JOHN L. GROSSMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Debra L. Gruenstein,** Acting as DEBRA L. GRUENSTEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robert W. Gundlach Jr.,** Acting as ROBERT W. GUNDLACH JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Johns J. Haggerty,** Acting as JOHN J. HAGGERTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jesse M. Harris,** Acting as JESSE M. HARRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Dylan T. Hastings,** Acting as DYLAN T. HASTINGS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gerald M. Hatfield,** Acting as GERALD M. HATFIELD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward J. Hayes,** Acting as EDWARD J. HAYES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gary A. Hecht,** Acting as GARY A. HECHT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gabriel B. Herman,** Acting as GABRIEL B. HERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Philip L. Hinerman,** Acting as PHILIP L. HINERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kelley B. Hodge,** Acting as KELLEY B. HODGE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Joshua Horn,** Acting as JOSHUA HORN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Nathan Huddel,** Acting as NATHAN HUDDELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Theodore H. Jobes,** Acting as THEODORE H. JOBES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward J. Kabala,** Acting as EDWARD J. KABALA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Odia Kagan,** Acting as ODIA KAGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen H. Kalis,** Acting as STEPHEN H. KALIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jessica Labella Kitain,** Acting as JESSICA LABELLA KITAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gregory J. Kleiber,** Acting as GREGORY J. KLEIBER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Kornacki,** Acting as MICHAEL J. KORNACKI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Lisa B. Lane,** Acting as LISA B. LANE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mathew D. Lee,** Acting as MATTHEW D. LEE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Holly Lentz Kleeman,** Acting as HOLLY LENTZ KLEEMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Leonard,** Acting as MICHAEL J. LEONARD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Olufunke O. Leroy,** Acting as OLUFUNKE O. LEROY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jane E. Lessner,** Acting as JANE E. LESSNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brian J. Levin, Acting as BRIAN J. LEVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Matthew A. Levitsky, Acting as MATTHEW A. LEVITSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Sidney S. Liebesman, Acting as SIDNEY S. LIEBESMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Steven K. Ludwig, Acting as STEVEN K. LUDWIG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Andrew M. Macdonald, Acting as ANDREW M. MACDONALD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jason C. Manfrey, Acting as JASON C. MANFREY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Robin B. Matlin, Acting as ROBIN B. MATLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

James A. Matthews III, Acting as JAMES A. MATTHEWS III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Mark G. McCreary, Acting as MARK G. MCCREARY, CIPP/US ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brian McGinnis, Acting as BRIAN MCGINNIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Lauren P. McKenna, Acting as LAUREN P. MCKENNA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ian D. Meklinsky, Acting as IAN D. MEKLINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael G. Menkowitz, Acting as MICHAEL G. MENKOWITZ ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ryan North Miller, Acting as RYAN NORTH MILLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Sarah K. Minteer, Acting as SARAH K. MINTEER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Catherine M. Monte, Acting as CATHERINE M. MONTE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Mark L. Morris, Acting as MARK L. MORRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Sanford K. Mozes, Acting as SANFORD K. MOZES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Carrie B. Nase-Poust, Acting as CARRIE B. NASE-POUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Marc E. Needles, Acting as MARC E. NEEDLES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ramon R. Obod, Acting as RAMON R. OBOD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jay G. Ochroch, Acting as JAY G. OCHROCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Christopher D. Olszyk, Jr., Acting as CHRISTOPHER D. OLSZYK, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Brian J. O'Neill, Acting as BRIAN J. O'NEILL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Thomas D. Paradise, Acting as THOMAS D. PARADISE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Joseph F. Posillico, Acting as JOSEPH F. POSILLICO ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David S. Rasner, Acting as DAVID S. RASNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Eric E. Reed, Acting as ERIC E. REED ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and .

