IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARANI ALIKE JOHNSON, *et al.* : | |
|     Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. 23-CV-4211 |
| : | |
| CHARLES W. SCHARF, : | |
|     Defendant. : | |

## ORDER

AND NOW, this 13th day of November, 2023, upon consideration of Plaintiff Tarani Alike Johnson's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous for the reasons in the Court's Memorandum.

4. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ John Milton Younge
JOHN MILTON YOUNGE, J.