Abraham C. Reich, Acting as ABRAHAM C. REICH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Dan Reitter, Acting as DAN REITER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Stephanie Resnick, Acting as STEPHANIE RESNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Kristen Poetzel Ricci, Acting as KRISTEN POETZEL RICCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael Rinehart, Acting as MICHAEL RINEHART ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Bradley S. Rodos, Acting as BRADLEY S. RODOS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michelle S. Rosenberg, Acting as MICHELLE S. ROSENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Barnett Satinsky, Acting as BARNETT SATINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Magdalena Schardt, Acting as MAGDALENA SCHARDT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Kevin B. Scott, Acting as KEVIN B. SCOTT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Jacqueline G. Segal, Acting as JACQUELINE G. SEGAL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ronald J. Shaffer, Acting as RONALD J. SHAFFER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Mark L. Silow, Acting as MARK L. SILOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Nevena Simidjiuska, Acting as NEVENA SIMIDJIUSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David B. Snyder, Acting as DAVID B. SNYDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

David S. Sokolow, Acting as DAVID S. SOKOLOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Shelly A. Solomon**, Acting as SHELLY A. SOLOMON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**William H. Stassen**, Acting as WILLIAM H. STASSEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Trisha B. Stein**, Acting as TRISHA B. STEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Paul Straub**, Acting as PAUL STRAUB ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John J. Stubbs**, Acting as JOHN J. STUBBS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Julia Swain**, Acting as JULIA SWAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael L. Temin**, Acting as MICHAEL L. TEMIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robert S. Tintner**, Acting as ROBERT S. TINTNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Craig R. Tractenberg**, Acting as CRAIG R. TRACTENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Peter J. Tucci**, Acting as PETER J. TUCCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael K. Twersky**, Acting as MICHAEL K. TWERSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Scott L. Vernick, Acting as SCOTT L. VERNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Michael J. Viscount, Jr., Acting as MICHAEL J. VISCOUNT, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Marvin L. Weinberg, Acting as MARVIN L. WEINBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Beth L. Weisser, Acting as BETH L. WEISSER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Stephen P. Weiss, Acting as STEPHEN P. WEISS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Gregory B. Williams, Acting as GREGORY B. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Ronald L. Williams, Acting as RONALD L. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Adam R. Young, Acting as ADAM R. YOUNG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 999 Peachtree Street NE, Suite 1500, Atlanta Georgia [30309]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 1301 Atlantic Avenue Midtown Building, Suite 400, Atlantic City, New Jersey [08401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 10 Sentry Parkway, Suite 200, Post Office Box 3001, Blue Bell, Pennsylvania [19422]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of YS AT LAW, and/or Assigns, In care of 101 N. Tryon Street, Suite 1300, Charlotte, North Carolina [28246]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 321 North Clark Street, Suite 1600, Chicago, Illinois [60654]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2501 North Harwood Street, Suite 1800, Dallas, Texas [75201]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1225 17th Street, Suite 2200, Denver, Colorado [80202]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 747 Constitution Drive, Suite 100, Post Office Box 673, Exton, Pennsylvania [19341]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 230 North Elm Street, Suite 1200, Greensboro, North Carolina [27401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2 West Washington Street, Suite 110, Greenville, South Carolina [29601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Summerlin Office Building, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada [89135]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 10250 Constellation Boulevard, Suite 900, Los Angeles, California [ 90067]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Biscayne Tower, 2 South Biscayne Boulevard, Suite 2750, Miami, Florida [33131]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Campbell Mithun Tower, 222 South Ninth Street, Suite 2000, Minneapolis Minnesota [55402]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 49 Market Street, Morristown, New Jersey [07960]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 101 Park Avenue, 17th Floor, New York, New York [10178]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of BNY Mellon Center, 500 Grant Street, Suite 2500, Pittsburgh Pennsylvania [15219]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Princeton Pike Corporate Center 997 Lenox Drive, Lawrenceville, New Jersey [08648]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 434 Fayetteville Street, Suite 2800, Raleigh, North Carolina [27601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1001 Fourth Avenue, Suite 4500, Seattle Washington, [98154]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 8300 Greensboro Drive, Suite 1000, Tysons Virginia, [22102]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2700 Kelly Road, Suite 300, Warrington, Pennsylvania [18976]; and '

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1030 15th Street North West, Suite 380 East, Washington, District of Columbia [20005]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 777 South 1700 West Tower, West Palm Beach, Florida [33401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 919 North Market Street, Suite 300, Post Office Box 2323, Wilmington, Delaware [19899]; and

**Charles W. Scharf,** Acting as CHARLES W. SCHARF, CHIEF EXECUTIVE OFFICER, PRESIDENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Scott E. Powell,** Acting as SCOTT E. POWELL, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF OPERATING OFFICE, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**John R. Shrewsberry,** Acting as JOHN R. SHREWSBERRY, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Muneera S. Carr,** Acting as MUNEERA S. CARR, EVP, CHIEF ACCOUNTING OFFICER, CONTROLLER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**William M. Daley,** Acting as WILLIAM M. DALEY, VICE CHAIRMAN OF PUBLIC AFFAIRS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Derek A. Flowers,** Acting as DEREK A. FLOWERS, SENIOR EVP, HEAD OF STRATEGIC EXECUTION and OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]: and

**David C. Gallorees,** Acting as DAVID C. GALLOREES, SENIOR EVP, HEAD OF HUMAN RESOURCES, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Mary T. Mack,** Acting as MARY T. MACK, SENIOR EVP, CEO OF CONSUMER & SMALL BUSINESS BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Amanda G. Norton,** Acting as AMANDA G. NORTON, SENIOR EVP, CHIEF RISK OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Lester J. Owens,** Acting as LESTER J. OWENS, SENIOR EVP, HEAD OF OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104];and

**Ellen R. Patterson,** Acting as ELLEN R. PATTERSON, SENIOR EVP, GENERAL COUNSEL, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Perry G. Pelos,** Acting as PERRY G. PELOS, SENIOR EVP, CEO OF COMMERCIAL BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Scott E. Powell,** Acting as SCOTT E. POWELL, SENIOR EVP, CHIEF OPERATING OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Julie L. Scammahorn,** Acting as JULIE L. SCAMMAHORN, ACTING AS JULIE L. SCAMMAHORN, SENIOR EVP, CHIEF AUDITOR, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Barry Sommers,** Acting as BARRY SOMMERS, SENIOR EVP, CEO OF WEALTH & INVESTMENT MANAGEMENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Saul Van Beurden,** Acting as SAUL VAN BEURDEN, SENIOR EVP, HEAD OF TECHNOLOGY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Michael S. Weinbach,** Acting as MICHAEL S. WEINBACH, SENIOR EVP, CEO OF CONSUMER LENDING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Jonathan G. Weiss,** Acting as JONATHAN G. WEISS, SENIOR EVP, CEO OF CORPORATE & INVESTMENT BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**ALL AGENTS** for **WELLS FARGO BANK, N.A.,** and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

EQUIFAX CORPORATION; and

EXPERIAN CORPORATION; and

TRANSUNION CORPORATION; and

JOHN OR JANE DOES 1-50;

JOINTLY AND SEVERALLY, CORPORATELY AND PERSONALLY;


In care of:

2285 Bryn Mawr Avenue, Philadelphia Pennsylvania [19131]

**SENT VIA REGISTERED MAIL;** RE 327 506 227 US; RE 327 506 235 US; and RE 327 506 244 US

**Sent via FEDEX**
**Sent via USPS Certified Mail Number**

November 10, 2020
_____
**Date**

By: johnson tarani-alike
Tarani-Alike: Johnson, a Living Woman and
Agent for TARANI ALIKE JOHNSON

---

**Verification and Acknowledgement**

| | | |
|---|---|---|
| United States of America | ) | |
| Commonwealth of Pennsylvania | ) | s. a. |
| Philadelphia County | ) | |

Subscribed and sworn (or affirmed) before me on this 10th day of November, 2020.

By : :Tarani-Alike: Johnson:

Personally known to me.

**Witness 1**

By: laurie, robert-kayji
in care of: 2285 Bryn Mawr Avenue
Philadelphia, Pennsylvania
(name and address of witness) [19131]

**Witness 2**

Kafin Julie Fayen Petram
in care of : 2402 Ocean Crest Blvd
For Rockaway, New York [11691]
(name and address of witness)

---

## JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Commonwealth of Pennsylvania
County of Delaware

Subscribed and sworn to (or affirmed) before me on this 10th day of November, 2020 by
_____ :Tarani-Alike: Johnson: _____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS my hand and official seal.

_Sherry A. Fraser_
Notary Public for the Commonwealth of Pennsylvania

My commission expires: April 21, 2022

Commonwealth of Pennsylvania - Notary Seal
SHERRY A. FRASER, Notary Public
Delaware County
My Commission Expires April 21, 2022
Commission Number 1053340



# EVIDENCE

## ATTACHMENT

## F




November 10, 2020

## AFFIDAVIT OF NON-PERFORMANCE

**Notice to Agent is Notice to Principal**
**Notice to Principal is Notice to Agent**

Private Case Number: RE 327 506 200 US

**SENT VIA REGISTERED MAIL;** RE 327 506 227 US; RE 327 506 235 US; and RE 327 506 244 US

**SENT VIA FED EX**

**SENT VIA USPS CERTIFIED MAIL RECEIPT**

On this 10th day of November 2020, for the purpose of verification, i, :Tarani-Alike: Johnson:, do certify that I am of legal age, of sound mind, will testify to the veracity of my statements, and have NOT received PERFORMANCE from **Harry Burnett Reese**, Acting as **HARRY BURNETT REESE ATTORNEY**, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns; **AND Harry B. Reese**, Acting as **HARRY B. REESE ATTORNEY**, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, **AND Prince Altee Thomas**, Acting as **PRINCE ALTEE THOMAS ATTORNEY**, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; **AND Martha B. Chovanes**, Acting as **MARTHA B. CHOVANES ATTORNEY**, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns; **AND**

**ALL Agents for POWERS KIRN & ASSOCIATES LLC,** and/or Successors, and/or Assigns; **AND**

**ALL Agents for WELLS FARGO BANK, N.A.,** and/or Successors, and/or Assigns; **AND**

**ALL Agents for FOX ROTHCHILD, LLP ATTORNEYS AT LAW,** and/or Successors, and/or Assigns;

regarding the rebuttal of the **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE and attached COMMERCIAL AFFIDAVIT** by a real party of Respondents; labeled herein as **Private Case No. RE 327 506 200 US**; on a point-by-point basis, via sworn affidavit, under

Respondent's full and unlimited commercial liability, signing under penalty of perjury, that the facts contained therein are true, correct, complete and not misleading, OR refund of tender in full in the adjusted amount of on One-million and zero cents ($1,000,000,000US) sent via Registered Mail **RE 327463 756 US** on or about April 12, 2018; and refund of tender in full in the adjusted amount of on one million and zero cents ($1,000,000,000US) sent via Registered Mail **RE 475 578 147 US** on or about

April 27, 2018; and refund of tender in full in the adjusted amount of on One-million and zero cents ($1,000,000,000US) sent via Registered Mail **RE 327 506 160 US** on September 21, 2020, OR conveyance of title.

Such document described above referenced by Private Case Number: **RE 327 506 200 US** was sent along with a true certified copy of **NOTICE OF FAULT and OPPORTUNITY TO CURE** dated October 26, 2020; true certified copy of **AFFIDAVIT OF NON-PERFORMANCE** dated October 26, 2020; true certified copy of **AFFIDAVIT OF NON-RESPONSE** dated October 26, 2020, Copy of Proof of the **CONSTRUCTIVE NOTICE OF CONDITONAL ACCEPTANCE with COMMERCIAL AFFIDAVIT and FEE SCHEDULE**; and true certified copy of **FOX ROTHSCHILD LLP 's INSUFFICIENT RESPONSE** dated October 19, 2020 via FEDEX PRIORITY OVERNIGHT delivery No. 398400946049, 398401054737, and 398401207120; and USPS Certified Mail Number(s) 7020 1290 0000 6327 2568, and 7020 1290 0000 6327 2582, 7020 1290 0000 6327 2575 on October 30, 2020 to:

**Harry Burnett Reese,** Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Harry B. Reese,** Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Jill Manuel-Coughlin,** Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Sarah E. Powers,** Acting as SARAH E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**William M.E. Powers, III,** Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Edward W. Kirn, III,** Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Sarah K. McCaffery,** Acting as SARAH K. MCCAFFERY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Jolanta M. Pekalska,** Acting as JOLANTA M. PEKALSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**Matthew James Mcdonnell,** Acting as MATTHEW JAMES MCDONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and

**ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Feasterville Trevose, Pennsylvania, and/or Successors, and/or Assigns, In care of 8 Neshaminy Interplex, Suite 215, Feasterville Trevose, Pennsylvania [19053]; and .

**Harry Burnett Reese,** Acting as HARRY BURNETT REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Harry B. Reese,** Acting as HARRY B. REESE ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Angela C Pattison,** Acting as ANGELA C PATTISON ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Edward Kirn,** Acting as EDWARD KIRN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Edward W. Kirn, III,** Acting as EDWARD W. KIRN, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Frances M Kelly,** Acting as FRANCES M KELLY ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Jeanette Jacqueline O'Donnell**, Acting as JEANETTE JACQUELINE O'DONNELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Jill Manuel-Coughlin**, Acting as JILL MANUEL-COUGHLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Mathew James Forrester**, Acting as MATHEW JAMES FORRESTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Sarah Ellis Powers**, Acting as SARAH ELLIS POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Sarah Powers**, Acting as SARAH POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William Me Shah**, Acting as WILLIAM ME SHAH ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers**, Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers, Jr.,** Acting as WILLIAM M.E. POWERS, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William M.E. Powers, III,** Acting as WILLIAM M.E. POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**William Powers**, Acting as WILLIAM POWERS ATTORNEY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**ALL AGENTS for POWERS KIRN & ASSOCIATES LLC** at Moorestown, New Jersey, and/or Successors, and/or Assigns, In care of 728 Marne Highway Moorestown, New Jersey [08057]; and

**Prince Altee Thomas**, Acting as PRINCE ALTEE THOMAS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gerald W. Arth,** Acting as GERALD E. ARTH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jerald David August,** Acting as JERALD DAVID AUGUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Scott M. Badami,** Acting as SCOTT M. BADAMI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ahmed Bahgat,** Acting as AHMED BAHGAT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Catherine T. Barbieri,** Acting as CATHERINE T. BARBIERI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Alexis Barron,** Acting as ALEXIS BARRON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Bassett,** Acting as MICHAEL J. BASSETT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Herbert Bass,** Acting as HERBERT BASS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ryant T. Becker,** Acting as RYAN T. BECKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian A. Berkley,** Acting as BRIAN A. BERKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brett A. Berman,** Acting as BRETT A. BERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael S. Bookbinder,** Acting as MICHAEL S. BOOKBINDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Nathan M. Buchter,** Acting as NATHAN M. BUCHTER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Peter C. Buckley,** Acting as PETER C. BUCKLEY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Maura L. Burke,** Acting as MAURA L. BURKE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kristina Neff Burland,** Acting as KRISTINA NEFF BURLAND ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jacqueline M. Carolan,** Acting as JACQUELINE M. CAROLAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Frank T. Carroll,** Acting as FRANK T. CARROLL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Martha B. Chovanes,** Acting as MARTHA B. CHOVANES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen M. Cohen,** Acting as STEPHEN M. COHEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David H. Colvin,** Acting as DAVID H. COLVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ian M. Comisky,** Acting as IAN M. COMISKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew S. Console,** Acting as ANDREW S. CONSOLE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Siana Danch,** Acting as SIANA DANCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**E. Gerald Donnelly, Jr.,** Acting as E. GERALD DONNELLY, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David A. Doty,** Acting as DAVID A. DOTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jean A. Durling,** Acting as JEAN A. DURLING ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Patrick J. Egan,** Acting as PATRICK J. EGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and .

**Michael Eidel,** Acting as MICHAEL EIDEL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew S. Esler,** Acting as ANDREW S. ESLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Tristram R. Fall, III,** Acting as TRISTRAM R. FALL, III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Craig L. Finger,** Acting as CRAIG L. FINGER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Barbara R. Flacker,** Acting as BARBARA R. FLACKER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Howard R. Flaxman,** Acting as HOWARD R. FLAXMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John Cornell Fuller,** Acting as JOHN CORNELL FULLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Eleanor Vaida Gerhards,** Acting as ELEANOR VAIDA GERHARDS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David M. Giles,** Acting as DAVID M. GILES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Edward Gillespie,** Acting as EDWARD GILLESPIE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John L. Grossman,** Acting as JOHN L. GROSSMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Debra L. Gruenstein,** Acting as DEBRA L. GRUENSTEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robert W. Gundlach Jr.,** Acting as ROBERT W. GUNDLACH JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Johns J. Haggerty,** Acting as JOHN J. HAGGERTY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jesse M. Harris,** Acting as JESSE M. HARRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Dylan T. Hastings,** Acting as DYLAN T. HASTINGS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Gerald M. Hatfield, Acting as GERALD M. HATFIELD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Edward J. Hayes, Acting as EDWARD J. HAYES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Gary A. Hecht, Acting as GARY A. HECHT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Gabriel B. Herman, Acting as GABRIEL B. HERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Philip L. Hinerman, Acting as PHILIP L. HINERMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Kelley B. Hodge, Acting as KELLEY B. HODGE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and .

Joshua Horn, Acting as JOSHUA HORN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Nathan Huddel, Acting as NATHAN HUDDELL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Theodore H. Jobes, Acting as THEODORE H. JOBES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Edward J. Kabala, Acting as EDWARD J. KABALA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

Odia Kagan, Acting as ODIA KAGAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen H. Kalis,** Acting as STEPHEN H. KALIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jessica Labella Kitain,** Acting as JESSICA LABELLA KITAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gregory J. Kleiber,** Acting as GREGORY J. KLEIBER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Kornacki,** Acting as MICHAEL J. KORNACKI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Lisa B. Lane,** Acting as LISA B. LANE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mathew D. Lee,** Acting as MATTHEW D. LEE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Holly Lentz Kleeman,** Acting as HOLLY LENTZ KLEEMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Leonard,** Acting as MICHAEL J. LEONARD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Olufunke O. Leroy,** Acting as OLUFUNKE O. LEROY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jane E. Lessner,** Acting as JANE E. LESSNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian J. Levin,** Acting as BRIAN J. LEVIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Matthew A. Levitsky,** Acting as MATTHEW A. LEVITSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sidney S. Liebesman,** Acting as SIDNEY S. LIEBESMAN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Steven K. Ludwig,** Acting as STEVEN K. LUDWIG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Andrew M. Macdonald,** Acting as ANDREW M. MACDONALD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jason C. Manfrey,** Acting as JASON C. MANFREY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robin B. Matlin,** Acting as ROBIN B. MATLIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**James A. Matthews III,** Acting as JAMES A. MATTHEWS III ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark G. McCreary,** Acting as MARK G. MCCREARY, CIPP/US ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian McGinnis,** Acting as BRIAN MCGINNIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Lauren P. McKenna,** Acting as LAUREN P. MCKENNA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ian D. Meklinsky,** Acting as IAN D. MEKLINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael G. Menkowitz,** Acting as MICHAEL G. MENKOWITZ ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ryan North Miller,** Acting as RYAN NORTH MILLER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sarah K. Minteer,** Acting as SARAH K. MINTEER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Catherine M. Monte,** Acting as CATHERINE M. MONTE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark L. Morris,** Acting as MARK L. MORRIS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Sanford K. Mozes,** Acting as SANFORD K. MOZES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Carrie B. Nase-Poust,** Acting as CARRIE B. NASE-POUST ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Marc E. Needles,** Acting as MARC E. NEEDLES ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ramon R. Obod,** Acting as RAMON R. OBOD ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jay G. Ochroch,** Acting as JAY G. OCHROCH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Christopher D. Olszyk, Jr.,** Acting as CHRISTOPHER D. OLSZYK, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Brian J. O'Neill,** Acting as BRIAN J. O'NEILL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Thomas D. Paradise,** Acting as THOMAS D. PARADISE ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Joseph F. Posillico,** Acting as JOSEPH F. POSILLICO ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David S. Rasner,** Acting as DAVID S. RASNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Eric E. Reed,** Acting as ERIC E. REED ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Abraham C. Reich,** Acting as ABRAHAM C. REICH ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Dan Reitter,** Acting as DAN REITER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephanie Resnick,** Acting as STEPHANIE RESNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kristen Poetzel Ricci,** Acting as KRISTEN POETZEL RICCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael Rinehart,** Acting as MICHAEL RINEHART ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Bradley S. Rodos,** Acting as BRADLEY S. RODOS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michelle S. Rosenberg,** Acting as MICHELLE S. ROSENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Barnett Satinsky,** Acting as BARNETT SATINSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Magdalena Schardt,** Acting as MAGDALENA SCHARDT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Kevin B. Scott,** Acting as KEVIN B. SCOTT ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Jacqueline G. Segal,** Acting as JACQUELINE G. SEGAL ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ronald J. Shaffer,** Acting as RONALD J. SHAFFER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Mark L. Silow,** Acting as MARK L. SILOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Nevena Simidjiuska,** Acting as NEVENA SIMIDJIUSKA ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David B. Snyder,** Acting as DAVID B. SNYDER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**David S. Sokolow,** Acting as DAVID S. SOKOLOW ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Shelly A. Solomon,** Acting as SHELLY A. SOLOMON ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**William H. Stassen,** Acting as WILLIAM H. STASSEN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Trisha B. Stein,** Acting as TRISHA B. STEIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Paul Straub,** Acting as PAUL STRAUB ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**John J. Stubbs,** Acting as JOHN J. STUBBS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Julia Swain,** Acting as JULIA SWAIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael L. Temin,** Acting as MICHAEL L. TEMIN ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Robert S. Tintner,** Acting as ROBERT S. TINTNER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Craig R. Tractenberg,** Acting as CRAIG R. TRACTENBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Peter J. Tucci,** Acting as PETER J. TUCCI ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael K. Twersky,** Acting as MICHAEL K. TWERSKY ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Scott L. Vernick,** Acting as SCOTT L. VERNICK ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Michael J. Viscount, Jr.,** Acting as MICHAEL J. VISCOUNT, JR. ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Marvin L. Weinberg,** Acting as MARVIN L. WEINBERG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Beth L. Weisser,** Acting as BETH L. WEISSER ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Stephen P. Weiss,** Acting as STEPHEN P. WEISS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Gregory B. Williams,** Acting as GREGORY B. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Ronald L. Williams,** Acting as RONALD L. WILLIAMS ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

**Adam R. Young,** Acting as ADAM R. YOUNG ATTORNEY, and Agent for WELLS FARGO BANK, N.A. and/or Agents, Successors, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, and/or Assigns, In care of 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania [19103]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 999 Peachtree Street NE, Suite 1500, Atlanta Georgia [30309]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 1301 Atlantic Avenue Midtown Building, Suite 400, Atlantic City, New Jersey [08401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns and/or Assigns, In care of 10 Sentry Parkway, Suite 200, Post Office Box 3001, Blue Bell, Pennsylvania [19422]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of YS AT LAW, and/or Assigns, In care of 101 N. Tryon Street, Suite 1300, Charlotte, North Carolina [28246]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 321 North Clark Street, Suite 1600, Chicago, Illinois [60654]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2501 North Harwood Street, Suite 1800, Dallas, Texas [75201]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1225 17th Street, Suite 2200, Denver, Colorado [80202]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 747 Constitution Drive, Suite 100, Post Office Box 673, Exton, Pennsylvania [19341]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 230 North Elm Street, Suite 1200, Greensboro, North Carolina [27401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2 West Washington Street, Suite 110, Greenville, South Carolina [29601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Summerlin Office Building, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada [89135]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 10250 Constellation Boulevard, Suite 900, Los Angeles, California [ 90067]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of One Biscayne Tower, 2 South Biscayne Boulevard, Suite 2750, Miami, Florida [33131]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Campbell Mithun Tower, 222 South Ninth Street, Suite 2000, Minneapolis Minnesota [55402]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 49 Market Street, Morristown, New Jersey [07960]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 101 Park Avenue, 17th Floor, New York, New York [10178]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of BNY Mellon Center, 500 Grant Street, Suite 2500, Pittsburgh Pennsylvania [15219]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of Princeton Pike Corporate Center 997 Lenox Drive, Lawrenceville, New Jersey [08648]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 434 Fayetteville Street, Suite 2800, Raleigh, North Carolina [27601]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1001 Fourth Avenue, Suite 4500, Seattle Washington, [98154]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 8300 Greensboro Drive, Suite 1000, Tysons Virginia, [22102]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 2700 Kelly Road, Suite 300, Warrington, Pennsylvania [18976]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 1030 15th Street North West, Suite 380 East, Washington, District of Columbia [20005]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 777 South 1700 West Tower, West Palm Beach, Florida [33401]; and

ALL AGENTS for FOX ROTHCHILD, LLP ATTORNEYS AT LAW, Successors, and/or Assigns, In care of 919 North Market Street, Suite 300, Post Office Box 2323, Wilmington, Delaware [19899]; and

**Charles W. Scharf,** Acting as CHARLES W. SCHARF, CHIEF EXECUTIVE OFFICER, PRESIDENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Scott E. Powell,** Acting as SCOTT E. POWELL, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF OPERATING OFFICE, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**John R. Shrewsberry,** Acting as JOHN R. SHREWSBERRY, SENIOR EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Muneera S. Carr,** Acting as MUNEERA S. CARR, EVP, CHIEF ACCOUNTING OFFICER, CONTROLLER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**William M. Daley,** Acting as WILLIAM M. DALEY, VICE CHAIRMAN OF PUBLIC AFFAIRS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Derek A. Flowers,** Acting as DEREK A. FLOWERS, SENIOR EVP, HEAD OF STRATEGIC EXECUTION and OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]: and

**David C. Gallorees,** Acting as DAVID C. GALLOREES, SENIOR EVP, HEAD OF HUMAN RESOURCES, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Mary T. Mack,** Acting as MARY T. MACK, SENIOR EVP, CEO OF CONSUMER & SMALL BUSINESS BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Amanda G. Norton,** Acting as AMANDA G. NORTON, SENIOR EVP, CHIEF RISK OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Lester J. Owens,** Acting as LESTER J. OWENS, SENIOR EVP, HEAD OF OPERATIONS, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104];and

**Ellen R. Patterson,** Acting as ELLEN R. PATTERSON, SENIOR EVP, GENERAL COUNSEL, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Perry G. Pelos,** Acting as PERRY G. PELOS, SENIOR EVP, CEO OF COMMERCIAL BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Scott E. Powell,** Acting as SCOTT E. POWELL, SENIOR EVP, CHIEF OPERATING OFFICER, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Julie L. Scammahorn,** Acting as JULIE L. SCAMMAHORN, ACTING AS JULIE L. SCAMMAHORN, SENIOR EVP, CHIEF AUDITOR, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Barry Sommers,** Acting as BARRY SOMMERS, SENIOR EVP, CEO OF WEALTH & INVESTMENT MANAGEMENT, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Saul Van Beurden,** Acting as SAUL VAN BEURDEN, SENIOR EVP, HEAD OF TECHNOLOGY, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Michael S. Weinbach,** Acting as MICHAEL S. WEINBACH, SENIOR EVP, CEO OF CONSUMER LENDING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**Jonathan G. Weiss,** Acting as JONATHAN G. WEISS, SENIOR EVP, CEO OF CORPORATE & INVESTMENT BANKING, and Agent for WELLS FARGO BANK, N.A., and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

**ALL AGENTS** for **WELLS FARGO BANK, N.A.,** and/or Agents, Successors, and/or Assigns, In Care of 420 Montgomery Street, San Francisco, California [94104]; and

EQUIFAX CORPORATION; and

EXPERIAN CORPORATION; and

TRANSUNION CORPORATION; and

JOHN OR JANE DOES 1-50;

JOINTLY AND SEVERALLY, CORPORATELY AND PERSONALLY;

In care of:

2285 Bryn Mawr Avenue, Philadelphia Pennsylvania [19131]

SENT VIA REGISTERED MAIL; RE 327 506 227 US; RE 327 506 235 US; and RE 327 506 244 US

**Sent via FEDEX**

**Sent via USPS Certified Mail Number**

_November 10th, 2020_

**Date**

By: _johnson, tarani - alike, Executrix_

Tarani-Alike: Johnson, a Living Woman and
Agent for TARANI ALIKE JOHNSON

---

### Verification and Acknowledgement

**United States of America**                    )
**Commonwealth of Pennsylvania**           )      s. a.
**Philadelphia County**                         )

Subscribed and sworn (or affirmed) before me on this _10_ day of November, 2020.

By : :Tarani-Alike: Johnson:

Personally known to me.

**Witness 1**                                        **Witness 2**

By: _laurie, robert-kenji_         _John Welsh Properly Returned_
_in care of: 2285 Bryn Mawr Avenue_   _in care of: 2408 Ocean Crest Blvd_
_Philadelphia, Pennsylvania_
**(name and address of witness)** [19131]    **(name and address of witness)**

Page 20 of 20
AFFIDAVIT OF NON-PERFORMANCE
Private Case Number: **RE 327 506 200 US**

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Commonwealth of Pennsylvania
County of Delaware

Subscribed and sworn to (or affirmed) before me on this 10th day of November, 2020 by ___:Tarani-Alike: Johnson:___, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS my hand and official seal.

_Sherry A. Fraser_
Notary Public for the Commonwealth of Pennsylvania

My commission expires: _April 21, 2022_

Commonwealth of Pennsylvania - Notary Seal
SHERRY A. FRASER, Notary Public
Delaware County
My Commission Expires April 21, 2022
Commission Number 1053343

